229-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
DEVAL SHIPPING & TRADING CO.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x  07 CIV.   3397

DEVAL SHIPPING & TRADING CO.,

                Plaintiff,

  -against-

REPINTER INTERNATIONAL SHIPPING
CO. LTD. and MIACHART CORPORATION,

                Defendants.
------------------------------------------------------------x

**RULE 7.1 STATEMENT**

JUDGE KOELTL

RECEIVED APR 30 2007 U.S.D.C. S.D.N.Y. CASHIERS

DEVAL SHIPPING & TRADING CO., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       April 30, 2007

                FREEHILL HOGAN & MAHAR, LLP
                Attorneys for Plaintiff
                DEVAL SHIPPING & TRADING CO.

      By:    _____
                Michael E. Unger (MU 0045)
                Lawrence J. Kahn (LK 5215)
                80 Pine Street
                New York, NY 10005
                Telephone: (212) 425-1900
                Facsimile: (212) 425-1901

NYDOCS1/282305.1