KEANE & MARLOWE, LLP
Attorneys for Defendants
REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION LLC
197 Route 18 South Suite 3000
East Brunswick, New Jersey 08816
(732) 951-8300
Mary Ann C. Marlowe (MM-0723)
Christopher P. Keane (CPK-4394)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DEVAL DENIZCILIK VE TICARET A.S.,

                Plaintiff,                     **Rule 7.1 Certification**

-against-                                    07 Civil 3397 (JGK)

REPINTER INTERNATIONAL SHIPPING        ECF CASE
CO. S.A. and MIACHART CORPORATION
LLC.,

                Defendants.
------------------------------------------------------------x

    Pursuant to the provisions of Rule 7.1 of the Local General Rules of this Honorable Court, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or refusal, I, Mary Ann C. Marlowe, a member of the Bar of this Court and a member of the firm of Keane & Marlowe, LLP, attorneys for Defendants, REPINTER INTERNATIONAL SHIPPING CO. S.A. and MIACHART CORPORATION LLC., certify upon information and belief that said Defendants are not publicly held corporations in the United States and that there are no corporate parents, subsidiaries, or affiliates which are otherwise publicly held in the United States.

Dated: New York, New York
       May 22, 2007

                                          KEANE & MARLOWE
                                          Attorneys for Defendants
                                          Repinter International Shipping Co. S.A.
                                          and Miachart Corporation LLC

                                          _____
                                          Mary Ann C. Marlowe ( MM 0723)
                                          A Member of the Firm
                                          197 Route 18 South, Suite 3000
                                          East Brunswick, New Jersey 08816
                                          (732) 951-8300

                                          300 Park Avenue – 17th Fl
                                          New York, New York 10022

TO: Freehill, Hogan & Mahar, LLP
     Attorneys for Plaintiff
     Deval Shipping & Trading Co.
     80 Pine Street
     New York, New York 10005

Attn: Michael Unger, Esq. (MU 0045)
      Lawrence Kahn, Esq (LK 5215)