KEANE & MARLOWE, LLP
Attorneys for Defendants
REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION LLC
197 Route 18 South Suite 3000
East Brunswick, New Jersey 08816
(732) 951-8300
Mary Ann C. Marlowe (MM-0723)
Christopher P. Keane (CPK-4394)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DEVAL DENIZCILIK VE TICARET A.S.,

                Plaintiff,

-against-

REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION
LLC.,

                Defendants.
-----------------------------------------------------------x

ORDER TO SHOW
CAUSE FOR
VACATUR OF
RULE B ATTACHMENT
AND SECURITY ON
COUNTERCLAIMS

07 Civil 3397 (JGK)

ECF CASE

      Upon the May 24, 2007 Declaration of Mary Ann C. Marlowe, and the copies of the Verified Complaint, Verified Answer and Counterclaims annexed thereto, and upon the Memorandum of Law in support of Defendants' motion, and pursuant to Local Admiralty Rule E.1., it is:

      ORDERED, that the above named Plaintiff show cause before a motion term of this Court at Room 1030, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on July 9, 2007, at 4:30 o'clock in the afternoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued:

1

1. Vacating the Process of Attachment pursuant to Supplemental Rule E(4)(f) of the Federal Rules of Civil Procedure, which was entered herein on April 30, 2007 pursuant to Supplemental Rule B;

2. Fixing the amount of the counter-security in the form of a United Kingdom P&I Club Letter of Undertaking or bank guarantee from a first class London or New York bank acceptable to defendants, required from Plaintiff to secure Defendants' counterclaims against Plaintiff in the amount of USD1,500,326.00 pursuant to Supplemental Rule E(7)(a); and it is further

ORDERED that opposition papers to this application are due __6/15/07__ at 10 PM. Any reply papers are due __6/29/07 at 5:00 PM__; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the Plaintiff or his counsel on or before ~~before~~ ____ o'clock in the ____ noon, ____, 2007, shall be deemed good and sufficient service thereof.

Dated: New York, New York
Issued: __6/1/07__

_/s/ John G. Koeltl_
Hon. John G. Koeltl
United States District Judge