UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07

DEVAL DENIZCILIK VE TICARET A.S.,

                    Plaintiff,                    07 Civ. 3397 (JGK)

        - against -                               ORDER

REPINTER INTERNATIONAL SHIPPING CO.
S.A., and MIACHART CORPORATION, LLC,

                    Defendants.

JOHN G. KOELTL, District Judge:

        The defendants have moved to vacate the Maritime Attachment
and Garnishment entered on April 30, 2007.  The defendants
should make any additional submissions on the adequacy of
alternative security in support of their motion by **Friday, June
8, 2007.**  The plaintiff should respond by **Monday, June 11, 2007,**
and the defendants may submit any reply by **Tuesday, June 12,
2007.**

        SO ORDERED.

Dated:    New York, New York
          June 6, 2007

                                        John G. Koeltl
                                   United States District Judge