LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*‡†
DANIEL J. FITZGERALD*▲
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
▲ALSO ADMITTED IN CONNECTICUT
‡ALSO ADMITTED IN WASHINGTON, D.C.
†ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
830 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

June 11, 2007

Our Ref: 229-07/MEU

Total Number of Pages: 2

Via Telefax (212) 805-7912

Honorable John G. Koeltl
United States District Judge
United States Court House
500 Pearl Street, Room 910
New York, NY 10007-1581

**APPLICATION GRANTED
SO ORDERED
/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
6/12/07**

Re:  DEVAL SHIPPING & TRADING CO. v. REPINTER INTERNATIONAL SHIPPING CO. LTD. and MIACHART CORPORATION
07cv3397 (JGK) - SDNY

Dear Judge Koeltl,

We write on behalf of both parties to advise the Court as to the status of their efforts to negotiate, through their respective London counsel, in order to resolve the issues concerning the LOU tendered by defendants as substitute security for the funds attached in New York. It has been reported that the wording of the LOU has been now agreed subject to final confirmation by the respective clients. The solicitors are continuing to discuss the issuing syndicate's financial status.

The parties have agreed to jointly request an extension of the current deadlines reflected in the Court's Order of June 7, 2007, so as to allow time to resolve the remaining issues.

Accordingly, the parties propose a slight further extension of the June 7, 2007 scheduling order as follows:

Defendants' time to make addition submissions to be extended from Tuesday, June 12, 2007 to Wednesday, June 13, 2007;

NYDOCS1/285004.1

Plaintiff's time to respond to be extended from Friday, June 15, 2007 to Monday, June 18, 2007 and

Defendants' time to reply to be extended from Wednesday June 20, 2007 to Thursday, June 21, 2007.

The parties have also agreed to mutually extend the time for submissions in respect to the counter-security issue and propose to jointly advise the Court tomorrow as to respective dates for submissions in respect to that issue.

On behalf of both parties, we thank the Court for its courtesy and attention and consideration to the foregoing.

                                  Respectfully,
                                  FREEHILL HOGAN & MAHAR

                                  Michael E. Unger

MEU/mc

cc:    By Email
        Mary Ann Marlowe, Esq.
        Keane & Marlowe, LLP

NYDOCS1/285004.1