# EXHIBIT 3

# CHEESWRIGHTS
## NOTARIES PUBLIC

N P Ready
R M Campbell
J B Burgess
E Gardiner
A J Claudet
I A Rogers

———

A Grafton

TO ALL TO WHOM THESE PRESENTS SHALL COME, I **ANDREW JONATHAN CLAUDET** of the City of London **NOTARY PUBLIC** by royal authority duly admitted and sworn DO HEREBY CERTIFY the genuineness of the signature of **COLIN RAYMOND O'FARRELL** subscribed to the document hereunto annexed, such signature having been this day subscribed in my presence by the said Colin Raymond O'Farrell, director of the company styled **LIMIT UNDERWRITING LIMITED** of London, England, the managers of the Lloyd's of London Syndicate styled "C. R. O'Farrell Syndicate" (Syndicate number COF1036).

IN FAITH AND TESTIMONY WHEREOF I the said notary have subscribed my name and set and affixed my seal of office at London aforesaid this twentieth day of February in the year two thousand and seven.

E-mail : notary@cheeswrights.co.uk          www.cheeswrights.co.uk

10 Philpot Lane London EC3M 8BR          Canary Wharf Office
Tel   020 7623 9477                       Tel : 020 7712 1565
Fax : 020 7623 5428





THIS POWER OF ATTORNEY is granted on 20 February 2007.

1.  'C. R. O'Farrell Syndicate' whose address is Plantation Place 30 Fenchurch Street London EC3M 3BD, Lloyds Syndicate no. COF1036, (hereinafter referred to as the "Syndicate") and whose managing agents are Limit Underwriting Ltd. hereby makes, constitutes and appoints Michael Else and Company Limited whose address is 65 Leadenhall Street, London, EC3A 2AD, (hereinafter referred to as "the Attorney", which expression shall include any substitute attorney appointed hereunder) to be the Attorney for the Syndicate and on its behalf and in its name or otherwise:

    (i)     to agree in the absolute discretion of the Attorney and to sign, execute (under hand or seal or otherwise as a deed), deliver, authorise, and register (if required) letters of guarantee, bail bonds, bank guarantees or other security for any amount up to US$1,500,000 ( United States Dollars one million five hundred thousand), or the equivalent currency thereof; and

    (ii)    to settle in the absolute discretion of the Attorney claims on behalf of the Syndicate for any amount up to US$500,000 (United States Dollars five hundred thousand), or the equivalent currency thereof, each single claim; and

    (iii)   to agree and execute any and all documents, acts or things of whatsoever nature and description as in the entire discretion of the Attorney may be appropriate or necessary in connection with (i) and/or (ii) above or the arrangements contemplated thereby or for more effectively or expeditiously carrying out the objects herein authorised; and

    (iv)    to appear before any authorities (whether State or other authority), companies, institutions, persons or bodies whatsoever and to perform any and all such other acts and things and give, sign or execute (whether under hand or seal or otherwise as a deed) and deliver any and all such other notices or documents, to make all such applications and declarations as the Attorney shall in his absolute and unfettered discretion consider necessary or desirable in connection with or for the purposes of any of the documents, claims settlements, or transactions described in or contemplated by this Power of Attorney.

2.  The Attorney may at any time appoint one or more persons to act as a substitute attorney for the Syndicate in his place with power to exercise all or any of the powers conferred on the Attorney by this Power of Attorney.  Any such appointment of a substitute attorney may be revoked by the Attorney at any time.

3.  The Syndicate confirms and acknowledge that the execution by the Attorney of any of the documents as described in or contemplated by this Power of Attorney shall be conclusive evidence of the Attorney's approval of any amendments which may have been made thereto.

- 1 -

4. The Syndicate shall ratify and confirm all documents, settlements, acts and things which the Attorney shall execute, perform or do in the exercise of any of the powers conferred, or purported to be conferred, on him by this Power of Attorney.

5. The authority conferred on the Attorney by this Power of Attorney shall have commenced 1 January 2007 and will terminate on 1 January 2008.

6. This Power of Attorney is governed by and shall be construed in accordance with English law.

**IN WITNESS WHEREOF** this Power of Attorney has been executed as a DEED by the Syndicate on the day and year first above written.

By: COLIN R. O'FARRELL          )
                                )   _[signature]_ 20/2/2007.
[ insert title of signatory]:   )
        ACTIVE UNDERWRITER

In the presence of:

_[signature]_

Notary Public, London, England
(Andrew J. Claudet)