# EXHIBIT 4

05 '07 15:29 FAX 02078986922          LIMIT                                    ☑001

**CR O'Farrell**
**Syndicate 1036**
Plantation Place
30 Fenchurch Street
London EC3M 3BD

Telephone  020 7105 4794
Facsimile   020 7105 4034
Internet     www.limit.co.uk
               www.syndicate1036.co.uk

**Urgent Facsimile**

| | | |
|---|---|---|
| To: Gavin Ritchie | From: | Myles Sunley |
| Company: Michael Else & Co. | Company: | CR O'Farrell – Syndicate 1036 |
| Facsimile: 020-7702-3993 | Facsimile: | 020 7105 4034 |
| Date: 30/05/07 | Number of pages: (including this one) | 1 |

In case of communication difficulties or any queries please telephone 020 7105 4000

---

**Re "Orhan Deval"**

C/2007/0219/L

Charterparty DD 13 April 2006

*Deval Shipping and Trading Co. V Repinter International Shipping Co. LTD & Miachart Corporation: Case No. 07CV3397: Alleged Stevedore Damage at Tanjung Manis/ Bintulu and Associated Detention Losses*

This is to confirm on behalf of Syndicate 1036 that the Power of Attorney dated 20th February 2007, has not been revoked and that Michael Else and Co have our authority to issue the guarantee in accordance with the attached draft.

Regards

Myles A Sunley BSc (Hons) ACII
Chartered Insurer
Senior Claims Adjuster

**Limit**

CR O'Farrell Syndicate 1036 is managed
at Lloyd's by Limit Underwriting Limited
Registered office as above
Registered in England number 1035166
"Authorised and regulated by the Financial Services
Authority".

"5"