LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD*△
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377

June 12, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07

Our Ref: 229-07/MEU

Total Number of Pages: 2

Via Telefax (212) 805-7912

Honorable John G. Koeltl
United States District Judge
United States Court House
500 Pearl Street, Room 910
New York, NY 10007-1581

*Application granted.
Oral Argument scheduled for July 27 at 2:30 P.M.
So ordered.
[signature] USDJ
6/12/07*

Re: DEVAL SHIPPING & TRADING CO. v. REPINTER INTERNATIONAL SHIPPING CO. LTD. and MIACHART CORPORATION
07cv3397 (JGK) - SDNY

Dear Judge Koeltl,

We write on behalf of both parties further to our joint letter of yesterday in respect to the time for submissions regarding the counter-security issue. With the Court's approval, Plaintiff will submit its opposition papers on June 29 (rather than June 15) and Defendants will submit their reply on July 19 (rather than June 29). We request the Court schedule oral argument for a date thereafter (rather than on July 9 as currently scheduled).

On behalf of both parties, we thank the Court for its courtesy and attention and consideration to the foregoing.

Respectfully,
FREEHILL HOGAN & MAHAR
Michael E. Unger

MEU/mc

NYDOCS1/285078.1

Hon. John G. Koeltl  2
June 12, 2007
Page 2

cc: By Email
    Mary Ann Marlowe, Esq.
    Keane & Marlowe, LLP

NYDOCS1/285078.1

FREEHILL HOGAN & MAHAR LLP