UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEVAL DENIZCILIK VE TICARET A.S.,

            Plaintiff,

  - against -

REPINTER INTERNATIONAL SHIPPING CO. S.A. and MIACHART CORPORATION LLC,

            Defendants

07 CIV 3397 (JGK)

---

EXHIBIT 6 to the Declaration of Epaminondas G. Arghyrakis
Dated 18.06.07

# Lloyd's

- Contact us
- |
- Site map
- |
- Help  |
- Glossary
- 

- **LLOYD'S MARKET**

- **ABOUT US**

- **NEWS CENTRE**

- **LLOYD'S WORLDWIDE**

Home > Lloyd's Market > **Directories**          [ Search ]

- ⊞Lloyd's Market
- ⊞Directories

Search for a name      or    Search for a Syndicate number

1036    [ Go ] [ Reset ]

- Managing agents
- - By class of business
- Brokers
- - By class of business
- Members' agents
- Managing agents solely managing syndicates in run-off
- Members' agents in run-off
- Companies providing services for syndicates in run-off
- Coverholders
- Open Market Correspondents

**Syndicate 1036 is closed, so Syndicate Number is no longer active and not in Run-off**

- Terms & Conditions
- |
- Privacy & Security

Lloyd's is a registered trade mark of the Society of Lloyd's
Lloyd's is authorised under the Financial Services and Markets Act 2000. Lloyd's copyright 2006