UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEVAL DENIZCILIK VE TICARET A.S.,

Plaintiff,

**07 CIV 3397 (JGK)**

- against -

REPINTER INTERNATIONAL SHIPPING CO. S.A. and MIACHART CORPORATION LLC,

Defendants

---

EXHIBIT 7 to the Declaration of Epaminondas G. Arghyrakis
Dated 18.06.07

E.G. Arghyrakis & Co.

150 Fleet Street
London EC4A 2DQ
Tel: +44 (207) 353 2302
Fax: +44 (207) 353 2295
www.egalegal.com

E.G. ARGHYRAKIS & CO
POST ROOM
25 MAY 2007
LONDON EC4A 2DQ
SENT

E.G. Arghyrakis
S.L. Glover

**FAX TRANSMISSION**

| To: | CR O'Farrell Syndicate (Lloyd's Syndicate No. COF 1036) | Fax: | +44 (207) 105 4034 | Date: | 25.05.07 |
|---|---|---|---|---|---|
| Attn: | | Loc: | London | Pages: | 1 |
| Ref: | | | | Our ref: | EGA/KD/07-195 |

**ORHAN DEVAL c/p 13.04.06**

We are instructed by the Owners of the captioned vessel, who have certain claims against her Charterers and the guarantors of the latter.

Our clients have been offered security for their claims in the amount of approximately US$1.2 million in the form of a letter of undertaking signed by Michael Else & Co. Ltd. on behalf of your Syndicate.

May we please ask you to confirm to us that Michael Else & Co. Ltd. is duly authorised by you to issue and present such letters of undertaking on your behalf.

We would appreciate your urgent response.

Kind regards,

EArghyrakis

George Arghyrakis
**E.G. Arghyrakis & Co.**

Regulated by the Law Society

This message is confidential and may be privileged. If you are not named as a recipient please inform us immediately and do not disclose its contents to anyone else.

E.G.ARGHYRAKIS & CO. Fax:00442073532295

** Transmit Conf. Report **

P.1 25 May 2007 16:09

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 02071054034 | NORMAL | 25,16:09 | 0'20" | 1 | # O K | |

E.G. Arghyrakis & Co.

150 Fleet Street
London EC4A 2DQ
Tel: +44 (207) 353 2302
Fax: +44 (207) 353 2295
www.egalegal.com

E.G. Arghyrakis
S L. Glover

## FAX TRANSMISSION

| To: | CR O'Farrell Syndicate (Lloyd's Syndicate No. COF 1036) | Fax: | +44 (207) 105 4034 | Date: | 25.05.07 |
|---|---|---|---|---|---|
| Attn: | | Loc: | London | Pages: | 1 |
| Ref: | | | | Our ref: | EGA/KD/07-195 |

**ORHAN DEVAL c/p 13.04.06**

We are instructed by the Owners of the captioned vessel, who have certain claims against her Charterers and the guarantors of the latter.

Our clients have been offered security for their claims in the amount of approximately US$1.2 million in the form of a letter of undertaking signed by Michael Else & Co. Ltd. on behalf of your Syndicate.

May we please ask you to confirm to us that Michael Else & Co. Ltd. is duly authorised by you to issue and present such letters of undertaking on your behalf.

We would appreciate your urgent response.

Kind regards,

[signature]

(2)

George Arghyrakis
**E.G. Arghyrakis & Co.**

E.G. Arghyrakis & Co.
150 Fleet Street
London EC4A 2DQ
Tel: +44 (207) 353 2302
Fax: +44 (207) 353 2295
www.egalegal.com




E.G. Arghyrakis
S.L. Glover

URGENT

**FAX TRANSMISSION**

| To: | CR O'Farrell Syndicate (Lloyd's Syndicate No. COF 1036) | Fax: | +44 (207) 105 4034 | Date: | 29.05.07 |
|---|---|---|---|---|---|
| Attn: | | Loc: | London | Pages: | 2 |
| Ref: | | | | Our ref: | EGA/KD/07-195 |

**ORHAN DEVAL c/p 13.04.06**

We refer to our fax of 29th May (a copy of which we attach).

Please may we hear from you as a matter of urgency?

Kind regards,

[signature]

George Arghyrakis
**E.G. Arghyrakis & Co.**

(3)

E.G.ARGHYRAKIS & CO. Fax:00442073532295

** Transmit Conf. Report **

P.1 29 May 2007 15:13

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 02071054034 | NORMAL | 29,15:13 | 0'30" | 2 | # O K | |

E.G. Arghyrakis & Co

150 Fleet Street
London EC4A 2DQ
Tel: +44 (207) 353 2302
Fax: +44 (207) 353 2295
www.egalegal.com

E.G. Arghyrakis
S.L. Glover

URGENT

**FAX TRANSMISSION**

| To: | CR O'Farrell Syndicate (Lloyd's Syndicate No. COF 1036) | Fax: | +44 (207) 105 4034 | Date: | 29.05.07 |
|---|---|---|---|---|---|
| Attn: | | Loc: | London | Pages: | 2 |
| Ref: | | | | Our ref: | EGA/KD/07-195 |

**ORHAN DEVAL c/p 13.04.06**

We refer to our fax of 29th May (a copy of which we attach).

Please may we hear from you as a matter of urgency?

Kind regards,

George Arghyrakis
**E.G. Arghyrakis & Co.**

(4)