UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEVAL DENIZCILIK VE TICARET A.S.,

        Plaintiff,

07 CIV 3397 (JGK)

- against -

REPINTER INTERNATIONAL SHIPPING CO.
S.A. and MIACHART CORPORATION LLC,

        Defendants

---

EXHIBIT 8 to the Declaration of Epaminondas G. Arghyrakis
Dated 18.06.07

## George Arghyrakis

**From:** George Arghyrakis
**Sent:** 31 May 2007 11:40
**To:** 'kirstie.coker@qbeeurope.com'
**Subject:** CR O Farrell Syndicate 1036

Good morning.

We have sent the faxes to the captioned syndicate on 25th and 29th May without having received any response. I attach a copy of our latest fax (which attaches our earlier one).

I also rang Lloyds yesterday to speak to them but encountered an answering machine on which I left a message.

I am not entirely certain what your relationship with this syndicate is but our Lloyd's broker suggested I should get in touch with you.

If you are able to respond I would be obliged.

Kind regards
George Arghyrakis

E.G. Arghyrakis & Co.
150 Fleet Street
London EC4A 2DQ
Tel: +44 (207) 353 2302
Fax: +44 (207) 353 2295
www.egalegal.com

This message is confidential and may be privileged. If you are not named as a recipient please inform us immediately and do not disclose its contents to anyone else.

05/06/2007

Case 1:07-cv-03397-JGK   Document 16-9   Filed 06/18/2007   Page 3 of 6

Page 1 of 2

## George Arghyrakis

**From:** Kirstie Coker [Kirstie.Coker@qbeeurope.com]
**Sent:** 31 May 2007 16:16
**To:** George Arghyrakis
**Subject:** RE: CR O Farrell Syndicate 1036

Dear Mr Arghyrakis

I have looked into this matter and have been advised that it is being dealt with by Myles Sunley in our claims department - if you would like to contact Mr Sunley please call our switchboard on 020 7105 4000.

Kind regards
Kirstie

**Kirstie Coker**
**Personal Assistant to David Winkett**
**Chief Financial Officer, QBE European Operations**

Plantation Place
30 Fenchurch Street
London  EC3M 3BD

Direct Line:    + 44 (0)20 7105 5216
Switchboard:  + 44 (0)20 7105 4000
Email:              kirstie.coker@qbeeurope.com

---

**From:** George Arghyrakis [mailto:ega@egalegal.com]
**Sent:** 31 May 2007 11:40
**To:** Kirstie Coker
**Subject:** CR O Farrell Syndicate 1036

Good morning.

We have sent the faxes to the captioned syndicate on 25th and 29th May without having received any response. I attach a copy of our latest fax (which attaches our earlier one).

I also rang Lloyds yesterday to speak to them but encountered an answering machine on which I left a message.

I am not entirely certain what your relationship with this syndicate is but our Lloyd's broker suggested I should get in touch with you.

If you are able to respond I would be obliged.

Kind regards
George Arghyrakis

E.G. Arghyrakis & Co.
150 Fleet Street

05/06/2007

London EC4A 2DQ
Tel: +44 (207) 353 2302
Fax: +44 (207) 353 2295
www.egalegal.com

This message is confidential and may be privileged. If you are not named as a recipient please inform us immediately and do not disclose its contents to anyone else.

QBE Insurance (Europe) Limited "QIE" (No. 1761561) is authorised and regulated by the Financial Services Authority. Ensign is a trading name of QIE. Limit Underwriting Limited "LUL" (No. 1035198) is a managing agent for Syndicates at Lloyd's and is authorised and regulated by the Financial Services Authority. DA Constable Syndicate Limited (No. 2262145) and Limit Technology & Commercial Underwriting Limited "LTCUL" (No. 3515409) are appointed representatives of LUL. Icon Insurance and Praemunio are trading names of LTCUL. QBE Management (UK) Limited (No. 3153567) is a service company and QBE International Holdings (UK) PLC (No. 2641728) is the holding company for QBE European Operations, a division of the QBE Insurance Group. The above companies are registered in England and Wales at Plantation Place, 30 Fenchurch Street, London EC3M 3BD. QBE Reinsurance (Europe) Limited (No. 53272) is registered in the Republic of Ireland at St. Stephen's Green House, Earlsfort Terrace, Dublin 2.

CONFIDENTIALITY NOTICE
This e-mail is intended only for the addressee named above. As this e-mail may contain confidential or privileged information, if you are not the named addressee or the person responsible for delivering the message to the named addressee, please telephone us immediately on +44 (0)20 7105 4000.

Visit our website at http://www.QBEeurope.com/

05/06/2007

## George Arghyrakis

From: ega [ega@egalegal.com]
Sent: 31 May 2007 16:22
To: 'Kirstie Coker'
Subject: RE: CR O Farrell Syndicate 1036

Thank you very much for your response. I would be obliged if you could pass my earlier e-mail to you to Mr. Sunley.
Kind regards
George Arghyrakis

E.G. Arghyrakis & Co.
150 Fleet Street
London EC4A 2DQ
Tel: +44 (207) 353 2302
Fax: +44 (207) 353 2295
www.egalegal.com

This message is confidential and may be privileged. If you are not named as a recipient please inform us immediately and do not disclose its contents to anyone else.

-----Original Message-----
From: Kirstie Coker [mailto:Kirstie.Coker@qbeeurope.com]
Sent: 31 May 2007 16:16
To: George Arghyrakis
Subject: RE: CR O Farrell Syndicate 1036

Dear Mr Arghyrakis

I have looked into this matter and have been advised that it is being dealt with by Myles Sunley in our claims department - if you would like to contact Mr Sunley please call our switchboard on 020 7105 4000.

Kind regards
Kirstie

**Kirstie Coker**
**Personal Assistant to David Winkett**
**Chief Financial Officer, QBE European Operations**

Plantation Place
30 Fenchurch Street
London EC3M 3BD

Direct Line:   + 44 (0)20 7105 5216
Switchboard:  + 44 (0)20 7105 4000
Email:          kirstie.coker@qbeeurope.com

From: George Arghyrakis [mailto:ega@egalegal.com]

05/06/2007

Sent: 31 May 2007 11:40
To: Kirstie Coker
Subject: CR O Farrell Syndicate 1036

Good morning.

We have sent the faxes to the captioned syndicate on 25th and 29th May without having received any response. I attach a copy of our latest fax (which attaches our earlier one).

I also rang Lloyds yesterday to speak to them but encountered an answering machine on which I left a message.

I am not entirely certain what your relationship with this syndicate is but our Lloyd's broker suggested I should get in touch with you.

If you are able to respond I would be obliged.

Kind regards
George Arghyrakis

E.G. Arghyrakis & Co.
150 Fleet Street
London EC4A 2DQ
Tel: +44 (207) 353 2302
Fax: +44 (207) 353 2295
www.egalegal.com

This message is confidential
and may be privileged. If you
are not named as a recipient
please inform us immediately
and do not disclose its contents
to anyone else.


QBE Insurance (Europe) Limited "QIE" (No. 1761561) is authorised and regulated by the Financial Services Authority. Ensign is a trading name of QIE. Limit Underwriting Limited "LUL" (No. 1035198) is a managing agent for Syndicates at Lloyd's and is authorised and regulated by the Financial Services Authority. DA Constable Syndicate Limited (No. 2262145) and Limit Technology & Commercial Underwriting Limited "LTCUL" (No. 3515409) are appointed representatives of LUL. Icon Insurance and Praemunio are trading names of LTCUL. QBE Management (UK) Limited (No. 3153567) is a service company and QBE International Holdings (UK) PLC (No. 2641728) is the holding company for QBE European Operations, a division of the QBE Insurance Group. The above companies are registered in England and Wales at Plantation Place, 30 Fenchurch Street, London EC3M 3BD. QBE Reinsurance (Europe) Limited (No. 53272) is registered in the Republic of Ireland at St. Stephen's Green House, Earlsfort Terrace, Dublin 2.

CONFIDENTIALITY NOTICE
This e-mail is intended only for the addressee named above. As this e-mail may contain confidential or privileged information, if you are not the named addressee or the person responsible for delivering the message to the named addressee, please telephone us immediately on +44 (0)20 7105 4000.

Visit our website at http://www.QBEeurope.com/

05/06/2007