UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEVAL DENIZCILIK VE TICARET A.S.,

               Plaintiff,

    - against -

REPINTER INTERNATIONAL SHIPPING CO.
S.A. and MIACHART CORPORATION LLC,

              Defendants

**07 CIV 3397 (JGK)**

---

EXHIBIT 9 to the Declaration of Epaminondas G. Arghyrakis
Dated 18.06.07



**Mortgage Details for:**
**QBE CORPORATE LIMITED**
**03115135**

**Created: 11/06/2007**

# Mortgage Register

Number of Charges:        90 (89 outstanding / 0 part satisfied / 1 satisfied)

---

**Outstanding charge details:**

Description:                    LLOYD'S SECURITY AND TRUST
                                DEED

**Person(s) Entitled:**

LLOYD'S

**Amount Secured:**

ALL THE UNDERWRITING OBLIGATIONS OF THECOMPANY AS AN UNDERWRITING MEMBER OF THE SOCIETY
(LLOYD'S) AT ANY TIME BEFORE THE TERMINATION DATE (BEING THE 80th ANNIVERSARY OF THE DATE OF
THE TRUST DEED) INCLUDING OBLIGATIONS TO LLOYD'S AND THE TRUSTEES (AS DEFINED) AND
OBLIGATIONS ARISING UNDER THE BYE LAWS REGULATIONS,RULES,DIRECTIONS OR OTHER
REQUIREMENTS OF THE SOCIETY,ANY DEED CONTRACT,INSTRUMENT AND OTHER ARRANGEMENT
APPROVED BY THE SOCIETY BUT NOT INCLUDING OBLIGATIONS ARISING IN RESPECT OF ANY LETTER OF
CREDIT,GUARANTEE OR OTHER SECURITY GIVEN TO SECURE THE PERFORMANCE OF ANY OF THE SAID
UNDERWRITING OBLIGATIONS IN FAVOUR OF THE PERSON GIVING SUCH GUARANTEE OR OTHER SECURITY

**Acquisition Date:**

Created: 12/12/1995          Form Type: 395                    Registered: 21/12/1995

**Short Particulars:**

ALL FUTURE PROFITS OF THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S SUBJECT TO ANY
PRIOR CHARGE CONTAINED IN THE PREMIUMS TRUST DEED PLEASE REFER TO MORTGAGE CHARGE
PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**

Description:                    LLOYD'S PREMIUMS TRUST DEED

**Person(s) Entitled:**

LLOYD'S

**Amount Secured:**

ANY LOSSES CLAIMS,RETURNS OF PREMIUMS,REINSURANCE PREMIUMS AND OTHER OUTGOINGS PAYABLE
AS AT THE DATE OF THE TRUST DEEDOR AT ANY TIME THEREAFTER TO BECOME PAYABLE IN CONNECTION
WITH THE UNDERWRITINGAND ANY EXPENSES WHATSOEVER FROM TIME TO TIME INCURRED IN
CONNECTION WITH OR ARISING OUT OF THE UNDERWRITING (SUCH EXPENSES EXCLUDING ANY
NON-DEDUCTIBLE ITEM BUT INCLUDING ANY ANNUAL FEE,COMMISSION,OTHER RENUMERATION AND
REIMBURSEMENT OF OUTLAYS PAYABLE BY THE COMPANY TO ANY OF THE COMPANY'S AGENTS OR
LLOYD'S OR TO THE REGULATING TRUSTEE OR EXCEPT WHERE SO EXCLUDED TO ANY OTHER PERSON IN
CONNECTION WITH THE CONDUCT OR WINDING-UP OF THEUNDERWRITING AND INCLUDING ALSO ANY
FISCAL LIABILITIES INCURRED IN OR BY REASONOF THE UNDERWRITING OR IN RESPECT OF THE
PROPERTY MORTGAGED OR CHARGED OR ITS INCOME)

**Acquisition Date:**

Created: 01/01/1996          Form Type: 395                    Registered: 05/01/1996

**Short Particulars:**

*Mortgage Register*

SUBJECT TO EXCEPTIONS SPECIFIED IN THE TRUST DEED:(1) ALL PREMIUMS,MONIES INVESTMENTS AND OTHER ASSETS BELONGONG TO OR BECOMING PAYABLE TO THE COMPANY IN CONNECTION WITH IT'S UNDERWRITING BUSINESS,OTHER THAN LONG TERM BUSINESS,ST LLOYD'S:(2) ALL FURTHER ASSETS ADDED TO THE TRUSTFUND;(3)ALL INVESTMENTS AND OTHER ASSETS AT THE DATE OF THE TRUST DEED OT THEREAFTER REPRESENTING ANY SUCH PREMIUMS ASSETS OR OTHER MONIES;(4)ALL INCOME FROM TIME TO TIME ARISING FROM ANY OF THE PROPERTY CHARGED PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**

**Description:**                 LLOYD'S DEPOSIT TRUST DEED

**Person(s) Entitled:**

LLOYD'S

**Amount Secured:**

ALL SUMS FROM TIME TO TIME PAYABLE TO LLOYD'S UNDER THE COVENANT OF THE COMPANYWITH THE TRUSTEES SET OUT AT CLAUSE 2(b)(i) OF THE TRUST DEED

**Acquisition Date:**

Created: 12/12/1995          Form Type: 395          Registered: 21/12/1995

**Short Particulars:**

ALL FUTURE PROFITS OF THE UNDERWRITING BUSINESS AT LLOYD'S SUBJECT TO ANY PRIORCHARGE CONTAINED IN THE PREMIUMS TRUST DEED PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**

**Description:**                 MEMBERSHIP AGREEMENT

**Person(s) Entitled:**

LLOYD'S

**Amount Secured:**

A SUM EQUAL TO THE UNDERWRITING OBLIGATIONS INCURRED AT ANY TIME BY ANY CONNECTED COMPANY AS AN UNDERWRITING MEMBER OF THE SOCIETY AND INCLUDING ANY OBLIGATIONTO THE SOCIETY AND ANY UNDISCHARGED OBLIGATION ARISING AT ANY TIME UNDER THE BYE LAWS,REGULATIONS,RULES,DIRECTIONS OR OTHER REQUIREMENTS OF THE SOCIETY AND DEED CONTRACT INSTRUMENT OR OTHER ARRANGMENT OF ANY KIND APPROVED BY THE SOCIETY BUT NOT INCLUDING OBLIGATIONS ARISING IN RESPECT OF ANY LETTER OF CREDIT,GUARANTEEOR OTHER SECURITY GIVEN TO SECURE THE PERFORMANCE OF ANY SUCH UNDERWRITING OBLIGATION IN FAVOUR OF THE PERSON GIVING SUCH GUARANTEE OR OTHER SECURITY INTEREST PURSUANT TO CLAUSE 9.5 OF THE AGREEMENT AND ACCRUING FROM DAY TO DAY AT THE RATEOF TWO PER CENT PER ANNUM OR SUCH OTHERRATE AS THE COUNCIL MAY FROM TIME TO TIME PRESCRIBE ABOVE THE BASE RATE FROM TIME TO TIME OF SUCH LONDON CLEARING BANK AS THE SOCIETY MAY SELECT

**Acquisition Date:**

Created: 01/01/1996          Form Type: 395          Registered: 05/01/1996

**Short Particulars:**

*Mortgage Register*

THE COMPANY'S RIGHT TITLE AND INTEREST AND EXPECTANCY IN AND TO THE TRUST FUNDSHELD AT ANY TIME UNDER ANY PREMIUMS TRUST DEED TO WHICH IT IS A PARTY AND THE AMOUNTS RECEIVED AT ANY TIME AFTER A FAILURE BY A CONNECTED COMPANY TO DISCHARGE A LLOYDS OBLIGATION BY THE COMPANY OF THE PREMIUMS TRUST FUND PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**

**Description:**   A CHARGE IN THE TERMS OF THE LLOYD'S AMERICAN INSTRUMENT 1995 (GENERAL BUSINESS FOR CORPORATE MEMBERS) (THE AMERICAN INSTRUMENT) ITSELF CONSTITUTED BY AN INSTRUMENT DATED 31 JULY 1995

**Person(s) Entitled:**

THE MANAGING AGENT'S DOLLAR TRUSTEES,ANY OTHER TRUSTEE OF THE DOLLAR TRUST FUND,THE TRUSTEE OF THE EXISTING AMERICAN INSTRUMENT,LLOYD'S AND THE OTHER PARTIES AS DEFINED

**Amount Secured:**

THE PAYMENT OR DISCHARGE OF THE COMPANY'S OBLIGATIONS AND (SUBJECT AS MENTIONED IN THE AMERICAN INSTRUMENT THOSE OF ANY SYNDICATE OR GROUP OF WHICH THE COMPANY IS OR HAS BEEN OR IS ABOUT TO BECOME A MEMBER) AND ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE PREMIUMS, EXPENSES AND OTHER OUTGOINGS PAYABLE AS AT THE DATE OF OR AT ANY TIME AFTER THE DATE OF THE AMERICAN INSTRUMENT TO BECOME PAYABLE IN CONNECTION WITH ANY CONTINENTAL NEW AMERICAN BUSINESS (BEING THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S (OTHER THAN LONG TERM BUSINESS (AS DEFINED IN THE INSURANCE COMPANIES ACT 1982) AND BUSINESS CONDUCTED FOR ANY YEAR OF ACCOUNT COMMENCING AFTER THE SIXTIETH ANNIVERSARY OF THE DATE OF THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED FOR GENERAL BUSINESS) WHERE (1) SUCH BUSINESS (A) INVOLVES THE PROVISION OF INSURANCE OR REINSURANCE WITH RESPECT TO PROPERTY OR RISKS WHICH IS OR ARE OR WILL BE ORDINARILY SITUATED IN (OR THE PROVISION OF REINSURANCE TO AN INSURER WHICH IS RESIDENT OR DOMICILED IN) THE UNITED STATES OR CANADA; AND (B) IS (SUBJECT TO EXCEPTIONS) EXCLUDED FROM THE COMPANY'S EXISTING LLOYD'S AMERICAN TRUST DEED BY VIRTUE OF THE AMENDMENT THERETO MENTIONED IN RECITAL (D) OF THE AMERICAN INSTRUMENT; AND (2) THE LIABILITY IN RESPECT OF SUCH BUSINESS IS EXPRESSED IN UNITED STATES DOLLARS AND THE PREMIUM PAYABLE HAS BEEN PAID OR IS PAYABLE IN UNITED STATES DOLLARS; AND FOR SECURING CERTAIN OTHER EXPENSES, CHARGES AND REMUNERATION, AND PAYMENTS TO THE TRUST FUND SUBJECT TO THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED, THE TRUSTEE OF THE COMPANY'S EXISTING LLOYD'S AMERICAN TRUST DEED AND THE TRUSTEES OF ANY FUND CONSTITUTED OR REGULATED BY AN OVERSEAS DIRECTION OF THE COUNCIL OF LLOYD'S, AND THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE AMERICAN INSTRUMENT

**Acquisition Date:**

**Created:** 01/01/1996          **Form Type:** 395          **Registered:** 09/01/1996

**Short Particulars:**

ALL PREMIUMS OR OTHER MONEYS THAT (APART FROM THE AMERICAN INSTRUMENT AND THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED) BELONG OR ARE PAYABLE OR MAY AT ANY TIME BELONG OR BECOME PAYABLE TO THE COMPANY IN CONNECTION WITH SO MUCH OF ANY NEW AMERICAN BUSINESS (AS DEFINED IN THE AMERICAN INSTRUMENT) AND AS IS CONDUCTED BY A MANAGING AGENT APPOINTED BY THE COMPANY (THE MANAGING AGENT), ALL ASSETS REPRESENTING AND ALL FURTHER ASSETS AT ANY TIME ADDED TO THE DOLLAR TRUST FUND CONSTITUTED BY CLAUSE 3 OF THE AMERICAN INSTRUMENT OR TREATED AS ADDED TO THAT TRUST FUND, AND ALL INCOME ARISING FROM THE ABOVE PREMIUMS, MONEYS AND ASSETS, AND OTHER PROPERTY REFERRED TO IN THE AMERICAN INSTRUMENT

*4*

*Mortgage Register*

---

**Outstanding charge details:**

**Description:**     A CHARGE IN THE TERMS OF THE
LLOYD'S AMERICAN TRUST DEED
(THE TRUST DEED) ITSELF
CONSTITUTED BY AN INSTRUMENT
DATED 31 JULY 1995

**Person(s) Entitled:**
THE AMERICAN TRUSTEE,ALL POLICYHOLDERS (AS DEFINED),LLOYD'S,THE PREMIUM TRUSTEES AND THE
OTHER PARTIES AS DEFINED

**Amount Secured:**
ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE PREMIUMS, EXPENSES AND OTHER
OUTGOINGS AND ALL LIABILITIES INCURRED OR ARISING OR WHICH MAY AT ANY TIME BE INCURRED OR
ARISE IN CONNECTION WITH THE AMERICAN BUSINESS OF THE COMPANY, BEING THE UNDERWRITING
BUSINESS OF THE COMPANY AT LLOYD'S OTHER THAN LONG TERM BUSINESS (AS DEFINED IN THE
INSURANCE COMPANIES ACT 1982) WHERE (1) THE LIABILITY OF THE COMPANY IN RESPECT OF SUCH
BUSINESS IS EXPRESSED IN UNITED STATES DOLLARS; AND (2) THE PREMIUM PAYABLE TO OR FOR THE
ACCOUNT OF THE COMPANY HAS BEEN PAID OR IS PAYABLE IN UNITED STATES DOLLARS; EXCLUDING ALL
SUCH BUSINESS AS COMPRISES ANY CONTRACT OR POLICY OF INSURANCE OR REINSURANCE
UNDERWRITTEN OR INCEPTING ON OR AFTER 1 AUGUST 1995 EXCEPT FOR (A) CONTRACTS OR POLICIES
UNDERWRITTEN UNDER A BINDING AUTHORITY INCEPTING PRIOR TO THAT DATE, (B) CONTRACTS OR
POLICIES CONSTITUTING SITUS REINSURANCE OR SITUS SURPLUS LINES INSURANCE, AND (C) CONTRACTS
OR POLICIES OF INSURANCE WRITTEN PURSUANT TO LLOYD'S LICENCE IN KENTUCKY, AND FOR SECURING
TRANSFERS TO US TRUST FUNDS AND TO THE FUND HELD SUBJECT TO THE PROVISIONS OF THE LLOYD'S
PREMIUMS TRUST FUND, AND THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 01/01/1996          Form Type: 395              Registered: 09/01/1996

**Short Particulars:**
ALL PREMIUMS AND OTHER MONEYS PAYABLE DURING THE TRUST TERM TO OR FOR THE ACCOUNT OF THE
COMPANY IN CONNECTION WITH THE AMERICAN BUSINESS, ALL OTHER ASSETS FROM TIME TO TIME
TRANSFERRED TO THE AMERICAN TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE
THEREOF, CITIBANK N.A. OF 10011 WALL STREET, NEW YORK, U.S.A.) TO BE HELD BY IT AS PART OF THE
PROPERTY HELD IN TRUST UNDER THE TRUST DEED, AND ALL INCOME ARISING FROM THE ABOVE
PREMIUMS, MONEYS AND ASSETS, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED

---

**Outstanding charge details:**

**Description:**     A CHARGE IN THE TERMS OF THE
LLOYD'S CANADIAN TRUST DEED
(THE TRUST DEED) ITSELF
CONSTITUTED BY AN INSTRUMENT
DATED 26 SEPTEMBER 1995

**Person(s) Entitled:**
ROYAL TRUST CORPORATION OF CANADA,LLOYD'S AND THE OTHER PARTIES AS DEFINED

**Amount Secured:**

*Mortgage Register*

ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE PREMIUMS, EXPENSES AND OTHER OUTGOINGS PAYABLE AS AT THE DATE OF THE TRUST DEED OR AT ANY TIME THEREAFTER TO BECOME PAYABLE BY THE COMPANY IN CONNECTION WITH THE CANADIAN BUSINESS OF THE COMPANY, BEING THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S WHICH IS EITHER (1) BUSINESS WRITTEN IN CANADIAN DOLLARS, (THAT IS, BUSINESS IN RESPECT OF WHICH THE PREMIUM PAYABLE TO THE COMPANY HAS BEEN PAID OR IS PAYABLE IN CANADIAN DOLLARS AND THE LIABILITY OF THE COMPANY IN RESPECT THEREOF IS EXPRESSED IN CANADIAN DOLLARS); OR (2) BUSINESS (OTHER THAN MARINE AND REINSURANCE BUSINESS) NOT WRITTEN IN CANADIAN DOLLARS IN RESPECT OF WHICH THE RISKS COVERED BY THE POLICY OR CONTRACT OF INSURANCE ARE OR WILL BE ORDINARILY SITUATED IN A PROVINCE OR TERRITORY OF CANADA; AND FOR SECURING TRANSFERS TO THE FUND HELD SUBJECT TO THE PROVISIONS OF THE COMPANY'S PREMIUMS TRUST OR THE COMPANY'S PERSONAL RESERVE FUND OR THE LLOYD'S CANADIAN BUSINESS FUND, AND THE PAYMENT OF ANY LEVIES OR ASSESSMENTS ASSESSED AT ANY TIME AGAINST THE COMPANY, AND OF ANY DEPOSIT OR ASSET REQUIREMENT AS MAY BE IMPOSED ON MEMBERS OF LLOYD'S (INCLUDING THE COMPANY), AND OF ALL AND ANY LIABILITIES OR OBLIGATIONS IN CONNECTION WITH WHICH THE INSURANCE COMPANIES ACT OF CANADA REQUIRES THAT ASSETS BE VESTED IN TRUST, AND OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 01/01/1996          Form Type: 395          Registered: 09/01/1996

**Short Particulars:**
ALL PROPERTY TRANSFERRED TO OR RECEIVED BY THE CANADIAN TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING AS AT THE DATE HEREOF ROYAL TRUST CORPORATION OF CANADA) UNDER THE TRUST DEED, ALL PREMIUMS, MONEYS AND OTHER ASSETS BELONGING OR PAYABLE, AT THE DATE OF THE TRUST DEED OR THEREAFTER, TO THE COMPANY IN CONNECTION WITH THE CANADIAN BUSINESS, ANY RIGHT TO RECEIVE SUCH PREMIUMS MONIES AND OTHER ASSETS, ANY MONIES DRAWN ON ANY LETTER OF CREDIT DEPOSITED BY LLOYD'S UNDER THE TRUST DEED, AND ANY PROPERTY TRANSFERRED BY THE COMPANY TO THE CANADIAN TRUSTEE TO BE HELD IN TRUST AS PART OF THE COMPANY'S PERSONAL RESERVE FUND, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED

**Outstanding charge details:**
Description:                          CHARGE IN THE TERMS OF THE
                                      LLOYD'S AMERICAN INSTRUMENT
                                      1995 (GENERAL BUSINESS OF
                                      CORPORATE MEMBERS) (THE
                                      "AMERICAN INSTRUMENT") ITSELF
                                      CONSTITUTED BY AN INSTRUMENT
                                      DATED 31ST JULY 1995 AS
                                      AMENDED BY A DEED OF
                                      AMENDMENT AND DIRECTION
                                      DATED 21ST DECEMBER 1995

**Person(s) Entitled:**
THE MANAGING AGENT'S DOLLAR TRUSTEE, THE OTHER TRUSTEES AS DEFINED, LLOYD'S, THE COUNCIL, THE RELEVANT MANAGING AGENT ANDERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)
**Amount Secured:**

THE PAYMENT OR DISCHARGE OF THE COMPANY'S OBLIGATIONS AND (SUBJECT AS MENTIONEDIN THE AMERICAN INSTRUMENT THOSE OF ANYSYNDICATE OR GROUP OF WHICH THE COMPANYIS OR HAS BEEN OR IS ABOUT TO BECOME A MEMBER) TO KEEP FULLY FUNDED OR PROVIDE ANY AND EVERY CONTINENTAL BUSINESS REGULATORY DEPOSIT AND ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE PREMIUMS,EXPENSES AND OTHER OUTGOINGS PAYABLE ASAT THE DATE OF OR AT ANY TIME AFTER THEDATE OF THE AMERICAN INSTRUMENT TO BECOME PAYABLE IN CONNECTION WITH ANY CONTINENTAL NEW AMERICAN BUSINESS (BEING THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S (OTHER THAN LONG TERM BUSINESS (AS DEFINED IN THE INSURANCE COMPANIES ACT1982) AND BUSINESS CONDUCTED FOR ANY YEAR OF ACCOUNT COMMENCING AFTER THE SIXTIETH ANNIVERSARY OF THE DATE OF THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED FOR GENERAL BUSINESS) WHERE (1) SUCH BUSINESS (A) INVOLVES THE PROVISION OF INSURANCE OR REINSURANCE WITH RESPECT TO PROPERTY OR RISKS WHICH IS OR ARE OR WILL BE ORDINARILY SITUATED IN (OR THE PROVISION OF REINSURANCE TO AN INSURER WHICH IS RESIDENT OR DOMICILED IN) THE UNITED STATES ORCANADA; AND (B) IS (SUBJECT TO EXCEPTIONS) EXCLUDED FROM THE EXISTING LLOYD'S AMERICAN TRUST DEED BY VIRTUE OF THE AMENDMENT THERETO MENTIONED IN RECITAL (D) OF THE AMERICAN INSTRUMENT; AND (2) THE LIABILITY IN RESPECT OF SUCH BUSINESS ISEXPRESSED IN UNITED STATES DOLLARS AND THE PREMIUM PAYABLE IN HAS BEEN PAID OR IS PAYABLE IN UNITED STATES DOLLARS; ANDFOR SECURING CERTAIN OTHER EXPENSES, CHARGES AND REMUNERATION, AND PAYMENTS TO THE TRUST FUND SUBJECT TO THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED, THE TRUSTEEOF THE EXISTING LLOYD'S AMERICAN TRUST DEED AND THE TRUSTEES OF ANY FUND CONSTITUTED OR REGULATED BY AN OVERSEAS DIRECTION OF THE COUNCIL OF LLOYD'S, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE AMERICAN INSTRUMENT

**Acquisition Date:**
Created: 21/12/1995          Form Type: 395          Registered: 11/03/1996

**Short Particulars:**
ALL PREMIUMS OR OTHER MONEYS THAT (APART FROM THE AMERICAN INSTRUMENT AND THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED) BELONG OR ARE PAYABLE OR MAY AT ANY TIME BELONG OR BECOME PAYABLE TO THE COMPANY IN CONNECTION WITH SO MUCH OF ANY NEW AMERICAN BUSINESS (AS DEFINED IN THE AMERICAN INSTRUMENT) AND AS IS CONDUCTED BY A MANAGING AGENT APPOINTED BY THE COMPANY (THE "MANAGING AGENT"), ALL ASSETS REPRESENTING AND ALL FURTHER ASSETS AT ANY TIME ADDED TO THE DOLLAR TRUST FUND CONSTITUTED BY CLAUSE 3 OF THE AMERICAN INSTRUMENT OR TREATED AS ADDED TO THAT TRUST FUND, AND ALL INCOME ARISING FROM THE ABOVE PREMIUMS, MONEYS AND ASSETS, AND OTHER PROPERTY REFERRED TO IN THE AMERICAN INSTRUMENT

**Outstanding charge details:**
Description:                    CHARGE IN THE TERMS OF THE
                               LLOYD'S UNITED STATES SITUS
                               SURPLUS LINES TRUST DEED(THE
                               "TRUST DEED") EFFECTIVE FROM
                               1ST JANUARY 1996 ITSELF
                               CONSTITUTED BY AN INSTRUMENT
                               DATED 29TH FEBRUARY 1996

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM 395)

**Amount Secured:**

*Mortgage Register*

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1 AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.2724 (THE "SYNDICATE") AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THERELEVANT YEAR OF ACCOUNT FOR AN EARLIERYEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER PURSUANT TO SURPLUS LINESOR EXCESS LINES LAWS OF ANY UNITED STATES JURISDICTION PROVIDING INSURANCE WITHRESPECT TO PROPERTY OR RISKS SITUATED IN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"), ALL EXPENDITURESAND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATETHEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASHOR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OFTHE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED.

**Acquisition Date:**
Created: 29/02/1996              Form Type: 395              Registered: 11/03/1996

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME FROM TIME TO TIMEEARNED THEREON (BOTH CAPITALISED TERMS HAVING THE MEANING GIVEN THERETO IN SECTION 11-2.1(b) OF THE NEW YORK ESTATES, POWERS AND TRUSTS LAW), AND THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THETRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATEDBY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE RELEVANT SYNDICATE, AND CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS ANASSET OF THE FUND HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED.

---

**Outstanding charge details:**

Description:              CHARGE IN THE TERMS OF THE
                          LLOYD'S UNITED STATES SITUS
                          CREDIT FOR REINSURANCE TRUST
                          DEED (THE "TRUST DEED")
                          EFFECTIVE FROM 1ST JANUARY
                          1996 ITSELF CONSTITUTED BY AN
                          INSTRUMENT DATED 29TH
                          FEBRUARY 1996

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM 395)

**Amount Secured:**

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF REINSURANCE INCEPTING ON OR AFTER 1 AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.2724 (THE "SYNDICATE") AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNTOR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A CEDING INSURER DOMICILED IN A STATE,DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN REINSURANCE POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEETO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERSBY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OFNEW YORK OR OTHER DESIGNATED RECEIVER. AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED.

**Acquisition Date:**
Created: 29/02/1996              Form Type: 395              Registered: 11/03/1996

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME FROM TIME TO TIMEEARNED THEREON (BOTH CAPITALISED TERMS HAVING THE MEANING GIVEN THERETO IN SECTION 11-2.1(b) OF THE NEW YORK ESTATES, POWERS AND TRUSTS LAW), AND THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THETRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATEDBY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE RELEVANT SYNDICATE, AND CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS ANASSET OF THE FUND HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED.

---

**Outstanding charge details:**
Description:                    CHARGE IN THE TERMS OF THE
                               LLOYD'S KENTUCKY TRUST DEED
                               (THE "TRUST DEED") EFFECTIVE
                               FROM 1ST JANUARY 1996 ITSELF
                               CONSTITUTED BY AN INSTRUMENT
                               DATED 23RD FEBRUARY 1996

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM 395)

**Amount Secured:**

*Mortgage Register*

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1 JANUARY 1996 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.2724 (THE "SYNDICATE") AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TOA POLICYHOLDER PURSUANT TO THE INSURANCE LAWS OF THE COMMONWEALTH OF KENTUCKY PROVIDING INSURANCE WITH RESPECT TO PROPERTY OR RISKS SITUATED IN SAID COMMONWEALTH (A "KENTUCKY POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, NATIONAL CITY BANK, KENTUCKY, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THETRUST DEED) OR TO THE COMMISSIONER OF INSURANCE OF THE COMMONWEALTH OF KENTUCKYOR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED.

**Acquisition Date:**
Created: 23/02/1996          Form Type: 395          Registered: 11/03/1996

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME FROM TIME TO TIMEEARNED THEREON (BOTH CAPITALISED TERMS HAVING THE MEANING GIVEN THERETO IN KENTUCKY REVISED STATUTES SECTION 396.191, ET SEQ., AND THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THEPARTICULAR TRUST CREATED BY THE COMPANYWITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE RELEVANT SYNDICATE, AND CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS AN ASSET OF THE FUND HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED.

**Outstanding charge details:**
Description:          CHARGE IN THE TERMS OF THE
                      AMENDMENT AND RESTATEMENT
                      LLOYD'S SURPLUS OR EXCESS
                      LINES INSURANCE JOINT ASSET
                      TRUST DEED(THE "TRUST DEED")
                      ITSELF CONSTITUTED BY AN
                      INSTRUMENT DATED 7TH
                      SEPTEMBER 1995, AS
                      SUPPLEMENTED BY A DEED OF
                      ACCESSION DATED 29TH
                      FEBRUARY 1996

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, ALL POLICY HOLDERS, ALL THIRD PARTY CLAIMANTS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**

(A) THE PAYMENT OF LOSSES UNDER: (i) ANY CONTRACT OR POLICY OF INSURANCE ISSUEDBY ONE OR MORE MEMBERS OR PAST MEMBERS OF LLOYD'S PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY UNITED STATES JURISDICTION WHICH IS ISSUED TO A POLICYHOLDER RESIDENT OR DOING BUSINESS IN THE UNITED STATES AND PROVIDING INSURANCE WITH RESPECT TO PROPERTY OR RISKS SITUATEDIN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES PROVIDED THAT, WITH THE EXCEPTION OF SUCH CONTRACTS OR POLICIES ATTACHING ON OR PRIOR TO 15 NOVEMBER 1995 UNDERWRITTENUNDER ANY BINDING AUTHORITY INCEPTING PRIOR TO 1 AUGUST 1995 AND SUBJECT TO (ii) BELOW, SUCH CONTRACTS OR POLICIES SHALL NOT INCLUDE ANY CONTRACT OR POLICY OF INSURANCE INCEPTING ON OR AFTER 1 AUGUST1995 WHICH IS UNDERWRITTEN BY MEMBERS ON OR AFTER THAT DATE, OR (ii) ANY CONTRACT OR POLICY WHICH SATISFIES THE DEFINITION OF AN AMERICAN POLICY IN LLOYD'S UNITED STATES SITUS SURPLUS LINES TRUST DEED (AS AMENDED FROM TIME TO TIME), (AN "AMERICAN POLICY"); (B) RETURNS OF UNEARNED PREMIUM UNDER AN AMERICAN POLICY; (C) ALL EXPENDITURES AND FEES OF THE TRUSTEE(AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, NEW YORK, USA); (D) REPAYMENT OF CASH OR SECURITIES ADVANCEDBY THE TRUSTEE TO THE TRUST HELD UNDERTHE PROVISIONS OF THE TRUST DEED; (E) CERTAIN TRANSFERS BY THE TRUSTEE TO OTHERTRUST FUNDS OR TO THE CHIEF REGULATORY OFFICER FOR INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER; ANDFOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED.

**Acquisition Date:**
Created: 29/02/1996         Form Type: 395         Registered: 11/03/1996

**Short Particulars:**
CASH, SECURITIES, LETTERS OF CREDIT ANDOTHER ASSETS IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED.

**Outstanding charge details:**
Description:                    CHARGE IN THE TERMS OF THE
                               AMENDMENT AND RESTATEMENT
                               LLOYD'S AMERICAN CREDIT FOR
                               REINSURANCE JOINT ASSET
                               TRUST DEED (THE "TRUST DEED")
                               ITSELF CONSTITUTED BY
                               ANINSTRUMENT DATED 7TH
                               SEPTEMBER 1995,
                               ASSUPPLEMENTED BY A DEED OF
                               ACCESSION DATED 29TH
                               FEBRUARY 1996

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, ALL CEDING INSURERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM 395)

**Amount Secured:**

*Mortgage Register*

(A) THE PAYMENT OF LOSSES UNDER: (I) ANY CONTRACT OR POLICY OF REINSURANCE ISSUED BY ONE OR MORE MEMBERS OF LLOYD'S TO A CEDING INSURER DOMICILED IN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES PROVIDING REINSURANCE WITH RESPECT TO PROPERTY OR RISKS SITUATED IN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES PROVIDED THAT, WITH THE EXCEPTION OF SUCH CONTRACTS OR POLICIES ATTACHING ON OR PRIOR TO 15 NOVEMBER 1995 UNDERWRITTEN UNDER ANY BINDING AUTHORITYINCEPTING PRIOR TO 1 AUGUST 1995 AND SUBJECT TO (ii) BELOW, SUCH CONTRACTS OR POLICIES SHALL NOT INCLUDE ANY CONTRACT OR POLICY OF INSURANCE INCEPTING ON OR AFTER 1 AUGUST 1995 WHICH IS UNDERWRITTEN BY MEMBERS ON OR AFTER THAT DATE, OR (ii) ANY CONTRACT OR POLICY WHICH SATISFIESTHE DEFINITION OF AN AMERICAN REINSURANCE POLICY IN LLOYD'S UNITED STATES CREDIT FOR REINSURANCE TRUST DEED (AS AMENDEDFROM TIME TO TIME), (AN "AMERICAN REINSURANCE POLICY"); (B) RETURNS OF UNEARNEDPREMIUM UNDER AN AMERICAN REINSURANCE POLICY; (C) ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK,USA); (D) REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED; (E) CERTAIN TRANSFERS BY THE TRUSTEE TO OTHER TRUST FUNDS OR TO THE CHIEF REGULATORY OFFICER FOR INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER; AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED.

**Acquisition Date:**
Created: 29/02/1996            Form Type: 395            Registered: 11/03/1996

**Short Particulars:**
CASH, SECURITIES, LETTERS OF CREDIT ANDOTHER ASSETS IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED.

---

**Outstanding charge details:**
Description:                     CHARGE IN THE TERMS OF
                                 LLOYD'S KENTUCKYJOINT ASSET
                                 TRUST DEED (THE "TRUST DEED")
                                 EFFECTIVE FROM 1ST JANUARY
                                 1996 ITSELF CONSTITUTED BY AN
                                 INSTRUMENT DATED 23RD
                                 FEBRUARY 1996

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE KENTUCKY ATTORNEY-IN-FACT FOR UNDERWRITERS, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**
(A) THE PAYMENT OF LOSSES UNDER ANY CONTRACT OR POLICY WHICH SATISFIES THE DEFINITION OF A KENTUCKY POLICY IN LLOYD'S KENTUCKY TRUST DEED (AS AMENDED FROM TIMETO TIME), (A "KENTUCKY POLICY"); (B) RETURNS OF UNEARNED PREMIUM UNDER A KENTUCKY POLICY; (C) ALL EXPENDITURES AND FEESOF THE TRUSTEE (AS DEFINED IN THE TRUSTDEED AND BEING, AS AT THE DATE THEREOF,NATIONAL CITY BANK, KENTUCKY, OF LOUISVILLE, KENTUCKY, USA); (D) REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED; (E) CERTAIN TRANSFERS BY THE TRUSTEE TO OTHER TRUST FUNDS OR TO THE KENTUCKY COMMISSIONER OR OTHER DESIGNATED RECEIVER; AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERREDTO IN THE TRUST DEED.

**Acquisition Date:**
Created: 23/02/1996            Form Type: 395            Registered: 11/03/1996

*12*

*Mortgage Register*

**Short Particulars:**

CASH, SECURITIES, LETTERS OF CREDIT ANDOTHER ASSETS IN THE ACTUAL AND SOLE POSSESSION OF
THE TRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AND HELD UNDER THE PROVISIONS
OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED.

---

**Outstanding charge details:**

**Description:**                    CHARGE IN THE TERMS OF THE
                                    LLOYD'S AMERICAN TRUST DEED
                                    (THE "TRUST DEED") ITSELF
                                    CONSTITUTED BY AN INSTRUMENT
                                    DATED 21ST DECEMBER 1995

**Person(s) Entitled:**

THE AMERICAN TRUSTEE, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER
DEFINED ONFORM M395)

**Amount Secured:**

ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE PREMIUMS, EXPENSES AND OTHER
OUTGOINGS AND ALL LIABILITIES INCURRED OR ARISING OR WHICH MAY AT ANY TIME BEINCURRED OR
ARISE IN CONNECTION WITH THE AMERICAN BUSINESS OF THE COMPANY, BEING THE UNDERWRITING
BUSINESS OF THE COMPANY AT LLOYD'S OTHER THAN LONG TERM BUSINESS (AS DEFINED IN THE
INSURANCE COMPANIES ACT 1982) WHERE (1) THE LIABILITY OF THE COMPANY IN RESPECT OF SUCH
BUSINESS IS EXPRESSED IN UNITED STATES DOLLARS; AND (2) THE PREMIUM PAYABLE TO OR FOR
THEACCOUNT OF THE COMPANY HAS BEEN PAID ORIS PAYABLE IN UNITED STATES DOLLARS; EXCLUDING
ALL SUCH BUSINESS AS COMPRISES ANY CONTRACT OR POLICY OF INSURANCE OR REINSURANCE
UNDERWRITTEN OR INCEPTING ON OR AFTER 1 AUGUST 1995 EXCEPT FOR (A) CONTRACTS OR POLICIES
UNDERWRITTEN UNDER A BINDING AUTHORITY INCEPTING PRIOR TO THAT DATE, (B) CONTRACTS OR
POLICIES CONSTITUTING SITUS REINSURANCE OR SITUS SURPLUS LINES INSURANCE UNTIL SUCH TIME AS
A U.S. TRUST FUND PROVIDING FOR THE LIABILITIES IN RESPECT OF SUCH BUSINESS HAS COME INTO
FORCE, AND (C) CONTRACTS OR POLICIES OF INSURANCE WRITTEN PURSUANT TO LLOYD'S LICENCE IN
KENTUCKY PRIOR TO 1 JANUARY 1996 ; FOR SECURING TRANSFERS OF CASH AND OTHER PROPERTY OUT
OF, OR ESTABLISH SUCH ACCOUNTS WITHIN, THE AMERICAN TRUST FUND AS MAY BE REQUIRED (i) BY THE
INSURANCE REGULATORY BODIES OF ONE OR MOREOF THE UNITED STATES, OR (ii) TO MEET ME OR MORE
CONTRIBUTIONS LEVIED ON THE COMPANY IN RESPECT OF THE AMERICAN BUSINESS PURSUANT TO
REQUIREMENT AND DIRECTIONS OF THE COUNCIL, OR (iii) TO SECURE AND/OR TO PAY EACH LETTER OF
CREDIT ISSUEANY OF THE COMPANY'S SEVERAL LETTER OF CREDIT OBLIGATIONS, OR (iv) TO SECURE
AND/OR TO PAY THE COMPANY'S SEVERAL OBLIGATIONS ARISING WITH RESPECT TO ANY SURETYOR
OTHER BONDING ARRANGEMENT IN CONNECTION WITH ANY LITIGATION BY A POLICYHOLDER OF THE
COMPANY; AND FOR SECURING TRANSFERS TO US FUNDS AND TO THE FUND HELD SUBJECT TO THE
PROVISIONS OF THE LLOYD'S PREMIUMS TRUST DEED. AND FOR SECURING THEOTHER AMOUNTS AND
OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**

Created: 21/12/1995          Form Type: 395              Registered: 11/03/1996

**Short Particulars:**

ALL PREMIUMS AND OTHER MONEYS PAYABLE DURING THE TRUST TERM TO OR FOR THE ACCOUNT OF THE
COMPANY IN CONNECTION WITH THEAMERICAN BUSINESS, ALL OTHER ASSETS FROM TIME TO TIME
TRANSFERRED TO THE AMERICAN TRUSTEE (AS DEFINED IN THE TRUST DEEDAND BEING, AS AT THE DATE
THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK. USA) TO BE HELD BY IT AS PART OF THE
PROPERTY HELD IN TRUST UNDER THE TRUST DEED, AND ALL INCOME ARISING FROM THE ABOVE
PREMIUMS, MONEYS AND ASSETS, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED

*Mortgage Register*

---

**Outstanding charge details:**

Description:                 CHARGE (IN THE TERMS OF THE
                             LLOYD'S AMERICAN TRUST DEED
                             (THE "TRUST DEED") ITSELF
                             CONSTITUTED BY AN INSTRUMENT
                             DATED 3 SEPTEMBER 1996
                             AMENDING AND RESTATING THE
                             LLOYD'S AMERICAN TRUST DEED
                             ORIGINALLYADOPTED ON 26
                             AUGUST 1939)

**Person(s) Entitled:**
THE TRUSTEES, LLOYD'S, AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM
M395)

**Amount Secured:**
ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE PREMIUMS, EXPENSES AND OTHER
OUTGOINGS AND ALL LIABILITIES INCURRED OR ARISING OR WHICH ,MAY AT ANY TIME BE INCURRED OR
ARISE IN CONNECTION WITH THE AMERICAN BUSINESS OF THE COMPANY (AS DEFINED IN THE TRUST
DEED) AND FOR SECURING TRANSFERS OF CASH AND OTHER PROPERTYAS MAY BE REQUIRED (I) BY THE
INSURANCEREGULATORY BODIES OF ONE OR MORE OF THEUNITED STATES, (II) TO MEET ONE OR
MORECONTRIBUTIONS LEVIED ON THE COMPANY IN RESPECT OF THE AMERICAN BUSINESS PURSUANT TO
REQUIREMENTS AND DIRECTIONS OF THE COUNCIL OF LLOYD'S , (III) TO SECURE AND/OR TO PAY EACH
LETTER OF CREDIT ISSUER ANY OF THE COMPANY'S SEVERAL LETTERS OF CREDIT OBLIGATIONS AND (IV)
TO SECURE AND/OR TO PAY THE COMPANY'S SEVERAL OBLIGATIONS ARISING WITH RESPECT TO ANY
SURETYOR OTHER BONDING ARRANGEMENT IN CONNECTION WITH ANY LITIGATION BY A POLICYHOLDER
OF THE COMPANY; AND FOR SECURING TRANSFERS TO THE FUND HELD SUBJECT TO THE PROVISIONS OF
THE LLOYD'S PREMIUMS TRUST DEED, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS
REFERRED TO IN THE TRUST DEED

**Acquisition Date:**

Created: 03/09/1996          Form Type: 395           Registered: 24/09/1996

**Short Particulars:**
ALL PREMIUMS AND OTHER MONEYS PAYABLE DURING THE TRUST TERM TO OR FOR THE ACCOUNT OF THE
COMPANY IN CONNECTION WITH THEAMERICAN BUSINESS, ALL OTHER ASSETS FROM TIME TO TIME
TRANSFERRED TO THE AMERICAN TRUSTEE (AS DEFINED IN THE TRUST DEED) TO BE HELD BY IT AS PART
OF THE PROPERTY HELD IN TRUST UNDER THE TRUST DEED, AND ALL INCOME ARISING FROM THE ABOVE
PREMIUMS, MONEYS AND ASSETS, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED. NOTE: THIS
REGISTRATION IS SUPPLEMENTAL TO ALL AND ANY EXISTING REGISTRATION BY THE COMPANY OF ANY
CHARGE CREATED OR EVIDENCED BY A LLOYD'S AMERICAN TRUST DEED

---

**Outstanding charge details:**

Description:                 LLOYD'S PREMIUMS TRUST DEED
                             AS AMENDED AND VARIED BY A
                             DEED OF VARIATION

**Person(s) Entitled:**
THE TRUSTEES, LLOYD'S, AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM
M395)

**Amount Secured:**

ANY LOSSES CLAIMS RETURNS OR PREMIUMS REINSURANCE PREMIUMS AND OTHER OUTGOINGS PAYABLE AS AT THE DATE OF THE TRUST DEEDOR AT ANY TIME THEREAFTER TO BECOME PAYABLE IN CONNECTION WITH THE UNDERWRITING(AS DEFINED IN THE TRUST DEED) AND ANY EXPENSES WHATSOEVER FROM TIME TO TIME INCURRED IN CONNECTION WITH OR ARISING OUTOF THE UNDERWRITING (SUCH EXPENSES EXCLUDING ANY NON- DEDUCTIBLE ITEM (AS DEFINED IN THE TRUST DEED) BUT INCLUDING ANY ANNUAL FEE COMMISSION OTHER REMUNERATIONAND REIMBURSEMENT OF OUTLAYS PAYABLE BYTHE COMPANY TO ANY OF THE COMPANY'S AGENTS OR LLOYD'S OR TO THE REGULATING TRUSTEE OR EXCEPT WHERE SO EXCLUDED TO ANY OTHER PERSON IN CONNECTION WITH THE CONDUCT OR WINDING-UP OF THE UNDERWRITING ANDINCLUDING ALSO ANY FISCAL LIABILITIES INCURRED IN OR BY REASON OF THE UNDERWRITING OR IN RESPECT OF THE PROPERTY MORTGAGED OR CHARGED OR ITS INCOME) AND ANY OVERSEAS DEPOSIT FUNDING OBLIGATIONS (AS DEFINED IN THE TRUST DEED) AND THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**

Created: 25/04/1996              Form Type: 395              Registered: 16/05/1996

**Short Particulars:**

SUBJECT TO EXCEPTIONS SPECIFIED IN CLAUSE 2(B) OF THE TRUST DEED, ALL PREMIUMS AND OTHER MONEYS BELONGING OR PAYABLE ORAT ANY TIME BELONGING OR BECOMING PAYABLE TO THE COMPANY OR TO ANY PERSON ON BEHALF OF THE COMPANY IN CONNECTION WITH THE UNDERWRITING, ALL ASSETS REPRESENTING AND ALL FURTHER ASSETS AT ANY TIME ADDED TO THE TRUST FUND CONSTITUTED BY CLAUSE 2 OF THE TRUST DEED OR TREATED AS ADDED TO THAT TRUST FUND, AND ALL INCOME ARISING FROM THE ABOVE PREMIUMS, MONEYS AND ASSETS, AND OTHER PROPERTY REFERRED TOIN THE TRUST DEED. NOTE: THIS REGISTRATION IS SUPPLEMENTAL TO ALL AND ANY EXISTING REGISTRATION BY THE COMPANY OF ANY CHARGE CREATED OR EVIDENCED BY A LLOYD'S PREMIUMS TRUST DEED

---

**Outstanding charge details:**

Description:                    CHARGE (IN THE TERMS OF THE
                                AMENDMENT AND RESTATEMENT
                                LLOYD'S AMERICAN INSTRUMENT
                                1995 (GENERAL BUSINESS OF
                                CORPORATE MEMBERS) (THE
                                AMERICAN INSTRUMENT)
                                ITSELFCONSTITUTED BY AN
                                INSTRUMENT DATED 31 JULY 1995
                                AMENDED ON 21 DECEMBER 1995
                                ANDFURTHER AMENDED ON 25
                                APRIL 1996)

**Person(s) Entitled:**

THE TRUSTEES, LLOYD'S, AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**

THE PAYMENT OR DISCHARGE OF THE COMPANY'S OBLIGATIONS (AND SUBJECT AS MENTIONEDIN THE AMERICAN INSTRUMENT THOSE OF ANYSYNDICATE OR GROUP OF WHICH THE COMPANYIS OR HAS BEEN OR IS ABOUT TO BECOME A MEMBER) AND ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE PREMIUMS, AND OTHER OUTGOINGS PAYABLE AS AT THE DATE OFOR AT ANY TIME AFTER THE DATE OF THE AMERICAN INSTRUMENT TO BECOME PAYABLE IN CONNECTION WITH ANY NEW AMERICAN BUSINESS(AS DEFINED IN THE AMERICAN INSTRUMENT)AND FOR SECURING CERTAIN OTHER EXPENSES, CHARGES AND REMUNERATION, AND PAYMENTSTO THE TRUST FUND SUBJECT TO THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED, THE TRUSTEE OF THE COMPANY'S EXISTING LLOYD'S AMERICAN TRUST DEED AND THE TRUSTEES OF ANY FUND CONSTITUTED OR REGULATED BY AN OVERSEAS DIRECTION OF THE COUNCIL OF LLOYD'S, AND THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE AMERICAN INSTRUMENT

*Mortgage Register*

**Acquisition Date:**
Created: 25/04/1996            Form Type: 395            Registered: 16/05/1996

**Short Particulars:**
ALL PREMIUMS AND OTHER MONEYS THAT (APART FROM THE AMERICAN INSTRUMENT AND THE COMPANY'S
LLOYD'S PREMIUMS TRUST DEED) BELONG OR ARE PAYABLE OR MAY AT ANY TIME BELONG OR BECOME
PAYABLE TO THE COMPANY OR TO ANY PERSON ON BEHALF OF THE COMPANY IN CONNECTION WITH SO
MUCH OF ANY NEW AMERICAN BUSINESS (AS DEFINED IN THE AMERICAN INSTRUMENT) AS IS CONDUCTED
BY A MANAGING AGENT APPOINTED BY THE COMPANY (THE "MANAGING AGENT"), ALL ASSETS
REPRESENTING AND ALL FURTHER ASSETS AT ANY TIME ADDED TO THE DOLLAR TRUST FUND
CONSTITUTED BY CLAUSE 3 OF THE AMERICAN INSTRUMENT OR TREATED AS ADDED TO THAT TRUST FUND,
AND ALL INCOME ARISING FROM THE ABOVE PREMIUMS, MONEYS AND ASSETS, AND OTHERPROPERTY
REFERRED TO IN THE AMERICAN INSTRUMENT. NOTE: THIS REGISTRATION IS SUPPLEMENTAL TO ALL AND
ANY EXISTING REGISTRATION BY THE COMPANY OF ANY CHARGE CREATED OR EVIDENCED BY A LLOYD'S
AMERICAN INSTRUMENT 1995 (GENERAL BUSINESS OF CORPORATE MEMBERS)

**Outstanding charge details:**
Description:                    CHARGE (IN THE TERMS OF THE
                               AMENDMENT AND RESTATEMENT
                               LLOYD'S AMERICAN INSTRUMENT
                               1995 (GENERAL BUSINESS OF
                               CORPORATE MEMBERS) (THE
                               AMERICAN INSTRUMENT)
                               ITSELFCONSTITUTED BY AN
                               INSTRUMENT DATED 31 JULY 1995
                               AMENDED 21 DEC 1995, 25 APR
                               1996 AND FURTHER AMENDED ON
                               3 SEPT 1996)

**Person(s) Entitled:**
THE TRUSTEES, LLOYD'S, AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM
M395)

**Amount Secured:**
THE PAYMENT OR DISCHARGE OF THE COMPANY'S OBLIGATIONS (AND SUBJECT AS MENTIONEDIN THE
AMERICAN INSTRUMENT THOSE OF ANYSYNDICATE OR GROUP OF WHICH THE COMPANYIS OR HAS BEEN
OR IS ABOUT TO BECOME A MEMBER) AND ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE
PREMIUMS, AND OTHER OUTGOINGS PAYABLE AS AT THE DATE OFOR AT ANY TIME AFTER THE DATE OF THE
AMERICAN INSTRUMENT TO BECOME PAYABLE IN CONNECTION WITH ANY NEW AMERICAN BUSINESS(AS
DEFINED IN THE AMERICAN INSTRUMENT)AND FOR SECURING CERTAIN OTHER EXPENSES, CHARGES AND
REMUNERATION, AND PAYMENTSTO THE TRUST FUND SUBJECT TO THE COMPANY'S LLOYD'S PREMIUMS
TRUST DEED, THE TRUSTEE OF THE COMPANY'S EXISTING LLOYD'S AMERICAN TRUST DEED AND THE
TRUSTEES OF ANY FUND CONSTITUTED OR REGULATED BY AN OVERSEAS DIRECTION OF THE COUNCIL OF
LLOYD'S, AND THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE AMERICAN INSTRUMENT

**Acquisition Date:**
Created: 03/09/1996            Form Type: 395            Registered: 24/09/1996

**Short Particulars:**

*Mortgage Register*

ALL PREMIUMS AND OTHER MONEYS THAT (APART FROM THE AMERICAN INSTRUMENT AND THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED) BELONG OR ARE PAYABLE OR MAY AT ANY TIME BELONG OR BECOME PAYABLE TO THE COMPANY OR TO ANY PERSON ON BEHALF OF THE COMPANY IN CONNECTION WITH SO MUCH OF ANY NEW AMERICAN BUSINESS (AS DEFINED IN THE AMERICAN INSTRUMENT) AS IS CONDUCTED BY A MANAGING AGENT APPOINTED BY THE COMPANY (THE "MANAGING AGENT"), ALL ASSETS REPRESENTING AND ALL FURTHER ASSETS AT ANY TIME ADDED TO THE DOLLAR TRUST FUND CONSTITUTED BY CLAUSE 3 OF THE AMERICAN INSTRUMENT OR TREATED AS ADDED TO THAT TRUST FUND, AND ALL INCOME ARISING FROM THE ABOVE PREMIUMS, MONEYS AND ASSETS, AND OTHERPROPERTY REFERRED TO IN THE AMERICAN INSTRUMENT. NOTE: THIS REGISTRATION IS SUPPLEMENTAL TO ALL AND ANY EXISTING REGISTRATION BY THE COMPANY OF ANY CHARGE CREATED OR EVIDENCED BY A LLOYD'S AMERICAN INSTRUMENT 1995 (GENERAL BUSINESS OF CORPORATE MEMBERS)

---

**Outstanding charge details:**

**Description:** CHARGE DATED 10TH JANUARY 1997 IN THE TERMS OF THE LLOYD'S UNITED STATES SITUS CREDIT FOR REINSURANCE TRUST DEED (THE "TRUST DEED") BUT EFFECTIVE FROM 1ST JANUARY 1997 ITSELF CONSTITUTED BY AN INSTRUMENT

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**
THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF REINSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OFSYNDICATE NO.1223 (THE "SYNDICATE") ANDALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY ISLIABLE AS A MEMBER OF THE SYNDICATE FORTHE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUEDTO A CEDING INSURER DOMICILED IN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN REINSURANCE POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINEDIN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS ANDOBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
**Created:** 10/01/1997          **Form Type:** 395          **Registered:** 16/01/1997

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME FROM TIME TO TIMEEARNED THEREON (BOTH CAPITALISED TERMS HAVING THE MEANING GIVEN THERETO IN SECTION 11-2.1(b) OF THE NEW YORK ESTATES, POWERS AND TRUSTS LAW), AND THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THETRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATEDBY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE RELEVANT SYNDICATE, AND CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS ANASSET OF THE FUND HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED

*Mortgage Register*

**Outstanding charge details:**

Description:    CHARGE DATED 10TH JANUARY
1997 IN THE TERMS OF THE
LLOYD'S UNITED STATES SITUS
SURPLUS LINES TRUST DEED (THE
"TRUST DEED") BUT EFFECTIVE
FROM 1ST JANUARY 1997 ITSELF
CONSTITUTED BY AN INSTRUMENT

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS
FURTHERDEFINED ON FORM M395)

**Amount Secured:**
THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER
CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY
THE COMPANY AS A MEMBER OF SYNDICATE NO.1223 (THE "SYNDICATE") AND ALLOCABLE TO THE
RELEVANT YEAR OF ACCOUNTOR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE
SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO
ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER PURSUANT TO SURPLUS
LINES OR EXCESS LINES LAWS OF ANY UNITED STATES JURISDICTION PROVIDING INSURANCE WITH
RESPECT TO PROPERTY OR RISKS SITUATEDIN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR
POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"), ALL EXPENDITURES AND FEES OF THE
TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111
WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEETO
THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERSBY THE
TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF
INSURANCE OF THE STATE OFNEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE
OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED.

**Acquisition Date:**
Created: 10/01/1997        Form Type: 395            Registered: 16/01/1997

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME FROM TIME TO TIMEEARNED
THEREON (BOTH CAPITALISED TERMS HAVING THE MEANING GIVEN THERETO IN SECTION 11-2.1(b) OF THE
NEW YORK ESTATES, POWERS AND TRUSTS LAW), AND THE PROPERTY IN THE ACTUAL AND SOLE
POSSESSION OF THETRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND
HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATEDBY
THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE RELEVANT SYNDICATE, AND
CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS ANASSET OF THE FUND HELD
UNDER THE PROVISIONS OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED.

**Outstanding charge details:**

Description:    CHARGE DATED 10TH JANUARY
1997 IN THE TERMS OF THE
LLOYD'S KENTUCKY TRUST DEED
(THE "TRUST DEED") BUT
EFFECTIVE FROM 1ST JANUARY
1997 ITSELF CONSTITUTED BY AN
INSTRUMENT

**Person(s) Entitled:**

THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST JANUARY 1996 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.1223 (THE "SYNDICATE") AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER PURSUANT TO THE INSURANCE LAWS OF THE COMMONWEALTH OF KENTUCKYPROVIDING INSURANCE WITH RESPECT TO PROPERTY OR RISKS SITUATED IN SAID COMMONWEALTH (A "KENTUCKY POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINEDIN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, NATIONAL CITY BANK, KENTUCKY, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUSTDEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE COMMISSIONER OFINSURANCE OF THE COMMONWEALTH OF KENTUCKY OR OTHER DESIGNATED RECEIVER, AND FORSECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**

Created: 10/01/1997          Form Type: 395                    Registered: 16/01/1997

**Short Particulars:**

THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME FROM TIME TO TIMEEARNED THEREON (BOTH CAPITALISED TERMS HAVING THE MEANING GIVEN THERETO IN KENTUCKY REVISED STATUTES SECTION 396.191, ET SEQ., AND THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THEPARTICULAR TRUST CREATED BY THE COMPANYWITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE RELEVANT SYNDICATE, AND CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS AN ASSET OF THE FUND HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED.

---

**Outstanding charge details:**

Description:                CHARGE DATED 12TH JANUARY
                            1998 IN THE TERMS OF THE
                            LLOYD'S UNITED STATES SITUS
                            SURPLUS LINES TRUST DEED (THE
                            "TRUST DEED") BUT EFFECTIVE
                            FROM 1ST JANUARY 1998 ITSELF
                            CONSTITUTED BY AN INSTRUMENT
                            DATED 7TH SEPTEMBER 1995 (AS
                            AMENDED AND SUPPLEMENTED
                            FROM TIME TO TIME) AND AS
                            SUPPLEMENTED BY A DEED OF
                            ACCESSION

**Person(s) Entitled:**

THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**

*Mortgage Register*

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.218 (THE "SYNDICATE") AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TOA POLICYHOLDER PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY UNITED STATES JURISDICTION PROVIDING INSURANCE WITH RESPECT TO PROPERTY OR RISKS SITUATED IN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES(AN "AMERICAN POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED INTHE TRUST DEED AND BEING, AS AT THE DATE THEREOF,CITIBANK N.A.OF 111 WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TOTHE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BYTHE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, ANDFOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

Acquisition Date:

Created: 21/01/1998          Form Type: 395          Registered: 21/01/1998

Short Particulars:
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME, THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED; CASH IN US CURRENCY OR SPECIFICALLY DESIGNATED READILY MARKETABLE SECURITIES AND/OR LETTERS OF CREDIT SUBSTITUTED BY THE AGENT; CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS AN ASSET OF THE TRUSTFUND; FURTHER CONTRIBUTIONS; ANY ADVANCE OF CASH OR SECURITIES BY THE TRUSTEE TO THE TRUST FUND; ANY INVESTMENTS OR OTHER ASSETS HELD BY THE TRUSTEE.(EACH AS DEFINED IN THE FORM M395).

---

Outstanding charge details:

Description:                    CHARGE DATED 12TH JANUARY
                                1998 IN THE TERMS OF THE
                                LLOYD'S UNITED STATES SITUS
                                CREDIT FOR REINSURANCE TRUST
                                DEED (THE "TRUST DEED") BUT
                                EFFECTIVE FROM 1ST JANUARY
                                1998 ITSELF CONSTITUTED BY AN
                                INSTRUMENT DATED 7TH
                                SEPTEMBER 1995 (AS AMENDED
                                AND SUPPLEMENTED FROM TIME
                                TO TIME) AND AS SUPPLEMENTED
                                BY A DEED OF ACCESSION

Person(s) Entitled:
THE TRUSTEE, LLOYD'S, THE AGENT, ALL CEDING INSURERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

Amount Secured:

*Mortgage Register*

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF REINSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OFSYNDICATE NO.218 (THE "SYNDICATE") AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A CEDING INSURER DOMICILED IN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN REINSURANCE POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONSOF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (ASDEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER,AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**

Created: 12/01/1998             Form Type: 395            Registered: 21/01/1998

**Short Particulars:**

THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME: THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED; CASH IN US CURRENCY OR SPECIFICALLY DESIGNATED READILY MARKETABLE SECURITIES AND/OR LETTERS OF CREDIT SUBSTITUTED BY THE AGENT; CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS AN ASSET OF THE TRUSTFUND; FURTHER CONTRIBUTIONS; ANY ADVANCE OF CASH OR SECURITIES BY THE TRUSTEE TO THE TRUST FUND; ANY INVESTMENTS OR OTHER ASSETS HELD BY THE TRUSTEE.(EACH AS DEFINED IN THE FORM M395).

---

**Outstanding charge details:**

Description:                          CHARGE (IN THE TERMS OF THE
                                     LLOYD'S AMERICAN TRUST DEED
                                     (THE "TRUST DEED") ITSELF
                                     CONSTITUTED BY AN INSTRUMENT
                                     DATED 7 JANUARY 1998 AMENDING
                                     AND RESTATING THE LLOYD'S
                                     AMERICAN TRUST DEED
                                     ORIGINALLY ADOPTED ON 26
                                     AUGUST 1939)

**Person(s) Entitled:**

THE TRUSTEES, LLOYD'S, AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**

ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE PREMIUMS, EXPENSES AND OTHER OUTGOINGS AND ALL LIABILITIES INCURRED OR ARISING OR WHICH MAY AT ANY TIME BEINCURRED OR ARISE IN CONNECTION WITH THE AMERICAN BUSINESS OF THE COMPANY, BEING THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S OTHER THAN LONG TERM BUSINESS (AS DEFINED IN THE INSURANCE COMPANIES ACT 1982) WHERE (1) THE LIABILITY OF THE COMPANY IS EXPRESSED IN U.S.DOLLARS;AND (2) THE PREMIUM PAYABLE TO OR FOR THE ACCOUNT OF THE COMPANY HAS BEEN PAID OR IS PAYABLE IN U.S.DOLLARS; EXCLUDING ALL SUCH BUSINESS AS COMPRISES ANY CONTRACT OR POLICY OF INSURANCE OR REINSURANCE UNDERWRITTEN OR INCEPTING ON OR AFTER 1 AUGUST 1995 EXCEPT FOR (A) CONTRACTS OR POLICIES UNDERWRITTEN UNDER A BINDING AUTHORITY INCEPTING PRIOR TO THAT DATE, (B) CONTRACTS OR POLICIES OF INSURANCE WRITTEN PURSUANT TO LLOYD'S LICENSE IN KENTUCKY PRIOR TO 1 JANUARY 1996 AND (C) ANY CONTRACT OF REINSURANCE TO CLOSE FOR ANY YEAR OF ACCOUNT UNDERWRITTEN BY THE COMPANY TO THE EXTENT ONLY THAT (I) THE PREMIUM PAYABLE TO OR FOR THE ACCOUNT OFTHE COMPANY HAS BEEN PAID OR IS PAYABLEIN U.S.DOLLARS OR THE LIABILITY OF THE COMPANY IN RESPECT OF SUCH CONTRACT IS EXPRESSED IN U.S.DOLLARS; AND (ii) THE COMPANY IS LIABLE UNDER SUCH CONTRACT IN RESPECT OF CONTRACTS OR POLICIES OF INSURANCE OR REINSURANCE UNDERWRITTEN BY UNDERWRITING MEMBERS OF LLOYD'S WHICH EITHER(1) INCEPTED PRIOR TO AUGUST 1, 1995; (2) WERE UNDERWRITTEN UNDER A BINDING AUTHORITY INCEPTING PRIOR TO THAT DATE; OR (3) WERE UNDERWRITTEN PURSUANT TO LLOYD'S LICENSE IN KENTUCKY PRIOR TO JANUARY 1, 1996; AND FOR SECURING TRANSFERS OF CASH AND OTHER PROPERTY OUT OF, OR ESTABLISH SUCH ACCOUNTS WITHIN, THE AMERICAN TRUST FUND AS MAY BE REQUIRED (I) BY THE INSURANCE REGULATORY BODIES OF ONE OR MORE OF THE UNITED STATES, OR (II) TO MEET ONE OR MORE CONTRIBUTIONS LEVIED ON THE COMPANY IN RESPECT OF THE AMERICAN BUSINESS PURSUANT TO REQUIREMENTS AND DIRECTIONS OF THE COUNCIL, OR (iii) TO SECURE AND/OR TO PAY EACH LETTER OF CREDIT ISSUER ANY OF THE COMPANY'S SEVERAL LETTER OFCREDIT OBLIGATIONS, OR (iv) TO SECURE AND/OR TO PAY THE COMPANY'S SEVERAL OBLIGATIONS ARISING WITH RESPECT TO ANY SURETY OR OTHER BONDING ARRANGEMENT IN CONNECTION WITH ANY LITIGATION BY A POLICYHOLDER OF THE COMPANY; AND FOR SECURING TRANSFERS TO THE TRUST FUND SUBJECT TO THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED ANDFOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 07/01/1998          Form Type: 395               Registered: 28/01/1998

**Short Particulars:**
(i) ALL PREMIUMS AND OTHER MONIES PAYABLE INCLUDING, WITHOUT LIMITATION MONIES PAYABLE UNDER ANY REINSURANCE POLICY, ATANY TIME DURING THE TRUST TERM TO THE COMPANY OR TO ANY PERSON ON BEHALF OF THECOMPANY IN CONNECTION WITH THE AMERICANBUSINESS; (ii) ALL OTHER ASSETS FROM TIME TO TIME TRANSFERRED TO THE AMERICAN TRUSTEE TO BE HELD BY IT AS PART OF THE LLOYD'S AMERICAN TRUST FUND; (iii) ALL INVESTMENTS AND MONIES FROM TIME TO TIME REPRESENTING (I) AND (ii) ABOVE (OTHER THAN NET CAPITAL GAIN) OR (iv) BELOW; AND (iv) ALL INCOME ARISING FROM (i) TO (iii) ABOVE (INCOME TO INCLUDE NET CAPITAL GAIN) AND; (v) (SO FAR AS NOT ALREADY INCLUDED IN (i) TO (iv) ABOVE) ALL PROPERTYPURCHASED AND ALL PROCEEDS FROM THE SALE OF PROPERTY OR THE DISPOSAL OF PROPERTY WHERE THE AMERICAN TRUSTEE ADVANCED CASH OR SECURITIES TO THE TRUST TO EFFECT OR EXPEDITE THE PURCHASE OR SALE OF SECURITIES FOR THE TRUST.

---

**Outstanding charge details:**

*Mortgage Register*

**Description:**

CHARGE (IN THE TERMS OF THE LLOYD'S AMERICAN INSTRUMENT 1995 (GENERAL BUSINESS OF CORPORATE MEMBERS) ("THE AMERICAN INSTRUMENT") ITSELF CONSTITUTED BY AN INSTRUMENT DATED 31 JULY 1995 AS AMENDED ON 21 DECEMBER 1995, 25 APRIL 1996, 3 SEPTEMBER 1996 AND AS FURTHER AMENDED ON 7 JANUARY 1998)

**Person(s) Entitled:**

THE TRUSTEES, LLOYD'S, AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**

THE PAYMENT OR DISCHARGE OF THE COMPANY'S OBLIGATIONS (AND SUBJECT AS MENTIONEDIN THE AMERICAN INSTRUMENT THOSE OF ANYSYNDICATE OR GROUP OF WHICH THE COMPANYIS OR HAS BEEN OR IS ABOUT TO BECOME A MEMBER) TO KEEP FULLY FUNDED OR PROVIDE ANY AND EVERY CONTINENTAL BUSINESS REGULATORY DEPOSIT AND OFFSHORE DOLLAR BUSINESS REGULATORY DEPOSIT AND ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE PREMIUMS, EXPENSES AND OTHER OUTGOINGS PAYABLE AS AT THE DATE OF OR AT ANY TIME AFTER THE DATE OF THE AMERICAN INSTRUMENTTO BECOME PAYABLE IN CONNECTION WITH ANY NEW AMERICAN BUSINESS, BEING THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S OTHER THAN LONG TERM BUSINESS (AS DEFINED IN THE INSURANCE COMPANIES ACT 1982), WHERE (i) THE LIABILITY OF THE COMPANY IS EXPRESSED IN U.S.DOLLARS AND (ii) THE PREMIUM PAYABLE TO OR FOR THE ACCOUNTOF THE COMPANY HAS BEEN PAID OR IS PAYABLE IN U.S.DOLLARS, THAT RELATES TO ANY CONTRACT OR POLICY OF INSURANCE OR REINSURANCE UNDERWRITTEN OR INCEPTING ON OR AFTER 1ST AUGUST 1995 OTHER THAN (AND EXCEPT ONLY FOR) (1) CONTRACTS OR POLICIES UNDERWRITTEN UNDER A BINDING AUTHORITY INCEPTING PRIOR TO THAT DATE (2) CONTRACTS OR POLICIES OF INSURANCE WRITTEN PURSUANT TO LLOYD'S LICENCE IN KENTUCKY PRIORTO 1ST JANUARY 1996 AND (3) ANY CONTRACT OF REINSURANCE TO CLOSE FOR ANY YEAR OF ACCOUNT UNDERWRITTEN BY THE COMPANY TOTHE EXTENT ONLY THAT (i) THE PREMIUM PAYABLE TO OR FOR THE ACCOUNT OF THE COMPANY HAS BEEN PAID OR IS PAYABLE IN U.S.DOLLARS OR THE LIABILITY OF THE COMPANY INRESPECT OF SUCH CONTRACT IS EXPRESSED IN U.S.DOLLARS; AND (ii) THE COMPANY IS LIABLE UNDER SUCH CONTRACT IN RESPECT OF CONTRACTS OR POLICIES OF INSURANCE OR REINSURANCE UNDERWRITTEN BY UNDERWRITING MEMBERS OF LLOYD'S WHICH EITHER (1) INCEPTED PRIOR TO 1ST AUGUST 1995 (2) WERE UNDERWRITTEN UNDER A BINDING AUTHORITY INCEPTING PRIOR TO THAT DATE OR (3) WERE UNDERWRITTEN PURSUANT TO LLOYD'S LICENCE IN KENTUCKY PRIOR TO 1ST JANUARY 1996 ANDFOR SECURING CERTAIN OTHER EXPENSES, CHARGES AND REMUNERATION, AND PAYMENTS TO THE TRUST FUND SUBJECT TO THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED, THE TRUSTEEOF THE EXISTING LLOYD'S AMERICAN TRUST DEED AND THE TRUSTEES OF ANY FUND CONSTITUTED OR REGULATED BY AN OVERSEAS DIRECTION OF THE COUNCIL OF LLOYD'S, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE AMERICAN INSTRUMENT

**Acquisition Date:**

Created: 07/01/1998          Form Type: 395          Registered: 28/01/1998

**Short Particulars:**

23

*Mortgage Register*

ALL PREMIUMS AND OTHER MONIES (BEING PREMIUMS AND OTHER MONIES WHICH BUT FOR THE 1995 AMERICAN INSTRUMENT (CORPORATE MEMBERS) WOULD OTHERWISE BE OR BECOME COMPRISED IN THE PTD TRUST FUND) (AS DEFINED); ALL FURTHER ASSETS AT ANY TIME ADDED TO THE DOLLAR TRUST FUND WHETHER BY OR ON BEHALF OF THE CORPORATE MEMBER OR IN EXERCISE OF A POWER IN THAT BEHALF CONFERRED BY THE CORPORATE MEMBER'S PTD OR BY ANY OTHER OVERSEAS DIRECTION OR BY ANY CONTINENTAL BUSINESS REGULATORY DEPOSIT OR OFFSHORE DOLLAR BUSINESS REGULATORY DEPOSIT OR BY ANY OTHER INSTRUMENT OR OTHERWISE HOWEVER; ALL INVESTMENTS AND OTHERASSETS AT ANY TIME REPRESENTING ANY SUCH PREMIUMS AND OTHER MONIES AND ASSETS; ALL INCOME FROM TIME TO TIME ARISING FROM ANY SUCH PREMIUMS MONIES INVESTMENTS AND OTHER ASSETS TOGETHER WITH ALL THE OTHER PARTICULARS AS FULLY DETAILED IN THEFORM M395

---

**Outstanding charge details:**

**Description:**       CHARGE DATED 17 NOVEMBER 1998 (BUT EFFECTIVE FROM 1 JANUARY 1999) IN THE TERMS OF THE LLOYD'S UNITED STATES SITUS SURPLUS LINES TRUST DEED (THE "TRUST DEED") ITSELF CONSTITUTED BY AN INSTRUMENT DATED070995 (AS AMENDED AND AS SUPPLEMENTED FROM TIME TO TIME) AND AS FURTHER AMENDED BY A DEED OF AMENDMENT

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**
THE PAYMENT OF MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTSOR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.2724 (THE "SYNDICATE") AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS AMEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OFACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"),ALL EXPENDITURE AND FEES OF THE TRUSTEE(AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, U.S.A), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED)OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHERAMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
**Created:** 17/11/1998        **Form Type:** 395        **Registered:** 21/01/1999

**Short Particulars:**
THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM TIME TO TIME EARNED THEREON, THEPROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE AT ANY TIME AND UNDERTHE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATED BY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE SYNDICATE ("THETRUST FUND" ) (SEE FORM 395 FOR FURTHERDETAILS)

*Mortgage Register*

---

**Outstanding charge details:**

**Description:**   CHARGE DATED 17 NOVEMBER
1998 (BUT EFFECTIVE FROM 1
JANUARY 1999) IN THE TERMS OF
THE LLOYD'S UNITED STATES
SITUS SURPLUS LINES TRUST
DEED (THE "TRUST DEED") ITSELF
CONSTITUTED BY AN INSTRUMENT
DATED070995 (AS AMENDED AND
AS SUPPLEMENTED FROM TIME TO
TIME) AND AS FURTHER AMENDED
BY A DEED OF AMENDMENT

**Person(s) Entitled:**

THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS
FURTHERDEFINED ON FORM M395)

**Amount Secured:**

THE PAYMENT OF MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF
UNEARNED PREMIUM) UNDER CONTRACTSOR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST
AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.1223 (THE "SYNDICATE")
AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE
AS AMEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR
OFACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER
PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY,
COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"),ALL EXPENDITURE
AND FEES OF THE TRUSTEE(AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF,
CITIBANK N.A. OF 111 WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED
BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN
TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED)OR TO THE
SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND
FOR SECURING THE OTHERAMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**

Created: 17/11/1998          Form Type: 395          Registered: 21/01/1999

**Short Particulars:**

THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM
TIME TO TIME EARNED THEREON, THEPROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE
AT ANY TIME AND UNDERTHE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST
CREATED BY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE SYNDICATE
("THETRUST FUND" ) (SEE FORM 395 FOR FURTHERDETAILS)

---

**Outstanding charge details:**

*Mortgage Register*

**Description:**                    CHARGE DATED 17 NOVEMBER
1998 (BUT EFFECTIVE FROM 1
JANUARY 1999) IN THE TERMS OF
THE LLOYD'S UNITED STATES
SITUS SURPLUS LINES TRUST
DEED (THE "TRUST DEED") ITSELF
CONSTITUTED BY AN INSTRUMENT
DATED070995 (AS AMENDED AND
AS SUPPLEMENTED FROM TIME TO
TIME) AND AS FURTHER AMENDED
BY A DEED OF AMENDMENT

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS
FURTHERDEFINED ON FORM M395)

**Amount Secured:**
THE PAYMENT OF MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF
UNEARNED PREMIUM) UNDER CONTRACTSOR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST
AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.218 (THE "SYNDICATE")
AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE
AS AMEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR
OFACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER
PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY,
COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY").ALL EXPENDITURE
AND FEES OF THE TRUSTEE(AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF,
CITIBANK N.A. OF 111 WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED
BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN
TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED)OR TO THE
SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND
FOR SECURING THE OTHERAMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
**Created: 17/11/1998**        **Form Type: 395**          **Registered: 21/01/1999**

**Short Particulars:**
THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM
TIME TO TIME EARNED THEREON, THEPROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE
AT ANY TIME AND UNDERTHE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST
CREATED BY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE SYNDICATE
("THETRUST FUND" ) (SEE FORM 395 FOR FURTHERDETAILS)

**Outstanding charge details:**
**Description:**                    CHARGE (IN THE TERMS OF THE
LLOYD'S AMERICAN INSTRUMENT
1995 (GENERAL BUSINESS OF
CORPORATE MEMBERS) ("THE
AMERICAN INSTRUMENT") ITSELF
CONSTITUTED BY AN INSTRUMENT
DATED 31 JULY 1995 AS AMENDED
ON 21 DECEMBER 1995, 25 APRIL
1996, 3 SEPTEMBER 1996 AND AS
FURTHER AMENDED ON 1
JANUARY 1999)

*Mortgage Register*

**Person(s) Entitled:**
THE TRUSTEES, LLOYD'S, AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**
THE PAYMENT OR DISCHARGE OF THE COMPANY'S OBLIGATIONS (AND SUBJECT AS MENTIONEDIN THE AMERICAN INSTRUMENT THOSE OF ANYSYNDICATE OR GROUP OF WHICH THE COMPANYIS OR HAS BEEN OR IS ABOUT TO BECOME A MEMBER) TO KEEP FULLY FUNDED OR PROVIDE ANY AND EVERY CONTINENTAL BUSINESS REGULATORY DEPOSIT AND OFFSHORE DOLLAR BUSINESS REGULATORY DEPOSIT AND ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE PREMIUMS, EXPENSES AND OTHER OUTGOINGS PAYABLE AS AT THE DATE OF OR AT ANY TIME AFTER THE DATE OF THE AMERICAN INSTRUMENTTO BECOME PAYABLE IN CONNECTION WITH ANY NEW AMERICAN BUSINESS, BEING THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S OTHER THAN LONG TERM BUSINESS (AS DEFINED IN THE INSURANCE COMPANIES ACT 1982), WHERE (i) THE LIABILITY OF THE COMPANY IS EXPRESSED IN U.S.DOLLARS AND (ii) THE PREMIUM PAYABLE TO OR FOR THE ACCOUNTOF THE COMPANY HAS BEEN PAID OR IS PAYABLE IN U.S.DOLLARS, THAT RELATES TO ANY CONTRACT OR POLICY OF INSURANCE OR REINSURANCE UNDERWRITTEN OR INCEPTING ON OR AFTER 1ST AUGUST 1995 OTHER THAN (AND EXCEPT ONLY FOR) (1) CONTRACTS OR POLICIES UNDERWRITTEN UNDER A BINDING AUTHORITY INCEPTING PRIOR TO THAT DATE (2) CONTRACTS OR POLICIES OF INSURANCE WRITTEN PURSUANT TO LLOYD'S LICENCE IN KENTUCKY PRIORTO 1ST JANUARY 1996 AND (3) ANY CONTRACT OF REINSURANCE TO CLOSE FOR ANY YEAR OF ACCOUNT UNDERWRITTEN BY THE COMPANY TOTHE EXTENT ONLY THAT (I) THE PREMIUM PAYABLE TO OR FOR THE ACCOUNT OF THE COMPANY HAS BEEN PAID OR IS PAYABLE IN U.S.DOLLARS OR THE LIABILITY OF THE COMPANY INRESPECT OF SUCH CONTRACT IS EXPRESSED IN U.S.DOLLARS; AND (II) THE COMPANY IS LIABLE UNDER SUCH CONTRACT IN RESPECT OF CONTRACTS OR POLICIES OF INSURANCE OR REINSURANCE UNDERWRITTEN BY UNDERWRITING MEMBERS OF LLOYD'S WHICH EITHER (1) INCEPTED PRIOR TO 1ST AUGUST 1995 (2) WERE UNDERWRITTEN UNDER A BINDING AUTHORITY INCEPTING PRIOR TO THAT DATE OR (3) WERE UNDERWRITTEN PURSUANT TO LLOYD'S LICENCE IN KENTUCKY PRIOR TO 1ST JANUARY 1996 ANDFOR SECURING CERTAIN OTHER EXPENSES, CHARGES AND REMUNERATION, AND PAYMENTS TO THE TRUST FUND SUBJECT TO THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED, THE TRUSTEEOF THE EXISTING LLOYD'S AMERICAN TRUST DEED AND THE TRUSTEES OF ANY FUND CONSTITUTED OR REGULATED BY AN OVERSEAS DIRECTION OF THE COUNCIL OF LLOYD'S, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE AMERICAN INSTRUMENT

**Acquisition Date:**
Created: 01/01/1999          Form Type: 395          Registered: 21/01/1999

**Short Particulars:**
ALL PREMIUMS AND OTHER MONIES (BEING PREMIUMS AND OTHER MONIES WHICH BUT FOR THE 1995 AMERICAN INSTRUMENT (CORPORATE MEMBERS) WOULD OTHERWISE BE OR BECOME COMPRISED IN THE PTD TRUST FUND) (AS DEFINED); ALL FURTHER ASSETS AT ANY TIME ADDED TO THE DOLLAR TRUST FUND WHETHER BY OR ON BEHALF OF THE CORPORATE MEMBER OR IN EXERCISE OF A POWER IN THAT BEHALF CONFERRED BY THE CORPORATE MEMBER'S PTD OR BY ANY OTHER OVERSEAS DIRECTION OR BY ANY CONTINENTAL BUSINESS REGULATORY DEPOSIT OR OFFSHORE DOLLAR BUSINESS REGULATORY DEPOSIT OR BY ANY OTHER INSTRUMENT OR OTHERWISE HOWEVER; ALL INVESTMENTS AND OTHERASSETS AT ANY TIME REPRESENTING ANY SUCH PREMIUMS AND OTHER MONIES AND ASSETS; ALL INCOME FROM TIME TO TIME ARISING FROM ANY SUCH PREMIUMS MONIES INVESTMENTS AND OTHER ASSETS TOGETHER WITH ALL THE OTHER PARTICULARS AS FULLY DETAILED IN THEFORM M395

---

**Outstanding charge details:**

*Mortgage Register*

**Description:**                CHARGE (IN THE TERMS OF THE
LLOYD'S AMERICAN TRUST DEED
(THE "TRUST DEED") ITSELF
CONSTITUTED BY AN INSTRUMENT
DATED 1 JANUARY 1999 AMENDING
AND RESTATING THE LLOYD'S
AMERICAN TRUST DEED
ORIGINALLY ADOPTED ON 26
AUGUST 1939)

**Person(s) Entitled:**
THE TRUSTEES, LLOYD'S, AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM
M395)

**Amount Secured:**
ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS, REINSURANCE PREMIUMS, EXPENSES AND OTHER
OUTGOINGS AND ALL LIABILITIES INCURRED OR ARISING OR WHICH MAY AT ANY TIME BEINCURRED OR
ARISE IN CONNECTION WITH THE AMERICAN BUSINESS OF THE COMPANY, BEING THE UNDERWRITING
BUSINESS OF THE COMPANY AT LLOYD'S OTHER THAN LONG TERM BUSINESS (AS DEFINED IN THE
INSURANCE COMPANIES ACT 1982) WHERE (1) THE LIABILITY OF THE COMPANY IS EXPRESSED IN
U.S.DOLLARS;AND (2) THE PREMIUM PAYABLE TO OR FOR THE ACCOUNT OF THE COMPANY HAS BEEN PAID
OR IS PAYABLE IN U.S.DOLLARS; EXCLUDING ALL SUCH BUSINESS AS COMPRISES ANY CONTRACT OR
POLICY OF INSURANCE OR REINSURANCE UNDERWRITTEN OR INCEPTING ON OR AFTER 1 AUGUST 1995
EXCEPT FOR (A) CONTRACTS OR POLICIES UNDERWRITTEN UNDER A BINDING AUTHORITY INCEPTING
PRIOR TO THAT DATE, (B) CONTRACTS OR POLICIES OF INSURANCE WRITTEN PURSUANT TO LLOYD'S
LICENSE IN KENTUCKY PRIOR TO 1 JANUARY 1996 AND (C) ANY CONTRACT OF REINSURANCE TO CLOSE
FOR ANY YEAR OF ACCOUNT UNDERWRITTEN BY THE COMPANY TO THE EXTENT ONLY THAT (i) THE
PREMIUM PAYABLE TO OR FOR THE ACCOUNT OFTHE COMPANY HAS BEEN PAID OR IS PAYABLEIN
U.S.DOLLARS OR THE LIABILITY OF THE COMPANY IN RESPECT OF SUCH CONTRACT IS EXPRESSED IN
U.S.DOLLARS; AND (ii) THE COMPANY IS LIABLE UNDER SUCH CONTRACT IN RESPECT OF CONTRACTS OR
POLICIES OF INSURANCE OR REINSURANCE UNDERWRITTEN BY UNDERWRITING MEMBERS OF LLOYD'S
WHICH EITHER(1) INCEPTED PRIOR TO AUGUST 1, 1995; (2) WERE UNDERWRITTEN UNDER A BINDING
AUTHORITY INCEPTING PRIOR TO THAT DATE; OR (3) WERE UNDERWRITTEN PURSUANT TO LLOYD'S
LICENSE IN KENTUCKY PRIOR TO JANUARY 1, 1996; AND FOR SECURING TRANSFERS OF CASH AND OTHER
PROPERTY OUT OF, OR ESTABLISH SUCH ACCOUNTS WITHIN, THE AMERICAN TRUST FUND AS MAY BE
REQUIRED (I) BY THE INSURANCE REGULATORY BODIES OF ONE OR MORE OF THE UNITED STATES, OR (ii)
TO MEET ONE OR MORE CONTRIBUTIONS LEVIED ON THE COMPANY IN RESPECT OF THE AMERICAN
BUSINESS PURSUANT TO REQUIREMENTS AND DIRECTIONS OF THE COUNCIL, OR (iii) TO SECURE AND/OR
TO PAY EACH LETTER OF CREDIT ISSUER ANY OF THE COMPANY'S SEVERAL LETTER OFCREDIT
OBLIGATIONS, OR (iv) TO SECURE AND/OR TO PAY THE COMPANY'S SEVERAL OBLIGATIONS ARISING WITH
RESPECT TO ANY SURETY OR OTHER BONDING ARRANGEMENT IN CONNECTION WITH ANY LITIGATION BY A
POLICYHOLDER OF THE COMPANY; AND FOR SECURING TRANSFERS TO THE TRUST FUND SUBJECT TO THE
COMPANY'S LLOYD'S PREMIUMS TRUST DEED ANDFOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS
REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
**Created:** 01/01/1999          **Form Type:** 395          **Registered:** 21/01/1999

**Short Particulars:**

*Mortgage Register*

(i) ALL PREMIUMS AND OTHER MONIES PAYABLE INCLUDING, WITHOUT LIMITATION MONIES PAYABLE UNDER ANY REINSURANCE POLICY, AT ANY TIME DURING THE TRUST TERM TO THE COMPANY OR TO ANY PERSON ON BEHALF OF THE COMPANY IN CONNECTION WITH THE AMERICAN BUSINESS; (ii) ALL OTHER ASSETS FROM TIME TO TIME TRANSFERRED TO THE AMERICAN TRUSTEE TO BE HELD BY IT AS PART OF THE LLOYD'S AMERICAN TRUST FUND; (iii) ALL INVESTMENTS AND MONIES FROM TIME TO TIME REPRESENTING (i) AND (ii) ABOVE (OTHER THAN NET CAPITAL GAIN) OR (iv) BELOW; AND (iv) ALL INCOME ARISING FROM (i) TO (iii) ABOVE (INCOME TO INCLUDE NET CAPITAL GAIN) AND; (v) (SO FAR AS NOT ALREADY INCLUDED IN (i) TO (iv) ABOVE) ALL PROPERTY PURCHASED AND ALL PROCEEDS FROM THE SALE OF PROPERTY OR THE DISPOSAL OF PROPERTY WHERE THE AMERICAN TRUSTEE ADVANCED CASH OR SECURITIES TO THE TRUST TO EFFECT OR EXPEDITE THE PURCHASE OR SALE OF SECURITIES FOR THE TRUST.

---

**Outstanding charge details:**

Description:                          CHARGE (IN THE TERMS OF THE
                                      LLOYD'S CANADIAN TRUST DEED
                                      "THE TRUST DEED" DATED 26
                                      SEPTEMBER 1995. THE
                                      INSTRUMENT AMENDS AND
                                      RESTATES THE INSTRUMENT
                                      DATED 9 NOVEMBER 1977, AS
                                      FURTHER AMENDED BY DEEDS
                                      DATED 8 MARCH 1978 AND 11 JUNE
                                      1989)

**Person(s) Entitled:**

THE TRUSTEES, LLOYD'S AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**

ALL LOSSES, CLAIMS, EXPENSES, RETURNS OF PREMIUMS, RE-INSURANCE PREMIUMS AND OTHER OUTGOINGS PAYABLE AT THE DATE OF THE TRUST DEED OR AT ANY TIME THEREAFTER TO BECOME PAYABLE IN CONNECTION WITH THE CANADIAN BUSINESS OF THE COMPANY, INCLUDING (1) THE PAYMENT OF ANY AMOUNT INTO AN ESCROW FUND OR ACCOUNT TO BE HELD IN RESPECT OF A PARTICULAR CLAIM OF A POLICYHOLDER OR ANY OTHER PERSON AND (2) ALL EXPENSES WHATSOEVER FROM TIME TO TIME INCURRED BY THE COMPANY IN CONNECTION WITH OR ARISING OUT OF THE CANADIAN BUSINESS OF THE COMPANY INCLUDING ANY SALARY, COMMISSION, OTHER REMUNERATION AND REIMBURSEMENT OF OUTLAYS PAYABLE BY THE COMPANY TO THE AGENT OR TO ANY OTHER PERSON IN CONNECTION WITH THE CONDUCT OR WINDING UP OF THE CANADIAN BUSINESS, THE REPAYMENT OF ANY OUTSTANDING INDEBTEDNESS INCURRED BY THE COMPANY TO MEET VALID EXPENSES OF THE CANADIAN BUSINESS OF SUCH COMPANY, THE COMPANY'S DUE PROPORTION OF REMUNERA THE TRUSTEES, LLOYD'S AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395) TION AND REIMBURSEMENT OF EXPENSES OF THE CANADIAN TRUSTEE, THE COMPANY'S DUE PROPORTION OF ANY SHORTFALL IN THE LLOYD'S CANADIAN BUSINESS FUND (INCLUDING ANY COSTS OR EXPENSES IN RESPECT THERETO) AND INCLUDING ALSO ANY TAXES INCURRED IN OR BY REASON OF THE CANADIAN BUSINESS

**Acquisition Date:**

Created: 01/01/1999          Form Type: 395          Registered: 21/01/1999

**Short Particulars:**

ALL PROPERTY WHICH MAY BE (OR SHOULD BE) ASSIGNED OR TRANSFERRED TO OR RECEIVED BY THE CANADIAN TRUSTEE UNDER THE TRUST DEED AND ANY ACCUMULATIONS AND INCREMENTS FROM ANY SUCH PROPERTY. ALL PREMIUMS MONIES AND OTHER ASSETS WHATSOEVER BELONGING OR PAYABLE AT THE DATE OF THE TRUST DEED OR THEREAFTER AT ANY TIME BELONGING OR BECOMING PAYABLE TO THE COMPANY IN CONNECTION WITH THE CANADIAN BUSINESS AND RECEIVED ON BEHALF OF THE COMPANY BY THE AGENT OR ANY OTHER PERSON

*Mortgage Register*

**Outstanding charge details:**

**Description:**
CHARGE (IN THE TERMS OF THE LLOYD'S CANADIAN TRUST DEED "THE TRUST DEED" DATED 26 SEPTEMBER 1995. THE INSTRUMENT AMENDSAND RESTATES THE INSTRUMENT DATED 9 NOVEMBER 1977, AS FURTHER AMENDED BY DEEDS DATED 8 MARCH 1978 AND 11 JUNE 1989)

**Person(s) Entitled:**
THE TRUSTEES, LLOYD'S AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**
ALL LOSSES, CLAIMS, EXPENSES, RETURNS OF PREMIUMS, RE-INSURANCE PREMIUMS AND OTHER OUTGOINGS PAYABLE AT THE DATE OF THETRUST DEED OR AT ANY TIME THEREAFTER TOBECOME PAYABLE IN CONNECTION WITH THE CANADIAN BUSINESS OF THE COMPANY, INCLUDING (1) THE PAYMENT OF ANY AMOUNT INTO ANESCROW FUND OR ACCOUNT TO BE HELD IN RESPECT OF A PARTICULAR CLAIM OF A POLICYHOLDER OR ANY OTHER PERSON AND (2) ALL EXPENSES WHATSOEVER FROM TIME TO TIME INCURRED BY THE COMPANY IN CONNECTION WITH OR ARISING OUT OF THE CANADIAN BUSINESS OF THE COMPANY INCLUDING ANY SALARY, COMMISSION, OTHER REMUNERATION AND REIMBURSEMENT OF OUTLAYS PAYABLE BY THE COMPANY TO THE AGENT OR TO ANY OTHER PERSON IN CONNECTION WITH THE CONDUCT OR WINDING UP OF THE CANADIAN BUSINESS, THE REPAYMENT OF ANY OUTSTANDING INDEBTEDNESS INCURREDBY THE COMPANY TO MEET VALID EXPENSES OF THE CANADIAN BUSINESS OF SUCH COMPANY,THE COMPANY'S DUE PROPORTION OF REMUNERATHE TRUSTEES, LLOYD'S AND CERTAIN OTHERPERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)TION AND REIMBURSEMENT OF EXPENSES OF THE CANADIAN TRUSTEE, THE COMPANY'S DUE PROPORTION OF ANY SHORTFALL INTHE LLOYD'S CANADIAN BUSINESS FUND (INCLUDING ANY COSTS OR EXPENSES IN RESPECT THERETO) AND INCLUDING ALSO ANY TAXES INCURRED IN OR BY REASON OF THE CANADIAN BUSINESS

**Acquisition Date:**
Created: 01/01/1999          Form Type: 395          Registered: 21/01/1999

**Short Particulars:**
ALL PROPERTY WHICH MAY BE (OR SHOULD BE) ASSIGNED OR TRANSFERRED TO OR RECEIVEDBY THE CANADIAN TRUSTEE UNDER THE TRUSTDEED AND ANY ACCUMULATIONS AND INCREMENTS FROM ANY SUCH PROPERTY. ALL PREMIUMS MONIES AND OTHER ASSETS WHATSOEVER BELONGING OR PAYABLE AT THE DATE OF THE TRUSTDEED OR THEREAFTER AT ANY TIME BELONGING OR BECOMING PAYABLE TO THE COMPANY IN CONNECTION WITH THE CANADIAN BUSINESS AND RECEIVED ON BEHALF OF THE COMPANY BY THE AGENT OR ANY OTHER PERSON PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

**Outstanding charge details:**

*Mortgage Register*

**Description:**

A CHARGE DATED 17 NOVEMBER 1998 (BUT EFFECTIVE FROM 1 JANUARY 1999) IN THE TERMS OF THE AMENDMENT AND RESTATEMENT LLOYD'S AMERICAN SURPLUS OR EXCESS LINES INSURANCE JOINT ASSET TRUST DEED (THE "TRUSTDEED") ITSELF CONSTITUTED BY AN INSTRUMENT DATED 7 SEPTEMBER 1995 (AS AMENDED AND AS SUPPLEMENTED FROM TIME TO TIME) AND AS FURTHER AMENDED BY A DEED OF AMENDMENT

**Person(s) Entitled:**

THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395).

**Amount Secured:**

(a) THE PAYMENT OF MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF UNEARNED PREMIUM) UNDER (i) ANY CONTRACT OR POLICY OF INSURANCE ISSUED BY ONE OR MORE UNDERWRITERS OR FORMER UNDERWRITERS AT LLOYD'S PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES IN WHICH UNDERWRITERS ARE NOT LICENSED PROVIDED THAT, WITH THE EXCEPTION OF SUCH CONTRACTS OR POLICIES ATTACHING ON OR PRIOR TO 15 NOVEMBER 1995 UNDERWRITTEN UNDER ANY BINDING AUTHORITY INCEPTING PRIOR TO 1ST AUGUST 1995 AND SUBJECT TO (ii) BELOW, SUCH CONTRACTS OF POLICIES SHALL NOT INCLUDE ANY CONTRACT OR POLICY OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 WHICH IS UNDERWRITTEN BY UNDERWRITERS ON OR AFTER THAT DATE, OR (ii) ANY CONTRACT OR POLICY OF INSURANCE WHICH SATISFIES THE DEFINITION OF AN AMERICAN POLICY IN LLOYD'S UNITED STATES SITUS SURPLUS LINES TRUST DEED (AS PRESCRIBED BY COUNCIL FROM TIME TO TIME), (b) ALL EXPENDITURE AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, U.S.A.); (c) REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED; (d) CERTAIN TRANSFERS BY THE TRUSTEE TO OTHER TRUST FUNDS OR TO THE CHIEF REGULATORY OFFICER FOR INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**

Created: 17/11/1998          Form Type: 395          Registered: 21/01/1999

**Short Particulars:**

THE TRUST FUND. CASH IN US CURRENCY OR SPECIFICALLY DESIGNATED READILY MARKETABLE SECURITIES AND/OR LETTER OF CREDIT SUBSTITUTED BY CURRENT CONTRIBUTORS AT ANY TIME FOR ANY CASH OR ASSETS THEN FORMING PART OF THE TRUST FUND. CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANYTIME AND HELD AS AN ASSET OF THE TRUST FUND PURSUANT TO THE TERMS OF THE TRUST DEED. FURTHER CONTRIBUTIONS TO THE TRUST FUND RECEIVED BY THE TRUSTEE FROM TIME TO TIME AND HELD SUBJECT TO THE TERMS AND CONDITIONS OF THE TRUST DEED. (SEE FORM 395 FOR FULL DETAILS)

**Outstanding charge details:**

*Mortgage Register*

**Description:**

A CHARGE DATED 29TH JANUARY
1999 IN THETERMS OF THE
LLOYD'S SOUTH AFRICAN
TRANSITIONAL TRUST DEED (THE
"TRUST DEED") ITSELF
CONSTITUTED BY AN INSTRUMENT

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS
FURTHERDEFINED ON FORM M395)

**Amount Secured:**
THE PAYMENT OF ALL CLAIMS OF OR SUBMITTED BY (A) THE HOLDER OF ANY SOUTH AFRICAN
SHORT-TERM INSURANCE POLICY TO WHICH THE TRUST DEED APPLIES (A "SOUTH AFRICAN POLICY"), OR
(B) THE MANAGING AGENT OF ANY SYNDICATE THAT HAS UNDERWRITTEN A SOUTH AFRICAN POLICY OR OF
ANY REINSURING SYNDICATE WHERE ALL THE OBLIGATIONS UNDERA SOUTH AFRICAN POLICY HAVE BEEN
REINSURED UNDER A REINSURANCE TO CLOSE, AND ALL SUMS LIABLE TO BE PAID TO LLOYD'S IN
ACCORDANCE WITH THE TRUST DEED, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS
REFERRED TO IN THE TRUST DEED

**Acquisition Date:**

| | | |
|---|---|---|
| Created: 15/01/1999 | Form Type: 395 | Registered: 21/01/1999 |

**Short Particulars:**
ALL THE PRESENT AND FUTURE ASSETS COMPRISED IN THE TRUST FUND CONSTITUTED UNDERAND
PURSUANT TO THE TRUST DEED FULL PARTICULARS OF WHICH ARE SET OUT IN THE TRUST DEED,
INCLUDING THE FOLLOWING: (a) THE CONTRIBUTIONS PAID BY OR ON BEHALF OF THE CORPORATE
MEMBER; (b) ANY AMOUNT TRANSFERRED TO THE TRUST IN ACCORDANCE WITHPARAGRAPH (8)(1)(b) OF
SCHEDULE 3 TO THE ACT FROM THE DEPOSIT; (c) ANY AMOUNT OWING TO THE CORPORATE MEMBER AND
PAID BYTHE TRUST BY A LLOYD'S CORRESPONDENT; (d) ALL MONIES INVESTMENTS INCOME GAINS AND
OTHER ASSETS AT ANY TIME REPRESENTINGOR ACCRUING TO THE CONTRIBUTIONS OR THEAMOUNTS
REFERRED TO AT A.TO C. ABOVE

**Outstanding charge details:**

**Description:**

A CHARGE DATED 29TH JANUARY
1999 IN THETERMS OF THE
LLOYD'S SOUTH AFRICAN TRUST
DEED (THE "TRUST DEED") ITSELF
CONSTITUTED BY AN INSTRUMENT

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS
FURTHERDEFINED ON FORM M395)

**Amount Secured:**

*Mortgage Register*

THE PAYMENT OF ALL CLAIMS OF OR SUBMITTED BY (A) THE HOLDER OF ANY SOUTH AFRICAN SHORT-TERM INSURANCE POLICY TO WHICH THE TRUST DEED APPLIES (A "SOUTH AFRICAN POLICY") AND WHICH HAS BEEN UNDERWRITTEN BY THE COMPANY, OR (B) THE AGENT OF ANY SYNDICATE (OF WHICH THE COMPANY IS A MEMBER) THAT HAS UNDERWRITTEN A SOUTH AFRICAN POLICY OR OR OF ANY REINSURING SYNDICATE (OF WHICH THE COMPANY IS A MEMBER) WHERE ALL THE OBLIGATIONS UNDER A SOUTH AFRICAN POLICY HAVE BEEN REINSURED UNDER A REINSURANCE TO CLOSE, ALL SUMS LIABLE TO BE CONTRIBUTED BY THE COMPANY IN ACCORDANCE WITH THE TRUST DEED, AND ALL SUMS LIABLE TO BE PAID TO THE AGENT OF ANY SYNDICATE ON BEHALF OF THE PREMIUMS TRUST FUND OF THE COMPANY IN ACCORDANCE WITH THE TRUST DEED, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 15/01/1999          Form Type: 395          Registered: 21/01/1999

**Short Particulars:**
ALL THE PRESENT AND FUTURE ASSETS COMPRISED IN THE PARTS OF THE FUND RELATING TO THE CORPORATE MEMBER CONSTITUTED UNDER AND PURSUANT TO THE TRUST DEED FULL PARTICULARS OF WHICH ARE SET OUT IN THE TRUST DEED INCLUDING THE FOLLOWING: (a) THE CONTRIBUTIONS PAID BY OR ON BEHALF OF THE CORPORATE MEMBER (b) ANY AMOUNT OWING TO THE CORPORATE MEMBER AND PAID TO THE TRUST BY A LLOYD'S CORRESPONDENT AND (c) ALL MONIES INVESTMENTS INCOME GAINS AND OTHER ASSETS

---

**Outstanding charge details:**
Description:                    LLOYD'S PREMIUM TRUST DEED
                                (GENERAL BUSINESS)

**Person(s) Entitled:**
THE TRUSTEES, LLOYD'S AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**
THE LOSSES CLAIMS RETURNS OF PREMIUMS REINSURANCE PREMIUMS EXPENSES OBLIGATIONS AND OTHER "PERMITTED TRUST OUTGOINGS" SET OUT IN CLAUSE 3(a) OF AND PARAGRAPH 1 OF SCHEDULE 3 TO THE TRUST DEED

**Acquisition Date:**
Created: 03/02/1999          Form Type: 395          Registered: 22/02/1999

**Short Particulars:**
ALL PRESENT AND FUTURE ASSETS OF THE CORPORATE MEMBER COMPRISED IN THE TRUST FUND CONSTITUTED UNDER AND PURSUANT TO THE TRUST DEED FULL PARTICULARS OF WHICH ASSETS ARE SET OUT IN CLAUSE 2 OF AND SCHEDULE 2 TO THE TRUST DEED (SEE FORM M395 FOR FURTHER DETAILS)

---

**Outstanding charge details:**
Description:                    CHARGE DATED 6 JUNE 2000 IN
                                THE TERMS OF THE LLOYD'S
                                AUSTRALIAN TRUST DEED ("THE
                                TRUST DEED")

**Person(s) Entitled:**
LLOYD'S

**Amount Secured:**

THE PAYMENT OF ALL CLAIMS OF OR SUBMITTED BY A HOLDER OF ANY AUSTRALIAN POLICY TO WHICH THE TRUST DEED APPLIES (AN "AUSTRALIAN POLICY") AND WHICH HAS BEEN UNDERWRITTEN BY THE CORPORATE MEMBER OR IN RESPECT OF WHICH THE CORPORATE MEMBER IS LIABLE AS A MEMBER OF A SYNDICATE TO MEMBERS OF THE SAME SYNDICATE OR ANY OTHER SYNDICATE FOR AN EARLIER YEAR OF ACCOUNTPURSUANT TO ANY REINSURANCE TO CLOSE AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST

**Acquisition Date:**
Created: 06/06/2000          Form Type: 395          Registered: 22/06/2000

**Short Particulars:**
THE SHARE OF THE CORPORATE MEMBER IN ALL THE PRESENT AND FUTURE ASSETS COMPRISED IN THE TRUST FUND CONSTITUTED UNDER AND PURSUANT TO THE TRUST DEED INCLUDING ALL MONIES, INVESTMENTS, INCOME, GAINS AND OTHER ASSETS REPRESENTING OR ACCRUING TO THAT SHARE

---

**Outstanding charge details:**
Description:                    CHARGE DATED 6 JUNE 2000 IN
                               THE TERMS OF THE LLOYD'S
                               AUSTRALIAN TRUST DEED ("THE
                               TRUST DEED")

**Person(s) Entitled:**
LLOYD'S
**Amount Secured:**
THE PAYMENT OF ALL CLAIMS OF OR SUBMITTED BY A HOLDER OF ANY AUSTRALIAN POLICY TO WHICH THE TRUST DEED APPLIES (AN "AUSTRALIAN POLICY") AND WHICH HAS BEEN UNDERWRITTEN BY THE CORPORATE MEMBER OR IN RESPECT OF WHICH THE CORPORATE MEMBER IS LIABLE AS A MEMBER OF A SYNDICATE TO MEMBERS OF THE SAME SYNDICATE OR ANY OTHER SYNDICATE FOR AN EARLIER YEAR OF ACCOUNTPURSUANT TO ANY REINSURANCE TO CLOSE AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 06/06/2000          Form Type: 395          Registered: 22/06/2000

**Short Particulars:**
ALL THE PRESENT AND FUTURE ASSETS COMPRISED IN THE TRUST FUND CONSTITUTED UNDERAND PURSUANT TO THE TRUST DEED INCLUDING ALL MONIES, INVESTMENTS, INCOME, GAINSAND OTHER ASSETS REPRESENTING OR ACCRUING TO THE TRUST FUND

---

**Outstanding charge details:**
Description:                    CHARGE DATED 6 JUNE 2000 IN
                               THE TERMS OF THE LLOYD'S
                               AUSTRALIAN JOINT ASSET TRUST
                               DEED (NO.2) ("THE TRUST DEED")

**Person(s) Entitled:**
LLOYD'S THE TRUSTEE
**Amount Secured:**