*Mortgage Register*

THE PAYMENT OF ALL CLAIMS OF OR SUBMITTED BY A HOLDER OF ANY AUSTRALIAN POLICY TO WHICH THE TRUST DEED APPLIES (AN "AUSTRALIAN POLICY") OR ANY TRANSITIONAL POLICY AND WHICH HAS BEEN UNDERWRITTEN BY THE CORPORATE MEMBER OR IN RESPECT OF WHICH THE CORPORATE MEMBER IS LIABLE AS A MEMBER OF A SYNDICATE TO MEMBERS OF THE SAME SYNDICATE OR ANY OTHER SYNDICATE FORAN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY REINSURANCE TO CLOSE AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 06/06/2000          Form Type: 395          Registered: 22/06/2000

**Short Particulars:**
ALL THE PRESENT AND FUTURE ASSETS COMPRISED IN THE TRUST FUND CONSTITUTED UNDERAND PURSUANT TO THE TRUST DEED INCLUDING ALL MONIES, INVESTMENTS, INCOME, GAINSAND OTHER ASSETS REPRESENTING OR ACCRUING TO THE TRUST FUND

---

**Outstanding charge details:**
Description:                CHARGE (IN THE TERMS OF THE
                            LLOYD'S AMERICAN INSTRUMENT
                            1995 (GENERAL BUSINESS OF
                            CORPORATE MEMBERS) ("THE
                            AMERICAN INSTRUMENT") ITSELF
                            CONSTITUTED BY AN INSTRUMENT
                            DATED 31 JULY 1995 AS AMENDED
                            ON 21 DECEMBER 1995, 25 APRIL
                            1996, 3 SEPTEMBER 1996 , 7
                            JANUARY 1998 AND AS
                            FURTHERAMENDED ON 28
                            DECEMBER 2000)

**Person(s) Entitled:**
THE TRUSTEES, LLOYD'S, AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)
**Amount Secured:**

*Mortgage Register*

THE PAYMENT OR DISCHARGE OF THE COMPANY'S OBLIGATIONS (AND SUBJECT AS MENTIONEDIN THE AMERICAN INSTRUMENT THOSE OF ANYSYNDICATE OR GROUP OF WHICH THE COMPANYIS OR HAS BEEN OR IS ABOUT TO BECOME A MEMBER) TO KEEP FULLY FUNDED OR PROVIDE ANY AND EVERY CONTINENTAL BUSINESS REGULATORY DEPOSIT AND OFFSHORE DOLLAR BUSINESS REGULATORY DEPOSIT AND ALL LOSSES, CLAIMS, RETURNS OF PREMIUMS. REINSURANCE PREMIUMS, EXPENSES AND OTHER OUTGOINGS PAYABLE AS AT THE DATE OF OR AT ANY TIME AFTER THE DATE OF THE AMERICAN INSTRUMENTTO BECOME PAYABLE IN CONNECTION WITH ANY NEW AMERICAN BUSINESS, BEING THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S OTHER THAN LONG TERM BUSINESS (AS DEFINED IN THE INSURANCE COMPANIES ACT 1982), WHERE (i) THE LIABILITY OF THE COMPANY IS EXPRESSED IN U.S.DOLLARS AND (ii) THE PREMIUM PAYABLE TO OR FOR THE ACCOUNTOF THE COMPANY HAS BEEN PAID OR IS PAYABLE IN U.S.DOLLARS, THAT RELATES TO ANY CONTRACT OR POLICY OF INSURANCE OR REINSURANCE UNDERWRITTEN OR INCEPTING ON OR AFTER 1ST AUGUST 1995 OTHER THAN (AND EXCEPT ONLY FOR) (1) CONTRACTS OR POLICIES UNDERWRITTEN UNDER A BINDING AUTHORITY INCEPTING PRIOR TO THAT DATE (2) CONTRACTS OR POLICIES OF INSURANCE WRITTEN PURSUANT TO LLOYD'S LICENCE IN KENTUCKY PRIORTO 1ST JANUARY 1996 AND (3) ANY CONTRACT OF REINSURANCE TO CLOSE FOR ANY YEAR OF ACCOUNT UNDERWRITTEN BY THE COMPANY TOTHE EXTENT ONLY THAT (I) THE PREMIUM PAYABLE TO OR FOR THE ACCOUNT OF THE COMPANY HAS BEEN PAID OR IS PAYABLE IN U.S.DOLLARS OR THE LIABILITY OF THE COMPANY INRESPECT OF SUCH CONTRACT IS EXPRESSED IN U.S.DOLLARS; AND (ii) THE COMPANY IS LIABLE UNDER SUCH CONTRACT IN RESPECT OF CONTRACTS OR POLICIES OF INSURANCE OR REINSURANCE UNDERWRITTEN BY UNDERWRITING MEMBERS OF LLOYD'S WHICH EITHER (1) INCEPTED PRIOR TO 1ST AUGUST 1995 (2) WERE UNDERWRITTEN UNDER A BINDING AUTHORITY INCEPTING PRIOR TO THAT DATE OR (3) WERE UNDERWRITTEN PURSUANT TO LLOYD'S LICENCE IN KENTUCKY PRIOR TO 1ST JANUARY 1996 ANDFOR SECURING CERTAIN OTHER EXPENSES, CHARGES AND REMUNERATION, AND PAYMENTS TO THE TRUST FUND SUBJECT TO THE COMPANY'S LLOYD'S PREMIUMS TRUST DEED, THE TRUSTEEOF THE EXISTING LLOYD'S AMERICAN TRUST DEED AND THE TRUSTEES OF ANY FUND CONSTITUTED OR REGULATED BY AN OVERSEAS DIRECTION OF THE COUNCIL OF LLOYD'S, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE AMERICAN INSTRUMENT

**Acquisition Date:**
Created: 28/12/2000          Form Type: 395          Registered: 17/01/2001

**Short Particulars:**
ALL PREMIUMS AND OTHER MONIES (BEING PREMIUMS AND OTHER MONIES WHICH BUT FOR THE 1995 AMERICAN INSTRUMENT (CORPORATE MEMBERS) WOULD OTHERWISE BE OR BECOME COMPRISED IN THE PTD TRUST FUND) (AS DEFINED); ALL FURTHER ASSETS AT ANY TIME ADDED TO THE DOLLAR TRUST FUND WHETHER BY OR ON BEHALF OF THE CORPORATE MEMBER OR IN EXERCISE OF A POWER IN THAT BEHALF CONFERRED BY THE CORPORATE MEMBER'S PTD OR BY ANY OTHER OVERSEAS DIRECTION OR BY ANY CONTINENTAL BUSINESS REGULATORY DEPOSIT OR OFFSHORE DOLLAR BUSINESS REGULATORY DEPOSIT OR BY ANY OTHER INSTRUMENT OR OTHERWISE HOWEVER; ALL INVESTMENTS AND OTHERASSETS AT ANY TIME REPRESENTING ANY SUCH PREMIUMS AND OTHER MONIES AND ASSETS; ALL INCOME FROM TIME TO TIME ARISING FROM ANY SUCH PREMIUMS MONIES INVESTMENTS AND OTHER ASSETS TOGETHER WITH ALL THE OTHER PARTICULARS AS FULLY DETAILED IN THEFORM M395

**Outstanding charge details:**

*Mortgage Register*

**Description:** CHARGE (IN THE TERMS OF THE LLOYD'S CANADIAN TRUST DEED "THE TRUST DEED" DATED 26 SEPTEMBER 1995. THE INSTRUMENT AMENDSAND RESTATES THE INSTRUMENT DATED 9 NOVEMBER 1977, AS FURTHER AMENDED BY DEEDS DATED 8 MARCH 1978 AND 11 JUNE 1989)

**Person(s) Entitled:**
THE TRUSTEES, LLOYD'S AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**
ALL LOSSES, CLAIMS, EXPENSES, RETURNS OF PREMIUMS, RE-INSURANCE PREMIUMS AND OTHER OUTGOINGS PAYABLE AT THE DATE OF THETRUST DEED OR AT ANY TIME THEREAFTER TOBECOME PAYABLE IN CONNECTION WITH THE CANADIAN BUSINESS OF THE COMPANY, INCLUDING (1) THE PAYMENT OF ANY AMOUNT INTO ANESCROW FUND OR ACCOUNT TO BE HELD IN RESPECT OF A PARTICULAR CLAIM OF A POLICYHOLDER OR ANY OTHER PERSON AND (2) ALL EXPENSES WHATSOEVER FROM TIME TO TIME INCURRED BY THE COMPANY IN CONNECTION WITH OR ARISING OUT OF THE CANADIAN BUSINESS OF THE COMPANY INCLUDING ANY SALARY, COMMISSION, OTHER REMUNERATION AND REIMBURSEMENT OF OUTLAYS PAYABLE BY THE COMPANY TO THE AGENT OR TO ANY OTHER PERSON IN CONNECTION WITH THE CONDUCT OR WINDING UP OF THE CANADIAN BUSINESS, THE REPAYMENT OF ANY OUTSTANDING INDEBTEDNESS INCURREDBY THE COMPANY TO MEET VALID EXPENSES OF THE CANADIAN BUSINESS OF SUCH COMPANY,THE COMPANY'S DUE PROPORTION OF REMUNERATION AND REIMBURSEMENT OF EXPENSES OF THE CANADIAN TRUSTEE, THE COMPANY'S DUE PROPORTION OF ANY SHORTFALL IN THE LLOYD'S CANADIAN BUSINESS FUND (INCLUDING ANY COSTS OR EXPENSES IN RESPECT THERETO) AND INCLUDING ALSO ANY TAXES INCURRED IN OR BY REASON OF THE CANADIAN BUSINESS

**Acquisition Date:**
Created: 28/12/2000          Form Type: 395          Registered: 17/01/2001

**Short Particulars:**
ALL PROPERTY WHICH MAY BE (OR SHOULD BE) ASSIGNED OR TRANSFERRED TO OR RECEIVEDBY THE CANADIAN TRUSTEE UNDER THE TRUSTDEED AND ANY ACCUMULATIONS AND INCREMENTS FROM ANY SUCH PROPERTY. ALL PREMIUMS MONIES AND OTHER ASSETS WHATSOEVER BELONGING OR PAYABLE AT THE DATE OF THE TRUSTDEED OR THEREAFTER AT ANY TIME BELONGING OR BECOMING PAYABLE TO THE COMPANY IN CONNECTION WITH THE CANADIAN BUSINESS AND RECEIVED ON BEHALF OF THE COMPANY BY THE AGENT OR ANY OTHER PERSON PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**

**Description:** THE SOCIETY INCORPORATED BY LLOYD'S ACT1871 BY THE NAME OF LLOYD'S, THE TRUSTEES, THE BENEFICIARIES AND THE OTHER PERSONS OR BODIES(AS FURTHER DEFINED ON FORMM395)

**Person(s) Entitled:**
THE SOCIETY INCORPORATED BY LLOYD'S ACT 1871 BY THE NAME OF LLOYD'S, THE TRUSTEES, THE BENEFICI

*37*

*Mortgage Register*

**Amount Secured:**
ALL THE UNDERWRITING OBLIGATIONS OF THECOMPANY INCURRED BY THE COMPANY AS AN
UNDERWRITING MEMBER OF THE SOCIETY AT ANYTIME BEFORE THE TERMINATION DATE (BEINGTHE 80TH
ANNIVERSARY OF THE DATE OF THETRUST DEED) AND INCLUDES OBLIGATIONS TOTHE SOCIETY AND THE
TRUSTEES AND OBLIGATIONS ARISING UNDER: (A) THE BYE LAWS, REGULATIONS, RULES, DIRECTIONS OR
OTHER REQUIREMENTS OF THE SOCIETY; AND (B) ANY DEED, CONTRACT, INSTRUMENT OR OTHER
ARRANGEMENT OF ANY KIND APPROVED BY THE SOCIETY; BUT NOT INCLUDING OBLIGATIONS ARISING IN
RESPECT OF ANY LETTER OF CREDIT, GUARANTEE OR OTHER SECURITY GIVEN TO SECURE THE
PERFORMANCE OF ANY OF THE SAID UNDERWRITING OBLIGATIONS IN FAVOUR OF THE PERSON GIVING
SUCH GUARANTEE OR OTHER SECURITY. ALL SUMS FROM TIME TO TIME PAYABLE TO THE TRUSTEES UNDER
THE COVENANT OFTHE COMPANY WITH THE TRUSTEES SET OUT AT CLAUSE 2(b) OF THE TRUST DEED

**Acquisition Date:**
Created: 01/01/2001          Form Type: 395                 Registered: 19/01/2001

**Short Particulars:**
ALL MONEYS OR OTHER PROPERTY AT ANY TIME PAID OR TRANSFERRED TO OR UNDER THE DIRECT OR
INDIRECT CONTROL OF THE TRUSTEES(BEING THE SOCIETY AND THE OTHER TRUSTEES FOR THE TIME
BEING OF THE TRUSTS CREATED BY THE TRUST DEED) AND ALL ACCUMULATIONS OF INCOME AND THE
INVESTMENTS AND OTHER PROPERTY FOR THE TIME BEING REPRESENTING THE SAME, ALL THE FUTURE
PROFITS OF THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S SUBJECT TO ANY PRIOR
CHARGE CONTAINED IN THE PREMIUM TRUST DEED, THE MONEYS OR OTHER PROPERTY APPROVED BY
THE COUNCIL OF LLOYD'S AND PAID OR TRANSFERRED BY THE COMPANY TO OR UNDER THE DIRECT OR
INDIRECT CONTROL OF THE SOCIETY AND AS ARE ENTERED IN THE RECORDS MAINTAINED BY THE
SOCIETY TO BE HELD BY THE SOCIETY AS TRUSTEE UPON AND WITH AND SUBJECT TO THE TRUSTS
POWERS AND PROVISIONS SET OUT IN THE TRUST DEED (AND ALL ACCUMULATIONS OF INCOME AND
INVESTMENTS AND OTHER PROPERTY FOR THE TIME BEING REPRESENTING THE SAME)

**Outstanding charge details:**
Description:                    DEPOSIT TRUST DEED (THE
                               "TRUST DEED")

**Person(s) Entitled:**
THE SOCIETY INCORPORATED BY LLOYD'S ACT 1871 BY THE NAME OF LLOYD'S, THE TRUSTEES, THE
BENEFICI

**Amount Secured:**
ALL THE UNDERWRITING OBLIGATIONS OF THECOMPANY INCURRED BY THE COMPANY AS AN
UNDERWRITING MEMBER OF THE SOCIETY AT ANYTIME BEFORE THE TERMINATION DATE (BEINGTHE 80TH
ANNIVERSARY OF THE DATE OF THETRUST DEED) AND INCLUDES OBLIGATIONS TOTHE SOCIETY AND THE
TRUSTEES AND OBLIGATIONS ARISING UNDER: (A) THE BYE LAWS, REGULATIONS, RULES, DIRECTIONS OR
OTHER REQUIREMENTS OF THE SOCIETY; AND (B) ANY DEED, CONTRACT, INSTRUMENT OR OTHER
ARRANGEMENT OF ANY KIND APPROVED BY THE SOCIETY; BUT NOT INCLUDING OBLIGATIONS ARISING IN
RESPECT OF ANY LETTER OF CREDIT, GUARANTEE OR OTHER SECURITY GIVEN TO SECURE THE
PERFORMANCE OF ANY OF THE SAID UNDERWRITING OBLIGATIONS IN FAVOUR OF THE PERSON GIVING
SUCH GUARANTEE OR OTHER SECURITY. ALL SUMS FROM TIME TO TIME PAYABLE TO THE TRUSTEES UNDER
THE COVENANT OFTHE COMPANY WITH THE TRUSTEES SET OUT AT CLAUSE 2(b) OF THE TRUST DEED

**Acquisition Date:**
Created: 01/01/2001          Form Type: 395                 Registered: 19/01/2001

**Short Particulars:**

*Mortgage Register*

ALL MONEYS OR OTHER PROPERTY AT ANY TIME PAID OR TRANSFERRED TO OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES(BEING THE SOCIETY AND THE OTHER TRUSTEES FOR THE TIME BEING OF THE TRUSTS CREATED BY THE TRUST DEED) AND ALL ACCUMULATIONS OF INCOME AND THE INVESTMENTS AND OTHER PROPERTY FOR THE TIME BEING REPRESENTING THE SAME, ALL THE FUTURE PROFITS OF THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S SUBJECT TO ANY PRIOR CHARGE CONTAINED IN THE PREMIUM TRUST DEED, THE MONEYS OR OTHER PROPERTY APPROVED BY THE COUNCIL OF LLOYD'S AND PAID OR TRANSFERRED BY THE COMPANY TO OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE SOCIETY AND AS ARE ENTERED IN THE RECORDS MAINTAINED BY THE SOCIETY TO BE HELD BY THE SOCIETY AS TRUSTEE UPON AND WITH AND SUBJECT TO THE TRUSTS POWERS AND PROVISIONS SET OUT IN THE TRUST DEED (AND ALL ACCUMULATIONS OF INCOME AND INVESTMENTS AND OTHER PROPERTY FOR THE TIME BEING REPRESENTING THE SAME)

---

**Outstanding charge details:**

**Description:** CHARGE DATED 11TH JANUARY 2001 IN THE TERMS OF THE LLOYD'S UNITED STATES SITUS CREDIT FOR REINSURANCE TRUST DEED (THE "TRUST DEED") BUT EFFECTIVE FROM 1ST JANUARY 2001 ITSELF CONSTITUTED BY AN INSTRUMENT

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**
THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF REINSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OFSYNDICATE NO.2000 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A CEDING INSURER DOMICILED IN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITEDSTATES (AN "AMERICAN REINSURANCE POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, ANDCERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 11/01/2001        Form Type: 395        Registered: 19/01/2001

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME FROM TIME TO TIMEEARNED THEREON (BOTH CAPITALISED TERMS HAVING THE MEANING GIVEN THERETO IN SECTION 11-2.1(B) OF THE NEW YORK ESTATES, POWERS AND TRUSTS LAW), AND THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THETRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATEDBY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE RELEVANT SYNDICATE, AND CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS ANASSET OF THE FUND HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED

*Mortgage Register*

**Outstanding charge details:**

**Description:** CHARGE DATED 11TH JANUARY 2001 IN THE TERMS OF THE LLOYD'S UNITED STATES SITUSEXCESS OR SURPLUS LINES TRUST DEED (THE"TRUST DEED") BUT EFFECTIVE FROM 1ST JANUARY 2001 ITSELF CONSTITUTED BY AN INSTRUMENT DATED 13TH JANUARY 2000 (AS AMENDED AND AS SUPPLEMENTED FROM TIME TO TIME) AND AS SUPPLEMENTED BY A DEED OF ACCESSION

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**
THE PAYMENT FOR MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BYTHE COMPANY AS A MEMBER OF SYNDICATE NO.2000 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANYIS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, USA), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUSTHELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 11/01/2001          Form Type: 395          Registered: 19/01/2001

**Short Particulars:**
THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM TIME TO TIME EARNED THEREON. THEPROPERTY IN THE ACTUAL AND SOLE POSSESION OF THE TRUSTEE AT ANYTIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATED BY THE COMPANY WITH RESPECT TO THE PARTICULARS YEAR OF ACCOUNT OF THE SYNDICATE ("THE TRUST FUND" OR "TRUST") (SEE FORM 395 FOR FURTHER DETAILS)

**Outstanding charge details:**

*Mortgage Register*

**Description:**

CHARGE DATED 11TH JANUARY 2001 IN THE TERMS OF THE LLOYD'S KENTUCKY TRUST DEED (THE "TRUST DEED") BUT EFFECTIVE FROM 1ST JANUARY 2001 ITSELF CONSTITUTED BY AN INSTRUMENT DATED 13TH JANUARY 2000 (AS AMENDED AND SUPPLEMENTED FROM TIME TO TIME) AND AS SUPPLEMENTED BY A DEED OF ACCESSION

**Person(s) Entitled:**

THE AMERICAN TRUSTEE, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**

THE PAYMENT OF LOSSES (INCLUDING CLAIMS FOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST JANUARY 1996 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.2000 (THE "SYNDICATE") AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER PURSUANT TO THE INSURANCE LAWS OF THE COMMONWEALTH OF KENTUCKY PROVIDING INSURANCE WITH RESPECT TO PROPERTY OR RISKS SITUATED IN SAID COMMONWEALTH (A "KENTUCKY POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, NATIONAL CITY BANK, KENTUCKY, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE COMMISSIONER OF INSURANCE OF THE COMMONWEALTH OF KENTUCKY OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**

Created: 11/01/2001            Form Type: 395            Registered: 19/01/2001

**Short Particulars:**

ALL PREMIUMS AND OTHER MONEYS PAYABLE DURING THE TRUST TERM TO OR FOR THE ACCOUNT OF THE COMPANY IN CONNECTION WITH THE AMERICAN BUSINESS, ALL OTHER ASSETS FROM TIME TO TIME TRANSFERRED TO THE AMERICAN TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, USA) TO BE HELD BY IT AS PART OF THE PROPERTY HELD IN TRUST UNDER THE TRUST DEED, AND ALL INCOME ARISING FROM THE ABOVE PREMIUMS, MONEYS AND ASSETS, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED

---

**Satisfied charge details:**

**Description:**

DEED OF CHARGE IN RELATION TO THE SYNDICATE 536 1998 DOLLAR BORROWING GROUP

**Person(s) Entitled:**

LLOYDS TSB BANK PLC

**Amount Secured:**

ALL SUMS AND LIABILITIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE (SEVERALLY WITH THE OTHER UNDERWRITING MEMBERS (AS DEFINED IN THE CHARGE) BEING MEMBERS OF THE BORROWING GROUP) UNDER OR PURSUANT TO THE FINANCE DOCUMENTS (AS DEFINED) AS AMENDED EXTENDED OR REPLACED FROM TIME TO TIME ("FACILITY AGREEMENT") AND THE CHARGE INCLUDING ANY LIABILITY IN RESPECT OF ANY FURTHER ADVANCE MADE BY THE BANK UNDER THE FACILITY AGREEMENT

**Acquisition Date:**
Created: 09/01/2001                Form Type: 395                Registered: 25/01/2001

**Short Particulars:**
ALL RIGHT TITLE AND INTEREST OF THE COMPANY (IF AND TO THE EXTENT THAT SUCH ASSETS ARE LIABLE IN THE FUTURE TO BECOME COMPRISED IN THE PART OF THE TRUST FUND (AS DEFINED IN THE DEED OF CHARGE) PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

**Forms registered against this charge:**

| Type | Date |
|---|---|
| 403(A) | 10/04/2003 |

---

**Outstanding charge details:**

Description:                CHARGE IN THE TERMS OF THE
                            LLOYD'S ILLINOIS LICENSED AND
                            1104 MULTIPLE TRUST DEED (THE
                            "TRUST DEED"), ITSELF
                            CONSTITUTED BY AN INSTRUMENT
                            OF THE SAME DATE AND

**Person(s) Entitled:**
MELLON TRUST COMPANY OF ILLINOIS AS TRUSTEE (SEE FORM 395 FOR FULL DETAILS)

**Amount Secured:**
(A) TO THE EXTENT TO WHICH THE TRUST IS ESTABLISHED BY THE CORPORATE MEMBER AS A LICENSED GRANTOR, ANY SUM OF MONEY WHICH IS OR BECOMES PAYABLE TO A POLICYHOLDER TO PAY A CLAIM ARISING UNDER AN ILLINOIS POLICY ISSUED BY THE CORPORATE MEMBER AS A LICENSED GRANTOR OR FOR WHICH THE CORPORATE MEMBER AS A LICENSED GRANTOR IS LIABLE UNDER ANY CONTRACT OF REINSURANCE TO CLOSE, AND (B) TO THE EXTENT TO WHICH THE TRUST IS ESTABLISHED BY THE CORPORATE MEMBER AS A REINSURING GRANTOR, BUT ONLY IN THE EVENT OF THE INSOLVENCY OF THE CORPORATE MEMBER, ANY SUM OF MONEY WHICH IS OR BECOMES PAYABLE IN ORDER TO PAY OR REIMBURSE ONE OR MORE LICENSED GRANTORS FOR THE AMOUNTS FOR WHICH THE CORPORATE MEMBER AS A REINSURING GRANTOR IS LIABLE UNDER THE REINSURANCE AGREEMENT IN RESPECT OF ANY LOSSES AND ALLOCATED LOSS ADJUSTMENT EXPENSES PAID BY SUCH LICENSED GRANTOR BUT NOT RECOVERED FROM THE CORPORATE MEMBER AS A REINSURING GRANTOR, OR IN RESPECT OF UNEARNED PREMIUMS DUE TO SUCH LICENSED GRANTOR BUT NOT OTHERWISE PAID BY THE CORPORATE MEMBER AS A REINSURING GRANTOR (TERMS USED ARE TO BE INTERPRETED AS PROVIDED IN THE TRUST DEED) AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED.

**Acquisition Date:**
Created: 30/03/2001                Form Type: 395                Registered: 19/04/2001

**Short Particulars:**
ALL PRESENT AND FUTURE ASSETS COMPRISED IN THE CORPORATE MEMBERS TRUST FUND CONSTITUTED UNDER AND PURSUANT TO THE TRUST DEED INCLUDING ALL MONIES (INCLUDING FUTURE ACCRETIONS TO THE TRUST FUND) INVESTMENTS, INCOME, GAINS AND OTHER ASSETS REPRESENTING OR ACCRUING TO THAT TRUST FUND

*Mortgage Register*

---

**Outstanding charge details:**

Description:
A CHARGE DATED 25 MAY 2001 IN
THE TERMSOF THE LLOYD'S
CANADIAN MARGIN FUND TRUST
DEED ("THE TRUST DEED")

**Person(s) Entitled:**
ROYAL TRUST CORPORATION OF CANADA (THE TRUSTEE)

**Amount Secured:**
THE PAYMENT OF ALL CLAIMS OF A HOLDER OF, OR THIRD PARTY CLAIMANT UNDER, ANY "POLICY IN
CANADA" TO WHICH THE TRUST DEEDAPPLIES AND WHICH HAS BEEN UNDERWRITTENBY THE COMPANY OR
ANY OTHER MEMBER OR FORMER MEMBER OF LLOYD'S AND FOR SECURINGTHE OTHER AMOUNTS AND
OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 25/05/2001          Form Type: 395              Registered: 13/06/2001

**Short Particulars:**
ALL INTEREST OF THE COMPANY IN PRESENT AND FUTURE ASSETS COMPRISED IN THE MARGIN FUND
CONSTITUTED UNDER THE TRUST DEED INCLUDING THE FOLLOWING (A) THE CONTRIBUTIONS PAID TO THE
MARGIN FUND BY OR ON BEHALF OF THE COMPANY PURSUANT TO THE LLOYD'S CANADIAN BUSINESS
REQUIREMENTS OF THE COUNCIL OF LLOYD'S. PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR
FULL DETAILS

---

**Outstanding charge details:**

Description:
CHARGE (IN THE TERMS OF THE
LLOYD'S CANADIAN TRUST DEED
"THE TRUST DEED" DATED 26
SEPTEMBER 1995. THE
INSTRUMENT AMENDSAND
RESTATES THE INSTRUMENT
DATED 9 NOVEMBER 1977, AS
FURTHER AMENDED BY DEEDS
DATED 8 MARCH 1978, 11 JUNE
1989 AND 28DECEMBER 2000)

**Person(s) Entitled:**
THE TRUSTEES, LLOYD'S AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM
M395)

**Amount Secured:**

*Mortgage Register*

ALL LOSSES, CLAIMS, EXPENSES, RETURNS OF PREMIUMS, RE-INSURANCE PREMIUMS AND OTHER
OUTGOINGS PAYABLE AT THE DATE OF THETRUST DEED OR AT ANY TIME THEREAFTER TOBECOME PAYABLE
IN CONNECTION WITH THE CANADIAN BUSINESS OF THE COMPANY, INCLUDING (1) THE PAYMENT OF ANY
AMOUNT INTO ANESCROW FUND OR ACCOUNT TO BE HELD IN RESPECT OF A PARTICULAR CLAIM OF A
POLICYHOLDER OR ANY OTHER PERSON AND (2) ALL EXPENSES WHATSOEVER FROM TIME TO TIME
INCURRED BY THE COMPANY IN CONNECTION WITH OR ARISING OUT OF THE CANADIAN BUSINESS OF THE
COMPANY INCLUDING ANY SALARY, COMMISSION, OTHER REMUNERATION AND REIMBURSEMENT OF
OUTLAYS PAYABLE BY THE COMPANY TO THE AGENT OR TO ANY OTHER PERSON IN CONNECTION WITH THE
CONDUCT OR WINDING UP OF THE CANADIAN BUSINESS, THE REPAYMENT OF ANY OUTSTANDING
INDEBTEDNESS INCURREDBY THE COMPANY TO MEET VALID EXPENSES OF THE CANADIAN BUSINESS OF
SUCH COMPANY,THE COMPANY'S DUE PROPORTION OF REMUNERATION AND REIMBURSEMENT OF
EXPENSES OF THE CANADIAN TRUSTEE, THE COMPANY'S DUE PROPORTION OF ANY SHORTFALL IN THE
LLOYD'S CANADIAN BUSINESS FUND (INCLUDING ANY COSTS OR EXPENSES IN RESPECT THERETO) AND
INCLUDING ALSO ANY TAXES INCURRED IN OR BY REASON OF THE CANADIAN BUSINESS

**Acquisition Date:**
Created: 25/05/2001          Form Type: 395          Registered: 13/06/2001

**Short Particulars:**
ALL PROPERTY WHICH MAY BE (OR SHOULD BE) ASSIGNED OR TRANSFERRED TO OR RECEIVEDBY THE
CANADIAN TRUSTEE UNDER THE TRUSTDEED AND ANY ACCUMULATIONS AND INCREMENTS FROM ANY
SUCH PROPERTY. ALL PREMIUMS MONIES AND OTHER ASSETS WHATSOEVER BELONGING OR PAYABLE AT
THE DATE OF THE TRUSTDEED OR THEREAFTER AT ANY TIME BELONGING OR BECOMING PAYABLE TO THE
COMPANY IN CONNECTION WITH THE CANADIAN BUSINESS AND RECEIVED ON BEHALF OF THE COMPANY
BY THE AGENT OR ANY OTHER PERSON PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL
DETAILS

**Outstanding charge details:**
Description:                     CHARGE DATED 3RD JANUARY
                                 2002 IN THE TERMS OF THE
                                 LLOYD'S KENTUCKY TRUST DEED
                                 (THE "TRUST DEED") BUT
                                 EFFECTIVE FROM 1STJANUARY
                                 2002 ITSELF CONSTITUTED BY AN
                                 INSTRUMENT DATED 23RD
                                 FEBRUARY 1996 (AS AMENDED
                                 AND SUPPLEMENTED FROM TIME
                                 TO TIME) AND AS SUPPLEMENTED
                                 BY A DEED OF ACCESSION

**Person(s) Entitled:**
THE AMERICAN TRUSTEE, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER
DEFINED ONFORM M395)
**Amount Secured:**

44

*Mortgage Register*

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST JANUARY 1996 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.0566 (THE "SYNDICATE") AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER PURSUANT TO THE INSURANCE LAWS OF THE COMMONWEALTH OF KENTUCKYPROVIDING INSURANCE WITH RESPECT TO PROPERTY OR RISKS SITUATED IN SAID COMMONWEALTH (A "KENTUCKY POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINEDIN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, NATIONAL CITY BANK, KENTUCKY, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUSTDEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE COMMISSIONER OFINSURANCE OF THE COMMONWEALTH OF KENTUCKY OR OTHER DESIGNATED RECEIVER, AND FORSECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 03/01/2002                 Form Type: 395                    Registered: 21/01/2002

**Short Particulars:**
ALL PREMIUMS AND OTHER MONEYS PAYABLE DURING THE TRUST TERM TO OR FOR THE ACCOUNT OF THE COMPANY IN CONNECTION WITH THEAMERICAN BUSINESS, ALL OTHER ASSETS FROM TIME TO TIME TRANSFERRED TO THE AMERICAN TRUSTEE (AS DEFINED IN THE TRUST DEEDAND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, USA) TO BE HELD BY IT AS PART OF THE PROPERTY HELD IN TRUST UNDER THE TRUST DEED, AND ALL INCOME ARISING FROM THE ABOVE PREMIUMS, MONEYS AND ASSETS, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED

---

**Outstanding charge details:**
Description:                          CHARGE DATED 3RD JANUARY
                                      2002 IN THE TERMS OF THE
                                      LLOYD'S KENTUCKY TRUST DEED
                                      (THE "TRUST DEED") BUT
                                      EFFECTIVE FROM 1STJANUARY
                                      2002 ITSELF CONSTITUTED BY AN
                                      INSTRUMENT DATED 23RD
                                      FEBRUARY 1996 (AS AMENDED
                                      AND SUPPLEMENTED FROM TIME
                                      TO TIME) AND AS SUPPLEMENTED
                                      BY A DEED OF ACCESSION

**Person(s) Entitled:**
THE AMERICAN TRUSTEE, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ONFORM M395)
**Amount Secured:**

*Mortgage Register*

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST JANUARY 1996 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.1036 (THE "SYNDICATE") AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER PURSUANT TO THE INSURANCE LAWS OF THE COMMONWEALTH OF KENTUCKYPROVIDING INSURANCE WITH RESPECT TO PROPERTY OR RISKS SITUATED IN SAID COMMONWEALTH (A "KENTUCKY POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINEDIN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, NATIONAL CITY BANK, KENTUCKY, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUSTDEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE COMMISSIONER OFINSURANCE OF THE COMMONWEALTH OF KENTUCKY OR OTHER DESIGNATED RECEIVER, AND FORSECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 03/01/2002                    Form Type: 395                    Registered: 21/01/2002

**Short Particulars:**
ALL PREMIUMS AND OTHER MONEYS PAYABLE DURING THE TRUST TERM TO OR FOR THE ACCOUNT OF THE COMPANY IN CONNECTION WITH THEAMERICAN BUSINESS, ALL OTHER ASSETS FROM TIME TO TIME TRANSFERRED TO THE AMERICAN TRUSTEE (AS DEFINED IN THE TRUST DEEDAND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, USA) TO BE HELD BY IT AS PART OF THE PROPERTY HELD IN TRUST UNDER THE TRUST DEED, AND ALL INCOME ARISING FROM THE ABOVE PREMIUMS, MONEYS AND ASSETS, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED

---

**Outstanding charge details:**
Description:                    CHARGE DATED 3RD JANUARY
                                2002 IN THE TERMS OF THE
                                LLOYD'S UNITED STATES SITUS
                                CREDIT FOR REINSURANCE TRUST
                                DEED (THE "TRUST DEED") BUT
                                EFFECTIVE FROM 1ST JANUARY
                                2002 ITSELF CONSTITUTED BY AN
                                INSTRUMENT DATED 7TH
                                SEPTEMBER 1995 (AS
                                AMENDEDAND SUPPLEMENTED
                                FROM TIME TO TIME) ANDAS
                                SUPPLEMENTED BY A DEED OF
                                ACCESSION

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)
**Amount Secured:**

*Mortgage Register*

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER
CONTRACTS OR POLICIES OF REINSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN
BY THE COMPANY AS A MEMBER OFSYNDICATE NO.1036 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL
SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT
OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF
ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE
AND ISSUED TO A CEDING INSURER DOMICILED IN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR
POSSESSION OF THE UNITEDSTATES (AN "AMERICAN REINSURANCE POLICY"), ALL EXPENDITURES AND
FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK
N.A. OF 111 WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE
TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, ANDCERTAIN TRANSFERS BY
THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF
INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE
OTHER AMOUNTS AND OBLIGATIONS REFERRED TOIN THE TRUST DEED

**Acquisition Date:**
Created: 03/01/2002              Form Type: 395              Registered: 21/01/2002

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME FROM TIME TO TIMEEARNED
THEREON (BOTH CAPITALISED TERMS HAVING THE MEANING GIVEN THERETO IN SECTION 11-2.1(B) OF THE
NEW YORK ESTATES, POWERS AND TRUSTS LAW), AND THE PROPERTY IN THE ACTUAL AND SOLE
POSSESSION OF THETRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND
HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATEDBY
THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE RELEVANT SYNDICATE, AND
OTHER PROPERTY REFERRED TOIN THE TRUST DEED.

---

**Outstanding charge details:**
Description:                CHARGE DATED 3RD JANUARY
                            2002 IN THE TERMS OF THE
                            LLOYD'S UNITED STATES SITUS
                            CREDIT FOR REINSURANCE TRUST
                            DEED (THE "TRUST DEED") BUT
                            EFFECTIVE FROM 1ST JANUARY
                            2002 ITSELF CONSTITUTED BY AN
                            INSTRUMENT DATED 13TH
                            JANUARY 2000 (AS AMENDED AND
                            SUPPLEMENTED FROM TIME TO
                            TIME) AND AS SUPPLEMENTED BY
                            A DEED OF ACCESSION

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS
FURTHERDEFINED ON FORM M395)

**Amount Secured:**

*J7*

*Mortgage Register*

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER
CONTRACTS OR POLICIES OF REINSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN
BY THE COMPANY AS A MEMBER OFSYNDICATE NO.0566 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL
SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT
OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF
ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE
AND ISSUED TO A CEDING INSURER DOMICILED IN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR
POSSESSION OF THE UNITEDSTATES (AN "AMERICAN REINSURANCE POLICY"), ALL EXPENDITURES AND
FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK
N.A. OF 111 WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE
TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, ANDCERTAIN TRANSFERS BY
THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF
INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE
OTHER AMOUNTS AND OBLIGATIONS REFERRED TOIN THE TRUST DEED

**Acquisition Date:**
Created: 03/01/2002          Form Type: 395          Registered: 21/01/2002

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME FROM TIME TO TIMEEARNED
THEREON (BOTH CAPITALISED TERMS HAVING THE MEANING GIVEN THERETO IN SECTION 11-2.1(B) OF THE
NEW YORK ESTATES, POWERS AND TRUSTS LAW), AND THE PROPERTY IN THE ACTUAL AND SOLE
POSSESSION OF THETRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND
HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATEDBY
THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE RELEVANT SYNDICATE, AND
OTHER PROPERTY REFERRED TOIN THE TRUST DEED.

**Outstanding charge details:**
Description:                CHARGE DATED 3RD JANUARY
                            2002 IN THE TERMS OF THE
                            LLOYD'S UNITED STATES SITUS
                            EXCESS OR SURPLUS LINES
                            TRUST DEED (THE "TRUST DEED")
                            BUT EFFECTIVE FROM 1ST
                            JANUARY 2002 ITSELF
                            CONSTITUTED BY AN INSTRUMENT
                            DATED 7TH SEPTEMBER 1995 (AS
                            AMENDED AND AS
                            SUPPLEMENTED FROM TIME TO
                            TIME) AND AS SUPPLEMENTED BY
                            A DEED OF ACCESSION

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS
FURTHERDEFINED ON FORM M395)
**Amount Secured:**

THE PAYMENT FOR MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BYTHE COMPANY AS A MEMBER OF SYNDICATE NO.1036 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANYIS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, USA), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUSTHELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 03/01/2002            Form Type: 395            Registered: 21/01/2002

**Short Particulars:**
THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM TIME TO TIME EARNED THEREON. THEPROPERTY IN THE ACTUAL AND SOLE POSSESION OF THE TRUSTEE AT ANYTIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATED BY THE COMPANY WITH RESPECT TO THE PARTICULARS YEAR OF ACCOUNT OF THE SYNDICATE ("THE TRUST FUND" OR "TRUST") (SEE FORM 395 FOR FURTHER DETAILS)

**Outstanding charge details:**
Description:              CHARGE DATED 3RD JANUARY
                         2002 IN THE TERMS OF THE
                         LLOYD'S UNITED STATES SITUS
                         EXCESS OR SURPLUS LINES
                         TRUST DEED (THE "TRUST DEED")
                         BUT EFFECTIVE FROM 1ST
                         JANUARY 2002 ITSELF
                         CONSTITUTED BY AN INSTRUMENT
                         DATED 13TH JANUARY 2000 (AS
                         AMENDED AND AS
                         SUPPLEMENTED FROM TIME TO
                         TIME)AND AS SUPPLEMENTED BY
                         A DEED OF ACCESSION

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**

THE PAYMENT FOR MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BYTHE COMPANY AS A MEMBER OF SYNDICATE NO.0566 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANYIS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, USA), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUSTHELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 03/01/2002          Form Type: 395          Registered: 21/01/2002

**Short Particulars:**
THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM TIME TO TIME EARNED THEREON. THEPROPERTY IN THE ACTUAL AND SOLE POSSESION OF THE TRUSTEE AT ANYTIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATED BY THE COMPANY WITH RESPECT TO THE PARTICULARS YEAR OF ACCOUNT OF THE SYNDICATE ("THE TRUST FUND" OR "TRUST") (SEE FORM 395 FOR FURTHER DETAILS)

---

**Outstanding charge details:**
Description:                    CHARGE IN THE TERMS OF THE
                                LLOYD'S ASIA(OFFSHORE
                                POLICIES) INSTRUMENT
                                2002(GENERAL BUSINESS OF ALL
                                UNDERWRITING MEMBERS) (THE
                                OFFSHORE POLICIES
                                INSTRUMENT)

**Person(s) Entitled:**
THE SOCIETY (LLOYDS) AND THE MANAGING AGENTS OFFSHORE POLICIES TRUSTEES OF ANY MANAGING AGENT (AS FURTHER DESCRIBED ON FORM M395)

**Amount Secured:**
ALL SUMS DUE, OR TO BECOME DUE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 13/02/2002          Form Type: 395          Registered: 05/03/2002

**Short Particulars:**
ALL PRESENT AND FUTURE ASSETS OF THE MEMBER COMPRISED IN THE MEMBERS OFFSHORE POLICIES TRUST FUND CONSTITUTED UNDER ANDPURSUANT TO THE OFFSHORE POLICIES INSTRUMENT, ALL PREMIUMS, REINSURANCE RECOVERIES, RIGHTS OF SALVAGE AND SUBROGATION AND OTHER MONIES WHATSOEVER IN CONNECTIONWITH THE MEMBERS OFFSHORE POLICIES BUSINESS AND ALL INTEREST OF THE MEMBER THEREIN. ALL OFFSHORE POLICIES RIGHTS OF RECOVERIES, ALL FURTHER ASSETS, ALL INTEREST, DIVIDENDS AND OTHER INCOME AND ALL ASSETS NOW OR FOR THE TIME BEING REPRESENTING THE FOREGOING.

*Mortgage Register*

---

**Outstanding charge details:**

**Description:** CHARGE IN THE TERMS OF THE LLOYD'S ASIA(SINGAPORE POLICIES) INSTRUMENT 2002(GENERAL BUSINESS OF ALL UNDERWRITING MEMBERS) (THE SINGAPORE POLICIES INSTRUMENT)

**Person(s) Entitled:**
THE SOCIETY (LLOYDS) AND THE MANAGING AGENTS OFFSHORE POLICIES TRUSTEES OF ANY MANAGING AGENT (AS FURTHER DESCRIBED ON FORM M395)

**Amount Secured:**
ALL SUMS DUE, OR TO BECOME DUE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**

Created: 13/02/2002          Form Type: 395          Registered: 05/03/2002

**Short Particulars:**
ALL PRESENT AND FUTURE ASSETS OF THE MEMBER COMPRISED IN THE MEMBERS SINGAPORE POLICIES TRUST FUND CONSTITUTED UNDER AND PURSUANT TO THE SINGAPORE POLICIES INSTRUMENT, ALL PREMIUMS, REINSURANCE RECOVERIES, RIGHTS OF SALVAGE AND SUBROGATIONAND OTHER MONIES WHATSOEVER IN CONNECTION WITH THE MEMBERS SINGAPORE POLICIES BUSINESS AND ALL INTEREST OF THE MEMBER THEREIN, ALL SINGAPORE POLICIES RIGHTS OFRECOVERIES, ALL FURTHER ASSETS, ALL INTEREST, DIVIDENDS AND OTHER INCOME AND ALL ASSETS NOW OR FOR THE TIME BEING REPRESENTING THE FOREGOING.

---

**Outstanding charge details:**

**Description:** SECURITY AND TRUST DEED (LETTER OF CREDIT AND BANK GUARANTEE) (THE "TRUST DEED")

**Person(s) Entitled:**
THE SOCIETY INCORPORATED BY LLOYD'S ACT 1871 BY THE NAME OF LLOYD'S, THE TRUSTEES, THE BENEFICIARIES AND THE OTHER PERSONS OR BODIES(AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**

Created: 01/01/2003          Form Type: 395          Registered: 15/01/2003

**Short Particulars:**
ALL FUTURE PROFITS OF THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S, SUBJECT TO ANY PRIOR CHARGE CONTAINED IN THEPREMIUMS TRUST DEED, ALL MONEYS OR OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED AT ANY TIME PAID OR TRANSFERRED TO OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES UPON THE TRUSTS OF THE TRUST DEED AND ALL ACCUMULATIONS OF INCOMEAND THE INVESTMENTS AND OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED FOR THETIME BEING REPRESENTING THE SAME

*Mortgage Register*

**Outstanding charge details:**

**Description:**               DEPOSIT TRUST DEED

**Person(s) Entitled:**
THE SOCIETY INCORPORATED BY LLOYD'S ACT 1871,THE TRUSTEES AND THE BENEFICIARIES

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE
AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 17/01/2003          Form Type: 395          Registered: 30/01/2003

**Short Particulars:**
ALL MONEYS OR OTHER PROPERTY AT ANY TIME PAID OR TRANSFERRED TO OR UNDER THE CONTROL OF
THE TRUSTEES AND ALL ACCUMULATIONS OF INCOME AND THE INVESTMENTS AND OTHER PROPERTY; ALL
FUTURE PROFITS OF THE UNDERWRITING BUSINESS; SEE FORM 395 FOR DETAILS PLEASE REFER TO
MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

**Outstanding charge details:**

**Description:**               MEMBERSHIP AGREEMENT
                               BETWEEN THE SOCIETY
                               INCORPORATED BY LLOYD'S ACT
                               1871 BY THE NAME OF LLOYD'S
                               ("THE SOCIETY") AND THE
                               COMPANY ("THE AGREEMENT")

**Person(s) Entitled:**
THE SOCIETY, THE BENEFICIARIES AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON
FORM M395)

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE
AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 01/06/2003          Form Type: 395          Registered: 19/06/2003

**Short Particulars:**
SUBJECT TO ANY CHARGE OVER, AND ASSIGNMENT BY THE COMPANY OF, THE FUTURE PROFITS OF ITS
UNDERWRITING BUSINESS AT LLOYD'S CONTAINED IN ANY TRUST DEED OR OTHER INSTRUMENT TO WHICH
THE COMPANY IS, OR BECOMES, A PARTY PURSUANT TO THE REQUIREMENTS OF THE COUNCIL RELATING
TO THE PROVISION OF FUNDS AT LLOYD'S:- (A) THE COMPANY'S RIGHT, TITLE, INTEREST AND EXPECTANCY
IN AND TO THE TRUST FUNDS HELD AT ANYTIME UNDER ANY PREMIUMS TRUST DEED TO WHICH IT IS A
PARTY, (B) THE AMOUNTS RECEIVED, AT ANY TIME AFTER A FAILURE BY A CONNECTED COMPANY TO
DISCHARGE A LLOYD'S OBLIGATION, BY THE COMPANY OUT OF THE PREMIUMS TRUST DEED PLEASE REFER
TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

**Outstanding charge details:**

**Description:**               SECURITY AND TRUST DEED
                               (THIRD PARTY COVENANT)

**Person(s) Entitled:**

*52*

*Mortgage Register*

THE SOCIETY INCORPORATED BY LLOYD'S ACT 1871 BY THE NAME OF LLOYD'S, THE TRUSTEES, THE BENEFICIARIES AND THE OTHER PERSONS OR BODIES(AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**

ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**

Created: 04/11/2003                Form Type: 395                Registered: 24/11/2003

**Short Particulars:**

THE COVENANT, THE CHARGE AND THE COMPANY'S COVENANT IN CLAUSE 2(B) OF THE TRUSTDEED AND THE FULL BENEFIT OF EACH OF THEM AND ALL MONEYS OR OTHER PROPERTY HEREAFTER

---

**Outstanding charge details:**

**Description:**                CHARGE DATED 1ST JANUARY
                                2004 IN THE TERMS OF THE
                                LLOYD'S UNITED STATES SITUS
                                EXCESS OR SURPLUS LINES
                                TRUST DEED (THE "TRUST DEED")
                                BUT EFFECTIVE FROM 1ST
                                JANUARY 2004

**Person(s) Entitled:**

THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**

THE PAYMENT OF MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTSOR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.2000 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICY HOLDER PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, USA), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUSTHELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**

Created: 01/01/2004                Form Type: 395                Registered: 20/01/2004

**Short Particulars:**

THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM TIME TO TIME EARNED THEREON. THEPROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE AT ANYTIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATED BY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE SYNDICATE ("THE TRUST FUND" OR "TRUST") ( SEE FORM395 FOR FURTHER DETAILS)

*Mortgage Register*

**Outstanding charge details:**

Description:

CHARGE DATED 1ST JANUARY 2004 IN THE TERMS OF THE LLOYD'S UNITED STATES SITUS EXCESS OR SURPLUS LINES TRUST DEED (THE "TRUST DEED") BUT EFFECTIVE FROM 1ST JANUARY 2004

**Person(s) Entitled:**

THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**

THE PAYMENT OF MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTSOR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.1036 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICY HOLDER PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, USA), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUSTHELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**

Created: 01/01/2004    Form Type: 395    Registered: 20/01/2004

**Short Particulars:**

THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM TIME TO TIME EARNED THEREON. THEPROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE AT ANYTIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATED BY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE SYNDICATE ("THE TRUST FUND" OR "TRUST") ( SEE FORM395 FOR FURTHER DETAILS)

**Outstanding charge details:**

Description:

CHARGE DATED 1ST JANUARY 2004 IN THE TERMS OF THE LLOYD'S UNITED STATES SITUS EXCESS OR SURPLUS LINES TRUST DEED (THE "TRUST DEED") BUT EFFECTIVE FROM 1ST JANUARY 2004

**Person(s) Entitled:**

THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**

THE PAYMENT OF MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTSOR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.0566 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICY HOLDER PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, USA), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUSTHELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 01/01/2004          Form Type: 395          Registered: 20/01/2004

**Short Particulars:**
THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM TIME TO TIME EARNED THEREON. THEPROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE AT ANYTIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATED BY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE SYNDICATE ("THE TRUST FUND" OR "TRUST") ( SEE FORM395 FOR FURTHER DETAILS)

**Outstanding charge details:**
Description:                    CHARGE DATED 1ST JANUARY
                                2004 IN THE TERMS OF THE
                                LLOYD'S UNITED STATES SITUS
                                EXCESS OR SURPLUS LINES
                                TRUST DEED (THE "TRUST DEED")
                                BUT EFFECTIVE FROM 1ST
                                JANUARY 2004

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**

THE PAYMENT OF MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTSOR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.2724 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICY HOLDER PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, USA), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUSTHELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 01/01/2004          Form Type: 395          Registered: 20/01/2004

**Short Particulars:**
THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM TIME TO TIME EARNED THEREON. THEPROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE AT ANYTIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATED BY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE SYNDICATE ("THE TRUST FUND" OR "TRUST") ( SEE FORM395 FOR FURTHER DETAILS)

---

**Outstanding charge details:**
Description:          SECURITY AND TRUST DEED
                      (THIRD PARTY COVENANT)

**Person(s) Entitled:**
THE SOCIETY INCORPORATED BY LLOYD'S ACT 1871 BY THE NAME OF LLOYD'S, THE TRUSTEE BENEFICIARIES AND THE OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 03/11/2004          Form Type: 395          Registered: 18/11/2004

**Short Particulars:**
THE COVENANT, THE CHARGE AND THE COMPANY'S COVENANT IN CLAUSE 2(B) OF THE TRUSTDEED AND THE FULL BENEFIT OF EACH OF THEM AND ALL MONEYS OR OTHER PROPERTY HEREAFTER, PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**
Description:          LLOYD'S SECURITY AND TRUST
                      DEED (INTERAVAILABLE-SHORT
                      FORM) (THE TRUST DEED)

**Person(s) Entitled:**

THE SOCIETY INCORPORATED BY LLOYD'S ACT 1871 BY THE NAME OF LLOYD'S (THE SOCIETY) AS
TRUSTEES OF TRUSTS CREATED BY THE TRUST DEED

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY AND THE CEASING MEMBER TO THE CHARGEE
UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 03/11/2004          Form Type: 395          Registered: 19/11/2004

**Short Particulars:**
ALL MONIES AND OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED, PLEASE REFER TO MORTGAGE
CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**
**Description:**          LLOYD'S SECURITY AND TRUST
                          DEED (INTERAVAILABLE-SHORT
                          FORM)(PARENT COMPANY
                          COVENANT)(THE "TRUST DEED")

**Person(s) Entitled:**
LLOYD'S
**Amount Secured:**
ALL SUMS DUE, OR TO BECOME DUE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT
CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 21/12/2004          Form Type: 395          Registered: 05/01/2005

**Short Particulars:**
ALL MONEY OR OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED AT ANY TIME PAID OR
TRANSFERRED TO OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES UPON THE TRUSTS
OF THE TRUST DEED AND ALL ACCUMULATIONS OF INCOME AND THE INVESTMENTS AND OTHER PROPERTY
AFTER THE DATE OF THE TRUST DEED FOR THE TIME BEING REPRESENTING THE SAME. PLEASE REFER TO
MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**
**Description:**          LLOYD'S SECURITY AND TRUST
                          DEED (INTERAVAILABLE-SHORT
                          FORM)(PARENT COMPANY
                          COVENANT)(THE "TRUST DEED")

**Person(s) Entitled:**
LLOYD'S
**Amount Secured:**
ALL SUMS DUE, OR TO BECOME DUE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT
CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 21/12/2004          Form Type: 395          Registered: 05/01/2005

*Mortgage Register*

**Short Particulars:**
ALL MONEY OR OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED AT ANY TIME PAID OR
TRANSFERRED TO OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES UPON THE TRUSTS
OF THE TRUST DEED AND ALL ACCUMULATIONS OF INCOME AND THE INVESTMENTS AND OTHER PROPERTY
AFTER THE DATE OF THE TRUST DEED FOR THE TIME BEING REPRESENTING THE SAME. PLEASE REFER TO
MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**

**Description:**          LLOYD'S SECURITY AND TRUST
                         DEED (INTERAVAILABLE-SHORT
                         FORM)(PARENT COMPANY
                         COVENANT)(THE "TRUST DEED")

**Person(s) Entitled:**
LLOYD'S

**Amount Secured:**
ALL SUMS DUE, OR TO BECOME DUE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT
CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 21/12/2004          Form Type: 395          Registered: 05/01/2005

**Short Particulars:**
ALL MONEY OR OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED AT ANY TIME PAID OR
TRANSFERRED TO OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES UPON THE TRUSTS
OF THE TRUST DEED AND ALL ACCUMULATIONS OF INCOME AND THE INVESTMENTS AND OTHER PROPERTY
AFTER THE DATE OF THE TRUST DEED FOR THE TIME BEING REPRESENTING THE SAME. PLEASE REFER TO
MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**

**Description:**          LLOYD'S SECURITY AND TRUST
                         DEED (INTERAVAILABLE-SHORT
                         FORM)(PARENT COMPANY
                         COVENANT)(THE "TRUST DEED")

**Person(s) Entitled:**
LLOYD'S

**Amount Secured:**
ALL SUMS DUE, OR TO BECOME DUE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT
CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 21/12/2004          Form Type: 395          Registered: 05/01/2005

**Short Particulars:**
ALL MONEY OR OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED AT ANY TIME PAID OR
TRANSFERRED TO OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES UPON THE TRUSTS
OF THE TRUST DEED AND ALL ACCUMULATIONS OF INCOME AND THE INVESTMENTS AND OTHER PROPERTY
AFTER THE DATE OF THE TRUST DEED FOR THE TIME BEING REPRESENTING THE SAME. PLEASE REFER TO
MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

**Outstanding charge details:**

Description: LLOYD'S SECURITY AND TRUST DEED (INTERAVAILABLE-SHORT FORM)(PARENT COMPANY COVENANT)(THE "TRUST DEED")

**Person(s) Entitled:**

LLOYD'S

**Amount Secured:**

ALL SUMS DUE, OR TO BECOME DUE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**

Created: 21/12/2004          Form Type: 395          Registered: 05/01/2005

**Short Particulars:**

ALL MONEY OR OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED AT ANY TIME PAID OR TRANSFERRED TO OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES UPON THE TRUSTS OF THE TRUST DEED AND ALL ACCUMULATIONS OF INCOME AND THE INVESTMENTS AND OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED FOR THE TIME BEING REPRESENTING THE SAME. PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**

Description: LLOYD'S DEPOSIT TRUST DEED (INTERAVAILABLE-SHORT FORM)(THE "TRUST DEED")

**Person(s) Entitled:**

LLOYD'S

**Amount Secured:**

ALL SUMS DUE, OR TO BECOME DUE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**

Created: 21/12/2004          Form Type: 395          Registered: 05/01/2005

**Short Particulars:**

ALL MONEYS OR OTHER PROPERTY AT ANY TIME PAID OR TRANSFERRED TO OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES(BEING THE SOCIETY AND THE OTHER TRUSTEES FOR THE TIME BEING OF THE TRUSTS CREATED BY THE TRUST DEED) AND ALL ACCUMULATIONS OF INCOME AND THE INVESTMENTS AND OTHER PROPERTY FOR THE TIME BEING REPRESENTING THE SAME, ALL THE FUTURE PROFITS OF THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S SUBJECT TO ANY PRIOR CHARGE CONTAINED IN THE PREMIUMS TRUST DEED OR ANY OTHER TRUST DEED PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**

Description: LLOYD'S SECURITY AND TRUST DEED (INTERAVAILABLE-SHORT TERM)(LETTER OF CREDIT)(THE "TRUST DEED")

*Mortgage Register*

**Person(s) Entitled:**
LLOYD'S
**Amount Secured:**
ALL SUMS DUE, OR TO BECOME DUE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT
CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 21/12/2004          Form Type: 395          Registered: 05/01/2005

**Short Particulars:**
ALL MONEYS OR OTHER PROPERTY AT ANY TIME PAID OR TRANSFERRED TO OR UNDER THE DIRECT OR
INDIRECT CONTROL OF THE TRUSTEES(BEING THE SOCIETY AND THE OTHER TRUSTEES FOR THE TIME
BEING OF THE TRUSTS CREATED BY THE TRUST DEED) AND ALL ACCUMULATIONS OF INCOME AND THE
INVESTMENTS AND OTHER PROPERTY FOR THE TIME BEING REPRESENTING THE SAME, ALL THE FUTURE
PROFITS OF THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S SUBJECT TO ANY PRIOR
CHARGE CONTAINED IN THE PREMIUMS TRUST DEED OR ANY OTHER TRUST DEED PLEASE REFER TO
MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**
**Description:**                LLOYDS SECURITY AND TRUST
                               DEED (INTERAVAILABLE-SHORT
                               FORM) (PARENT COMPANY
                               COVENANT) (THE TRUST DEED)

**Person(s) Entitled:**
THE SOCIETY INCORPORATED BY LLOYD'S ACT 1871 BY THE NAME OF LLOYD'S AS TRUSTEES OF TRUSTS
CREATED BY THE TRUST DEED
**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE
AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 21/12/2004          Form Type: 395          Registered: 05/01/2005

**Short Particulars:**
(1)AS SECURITY FOR THE SECURED OBLIGATIONS REFERRED TO IN PARAGRAPH 1 UNDER "AMOUNTS
SECURED BY THE MORTGAGE OR CHARGE"ON PAGE 1 OF THIS FORM, ALL MONIES AND OTHER PROPERTY
AFTER THE DATE OF THE TRUST DEED AT ANY TIME PAID OR TRANSFERRED TO OR OTHERWISE VESTED IN
OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES UPON THE TRUSTS OF THE TRUST DEED
AND ALL ACCUMULATIONS OF INCOME AND THE INVESTMENTS AND OTHER PROPERTY AFTER THE DATE OF
THE TRUST DEED FOR THE TIME BEING REPRESENTING THE SAME. (2)AS SECURITY FORTHE SECURED
OBLIGATIONS REFERRED TO IN PARAGRAPH 2 UNDER "AMOUNTS SECURED BY THEMORTGAGE OF
CHARGE" ON PAGE 1 OF THIS FORM THE FUTURE PROFITS OF THE UNDERWRITING BUSINESS OF THE
COMPANY AT LLOYDS, SUBJECT TO ANY PRIOR CHANGE CONTAINED IN THE COMPANYS PREMIUMS TRUST
DEED OR ANY OTHER TRUST DEED OR OTHER INSTRUMENT OF THE COMPANY AT THE SOCIETY.

---

**Outstanding charge details:**

*Mortgage Register*

**Description:**                          LLOYDS SECURITY AND TRUST
                                          DEED (INTERAVAILABLE-SHORT
                                          FORM) (THIRD PARTY COVENANT)
                                          (THE TRUST DEED)

**Person(s) Entitled:**
THE SOCIETY INCORPORATED BY LLOYD'S ACT 1871 BY THE NAME OF LLOYD'S AS TRUSTEES OF TRUSTS
CREATED BY THE TRUST DEED

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE
AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 21/12/2004          Form Type: 395                Registered: 05/01/2005

**Short Particulars:**
(1)AS SECURITY FOR THE SECURED OBLIGATIONS REFERRED TO IN PARAGRAPH 1 UNDER "AMOUNTS
SECURED BY THE MORTGAGE OR CHARGE"ON PAGE 1 OF THIS FORM, ALL MONIES AND OTHER PROPERTY
AFTER THE DATE OF THE TRUST DEED AT ANY TIME PAID OR TRANSFERRED TO OR OTHERWISE VESTED IN
OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES UPON THE TRUSTS OF THE TRUST DEED
AND ALL ACCUMULATIONS OF INCOME AND THE INVESTMENTS AND OTHER PROPERTY AFTER THE DATE OF
THE TRUST DEED FOR THE TIME BEING REPRESENTING THE SAME. (2)AS SECURITY FORTHE SECURED
OBLIGATIONS REFERRED TO IN PARAGRAPH 2 UNDER "AMOUNTS SECURED BY THEMORTGAGE OF
CHARGE" ON PAGE 1 OF THIS FORM THE FUTURE PROFITS OF THE UNDERWRITING BUSINESS OF THE
COMPANY AT LLOYDS, SUBJECT TO ANY PRIOR CHANGE CONTAINED IN THE COMPANYS PREMIUMS TRUST
DEED OR ANY OTHER TRUST DEED OR OTHER INSTRUMENT OF THE COMPANY AT THE SOCIETY.

---

**Outstanding charge details:**
**Description:**                          LLOYDS SECURITY AND TRUST
                                          DEED (INTERAVAILABLE-SHORT
                                          FORM) (THIRD PARTY COVENANT)
                                          (THE TRUST DEED)

**Person(s) Entitled:**
THE SOCIETY INCORPORATED BY LLOYD'S ACT 1871 BY THE NAME OF LLOYD'S AS TRUSTEES TRUST DEED

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE
AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 21/12/2004          Form Type: 395                Registered: 05/01/2005

**Short Particulars:**
(1)AS SECURITY FOR THE SECURED OBLIGATIONS REFERRED TO IN PARAGRAPH 1 UNDER "AMOUNTS
SECURED BY THE MORTGAGE OR CHARGE"ON PAGE 1 OF THIS FORM, ALL MONIES AND OTHER PROPERTY
AFTER THE DATE OF THE TRUST DEED AT ANY TIME PAID OR TRANSFERRED TO OR OTHERWISE VESTED IN
OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES UPON THE TRUSTS OF THE TRUST DEED
AND ALL ACCUMULATIONS OF INCOME AND THE INVESTMENTS AND OTHER PROPERTY AFTER THE DATE OF
THE TRUST DEED FOR THE TIME BEING REPRESENTING THE SAME. (2)AS SECURITY FORTHE SECURED
OBLIGATIONS REFERRED TO IN PARAGRAPH 2 UNDER "AMOUNTS SECURED BY THE MORTGAGE OF
CHARGE" ON PAGE 1 OF THIS FORM THE FUTURE PROFITS OF THE UNDERWRITING BUSINESS OF THE
COMPANY AT LLOYDS, SUBJECT TO ANY PRIOR CHANGE CONTAINED IN THE COMPANYS PREMIUMS TRUST
DEED OR ANY OTHER TRUST DEED OR OTHER INSTRUMENT OF THE COMPANY AT THE SOCIETY.

---

**Outstanding charge details:**

Description:         SECURITY AND TRUST DEED
                    (LETTER OF CREDIT AND BANK
                    GUARANTEE) (THE "TRUST DEED")

**Person(s) Entitled:**
THE SOCIETY INCORPORATED BY LLOYD'S ACT 1871 BY THE NAME OF LLOYD'S, THE TRUSTEE , THE BENEFICIARIES AND THE OTHER PERSONS OR BODIESNED ON FORM M395)

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 21/02/2005            Form Type: 395            Registered: 23/02/2005

**Short Particulars:**
ALL FUTURE PROFITS OF THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S, SUBJECT TO ANY PRIOR CHARGE CONTAINED IN THEPREMIUMS TRUST DEED, ALL MONEYS OR OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED AT ANY TIME PAID OR TRANSFERRED TO OR UNDER THE DIRECT OR INDIRECT CONTROL OF THE TRUSTEES UPON THE TRUSTS OF THE TRUST DEED AND ALL ACCUMULATIONS OF INCOMEAND THE INVESTMENTS AND OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED FOR THETIME BEING REPRESENTING THE SAME

---

**Outstanding charge details:**

Description:         LLOYD'S UNITED STATES SITUS
                    CREDIT FOR REINSURANCE TRUST
                    DEED (THE "TRUST DEED") ITSELF
                    CONSTITUTED BY AN INSTRUMENT
                    DATED 7TH SEPTEMBER 1995 (AS
                    AMENDED AND SUPPLEMENTED
                    FROM TIME TO TIME) AND AS
                    SUPPLEMENTED BY A DEED OF
                    ACCESSION

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL CEDING INSURERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 01/04/2005            Form Type: 395            Registered: 14/04/2005

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME; THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED; CASH IN US CURRENCY OR SPECIFICALLY DESIGNATED READILY MARKETABLE SECURITIES AND/OR LETTERS OF CREDIT SUBSTITUTED BY THE AGENT; CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS AN ASSET OF THE TRUSTFUND; FURTHER CONTRIBUTIONS; ANY ADVANCE OF CASH OR SECURITIES BY THE TRUSTEE TO THE TRUST FUND; ANY INVESTMENTS OR OTHER ASSETS HELD BY THE TRUSTEE.(EACH AS DEFINED IN THE FORM M395).

---

**Outstanding charge details:**

**Description:**                    LLOYD'S UNITED STATES SITUS
                                    EXCESS OR SURPLUS LINES
                                    TRUST DEED ("THE TRUST DEED")
                                    DATED 7 SEPTEMBER 1995 (IN
                                    RESPECT OFSYNDICATE NO. 386
                                    (INCLUDING INCIDENTAL NUMBER
                                    683) AS SUPPLEMENTED BY A
                                    DEED OF ACCESSION DATED 1
                                    APRIL 2004

**Person(s) Entitled:**
THE TRUSTEE (BEING, AS AT THE DATE HEREOF, CITIBANK N.A.), LLOYD'S, THE AGENT, ALL POLICY HOLDERS
AND THIRD-PARTY CLAIMANTS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM
M395)

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE
AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 01/04/2005            Form Type: 395              Registered: 14/04/2005

**Short Particulars:**
THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM
TIME TO TIME EARNED THEREON. THEPROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE
AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR
TRSUT CREATEDBY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE
SYNDICATE.CASH IN US CURRENCY OR SPECIFICALLY DESIGNATED READILY MARKETABLE SECURITIES
AND/OR LETTERS OF CREDIT SUBSTITUTED BY THE AGENT AT ANY TIME FOR ANY CASH OR ASSETS THEN
FORMING PART OF THE TRUST FUND.

---

**Outstanding charge details:**

**Description:**                    THE LLOYD'S KENTUCKY TRUST
                                    DEED (THE "TRUST DEED") DATED
                                    23 FEBRUARY 1996 IN RESPECT OF
                                    SYNDICATE NO. 386 (INCLUDING
                                    INCIDENTAL NUMBER 683) AS
                                    AMENDED AND AS
                                    SUPPLEMENTED BY A DEED OF
                                    ACCESSION MADE 1 APRIL 2005

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS
FURTHERDEFINED ON FORM m395)

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE
AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 01/04/2005            Form Type: 395              Registered: 14/04/2005

**Short Particulars:**

*Mortgage Register*

THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME, THE PROPERTY IN THE ACTUAL
AND SOLE POSSESSION OF THE TRUSTEE AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST
DEED (AS DEFINED), CASH IN US CURRENCY OR SPECIFICALLY DESIGNATED READILY MARKETABLE
SECURITIES AND/OR LETTERS OF CREDIT SUBSTITUTED BY THEAGENT (AS DEFINED), CASH DRAWN ON
ANY LETTER OF CREDIT AT ANY TIME AND HELD AS AN ASSET OF THE TRUST FUND (AS DEFINED) FURTHER
CONTRIBUTIONS (AS DEFINED), ANY ADVANCE OF CASH OR SECURITIES BY THE TRUSTEE TO THE TRUST
FUND (AS DEFINED). ANYINVESTMENTS OR OTHER ASSETS HELD BY THETRUSTEE (AS DEFINED) PLEASE
REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**

**Description:**               SECURITY AND TRUST DEED
                               (LETTER OF CREDIT AND BANK
                               GUARANTEE) (THE "TRUST DEED")

**Person(s) Entitled:**

LLOYD'S

**Amount Secured:**

ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE
AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**

**Created:** 01/01/2006        **Form Type:** 395            **Registered:** 06/01/2006

**Short Particulars:**

ALL FUTURE PROFITS OF THE UNDERWRITING BUSINESS OF THE COMPANY AT LLOYD'S, SUBJECT TO ANY
PRIOR CHARGE CONTAINED IN THEPREMIUMS TRUST DEED, ALL MONEYS OR OTHER PROPERTY AFTER THE
DATE OF THE TRUST DEED AT ANY TIME PAID OR TRANSFERRED TO OR UNDER THE DIRECT OR INDIRECT
CONTROL OF THE TRUSTEES UPON THE TRUSTS OF THE TRUST DEED AND ALL ACCUMULATIONS OF
INCOMEAND THE INVESTMENTS AND OTHER PROPERTY AFTER THE DATE OF THE TRUST DEED FOR
THETIME BEING REPRESENTING THE SAME

---

**Outstanding charge details:**

**Description:**               CHARGE DATED 1ST JANUARY
                               2006 IN THE TERMS OF THE
                               LLOYD'S KENTUCKY TRUST DEED
                               (THE "TRUST DEED") BUT
                               EFFECTIVE FROM 1STJANUARY
                               2006 ITSELF CONSTITUTED BY AN
                               INSTRUMENT

**Person(s) Entitled:**

THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS
FURTHERDEFINED ON FORM M395)

**Amount Secured:**

64

*Mortgage Register*

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST JANUARY 1996 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.1886 (THE "SYNDICATE") AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICYHOLDER PURSUANT TO THE INSURANCE LAWS OF THE COMMONWEALTH OF KENTUCKYPROVIDING INSURANCE WITH RESPECT TO PROPERTY OR RISKS SITUATED IN SAID COMMONWEALTH (A "KENTUCKY POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINEDIN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, NATIONAL CITY BANK, KENTUCKY, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUSTDEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE COMMISSIONER OFINSURANCE OF THE COMMONWEALTH OF KENTUCKY OR OTHER DESIGNATED RECEIVER, AND FORSECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 01/01/2006            Form Type: 395            Registered: 20/01/2006

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME FROM TIME TO TIMEEARNED THEREON (BOTH CAPITALISED TERMS HAVING THE MEANING GIVEN THERETO IN KENTUCKY REVISED STATUTES SECTION 395.191, ET SEQ., AND THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THEPARTICULAR TRUST CREATED BY THE COMPANYWITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE RELEVANT SYNDICATE, AND CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS AN ASSET OF THE FUND HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED.

**Outstanding charge details:**
Description:                    CHARGE DATED 1ST JANUARY
                                2006 IN THE TERMS OF THE
                                LLOYD'S UNITED STATES SITUS
                                CREDIT FOR REINSURANCE TRUST
                                DEED (THE "TRUST DEED") BUT
                                EFFECTIVE FROM 1ST JANUARY
                                2006 ITSELF CONSTITUTED BY AN
                                INSTRUMENT

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)
**Amount Secured:**

65

THE PAYMENT OF LOSSES (INCLUDING CLAIMSFOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTS OR POLICIES OF REINSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OFSYNDICATE NO.1886 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A CEDING INSURER DOMICILED IN A STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITEDSTATES (AN "AMERICAN REINSURANCE POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, U.S.A.), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUST HELD UNDER THE PROVISIONS OF THE TRUST DEED, ANDCERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 01/01/2006                Form Type: 395                Registered: 20/01/2006

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME FROM TIME TO TIMEEARNED THEREON (BOTH CAPITALISED TERMS HAVING THE MEANING GIVEN THERETO IN SECTION 11-2.1(B) OF THE NEW YORK ESTATES, POWERS AND TRUSTS LAW), AND THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THETRUSTEE (OR HELD BY THE TRUSTEE IN THE NAME OF A NOMINEE) AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATEDBY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE RELEVANT SYNDICATE, AND CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS ANASSET OF THE FUND HELD UNDER THE PROVISIONS OF THE TRUST DEED, AND OTHER PROPERTY REFERRED TO IN THE TRUST DEED

**Outstanding charge details:**
Description:                        CHARGE DATED 1ST JANUARY
                                    2006 IN THE TERMS OF THE
                                    LLOYD'S UNITED STATES SITUS
                                    EXCESS OR SURPLUS LINES
                                    TRUST DEED (THE "TRUST DEED")
                                    BUT EFFECTIVE FROM 1ST
                                    JANUARY 2006

**Person(s) Entitled:**
THE TRUSTEE, LLOYD'S, THE AGENT, ALL POLICY HOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHERDEFINED ON FORM M395)

**Amount Secured:**

THE PAYMENT OF MATURED CLAIMS (INCLUDING CLAIMS FOR LOSS AND CLAIMS FOR THE RETURN OF UNEARNED PREMIUM) UNDER CONTRACTSOR POLICIES OF INSURANCE INCEPTING ON OR AFTER 1ST AUGUST 1995 UNDERWRITTEN BY THE COMPANY AS A MEMBER OF SYNDICATE NO.1886 (THE "SYNDICATE") (INCLUDING ALL INCIDENTAL SYNDICATES OF SUCH SYNDICATE) AND ALLOCABLE TO THE RELEVANT YEAR OF ACCOUNT OR IN RESPECT OF WHICH THE COMPANY IS LIABLE AS A MEMBER OF THE SYNDICATE FOR THE RELEVANT YEAR OF ACCOUNT FOR AN EARLIER YEAR OF ACCOUNT PURSUANT TO ANY CONTRACT OF REINSURANCE TO CLOSE AND ISSUED TO A POLICY HOLDER PURSUANT TO SURPLUS LINES OR EXCESS LINES LAWS OF ANY STATE, DISTRICT, TERRITORY, COMMONWEALTH OR POSSESSION OF THE UNITED STATES (AN "AMERICAN POLICY"), ALL EXPENDITURES AND FEES OF THE TRUSTEE (AS DEFINED IN THE TRUST DEED AND BEING, AS AT THE DATE THEREOF, CITIBANK N.A. OF 111 WALL STREET, NEW YORK, USA), REPAYMENT OF CASH OR SECURITIES ADVANCED BY THE TRUSTEE TO THE TRUSTHELD UNDER THE PROVISIONS OF THE TRUST DEED, AND CERTAIN TRANSFERS BY THE TRUSTEE TO AN OVERSEAS FUND (AS DEFINED IN THE TRUST DEED) OR TO THE SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK OR OTHER DESIGNATED RECEIVER, AND FOR SECURING THE OTHER AMOUNTS AND OBLIGATIONS REFERRED TO IN THE TRUST DEED

**Acquisition Date:**
Created: 01/01/2006             Form Type: 395             Registered: 20/01/2006

**Short Particulars:**
THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM TIME TO TIME EARNED THEREON. THEPROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE AT ANYTIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATED BY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE SYNDICATE ("THE TRUST FUND" OR "TRUST") ( SEE FORM395 FOR FURTHER DETAILS)

**Outstanding charge details:**
Description:                         LLOYD'S UNITED STATES SITUS
                                     EXCESS OR SURPLUS LINES
                                     TRUST DEED ("THE TRUST DEED")
                                     DATED 1 OCTOBER 2006 IN
                                     RESPECT OF SYNDICATE NO. 5555
                                     (THE SYNDICATE) (AS AMENDED
                                     AND AS SUPPLEMENTED FROM
                                     TIME TO TIME AND AS
                                     SUPPLEMENTED BY A DEED OF
                                     ACCESSION MADE 1 OCTOBER
                                     2006)

**Person(s) Entitled:**
THE TRUSTEE (BEING, AS AT THE DATE HEREOF, CITIBANK N.A.), LLOYD'S, THE AGENT, ALL POLICYHOLDERS AND THIRD-PARTY CLAIMANTS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**
ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**
Created: 01/10/2006             Form Type: 395             Registered: 09/10/2006

**Short Particulars:**

THE PROPERTY CONSTITUTING THE TRUST PRINCIPAL BUT EXCLUDING THE INVESTMENT INCOME FROM TIME TO TIME EARNED THEREON. THEPROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED ALLOCABLE TO THE PARTICULAR TRUST CREATEDBY THE COMPANY WITH RESPECT TO THE PARTICULAR YEAR OF ACCOUNT OF THE SYNDICATE.CASH IN US CURRENCY OR SPECIFICALLY DESIGNATED READILY MARKETABLE SECURITIES AND/OR LETTERS OF CREDIT SUBSTITUTED BY THE AGENT AT ANY TIME FOR ANY CASH OR ASSETS THEN FORMING PART OF THE TRUST FUND

---

**Outstanding charge details:**

Description:                                LLOYD'S KENTUCKY TRUST DEED
                                            (THE TRUST DEED) DATED 1
                                            OCTOBER 2006 IN RESPECT
                                            OFSYNDICATE NO. 5555 (THE
                                            SYNDICATE)

**Person(s) Entitled:**

THE TRUSTEE (BEING, AS AT THE DATE HEREOF, NATIONAL CITY BANK) , LLOYD'S, THE AGENT, ALL POLICYHOLDERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**

ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

**Acquisition Date:**

Created: 01/10/2006              Form Type: 395                    Registered: 09/10/2006

**Short Particulars:**

THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME, THE PROPERTY IN THE ACTUAL AND SOLE POSSESSION OF THE TRUSTEE AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST DEED, CASH IN US CURRENCY OR SPECIFICALLY DESIGNATED READILY MARKETABLE SECURITIES AND/OR LETTERS OF CREDIT SUBSTITUTED BY THE AGENT, CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY TIME AND HELD AS AN ASSET OF THE TRUSTFUND, FURTHER CONTRIBUTIONS TO THE TRUST FUND, ANY ADVANCE OF CASH OR SECURITIES BY THE TRUSTEE TO THE TRUST FUND, ANYINVESTMENTS OR OTHER ASSETS HELD BY THETRUSTEE PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS

---

**Outstanding charge details:**

Description:                                LLOYD'S UNITED STATES SITUS
                                            CREDIT FOR REINSURANCE TRUST
                                            DEED THE TRUST DEED DATED 1
                                            OCTOBER 2006 IN RESPECT OF
                                            SYNDICATE NO. 5555 (THE
                                            SYNDICATE) (AS AMENDED AND AS
                                            SUPPLEMENTED FROM TIME TO
                                            TIME AND AS SUPPLEMENTED BY
                                            A DEED OF ACCESSIONMADE 1
                                            OCTOBER 2006)

**Person(s) Entitled:**

THE TRUSTEE (BEING, AS AT THE DATE HEREOF, CITIBANK N.A.), LLOYD'S, THE AGENT, ALL CREDIT INSURERS AND CERTAIN OTHER PERSONS OR BODIES (AS FURTHER DEFINED ON FORM M395)

**Amount Secured:**

ALL MONIES DUE OR TO BECOME DUE FROM THE COMPANY TO THE CHARGEE UNDER THE TERMS OF THE AFOREMENTIONED INSTRUMENT CREATING OR EVIDENCING THE CHARGE

*Mortgage Register*

**Acquisition Date:**
Created: O1/10/2006          Form Type: 395          Registered: 09/10/2006

**Short Particulars:**
THE PRINCIPAL AT ANY TIME BUT EXCLUDINGTHE INVESTMENT INCOME, THE PROPERTY IN THE ACTUAL
AND SOLE POSSESSION OF THE TRUSTEE AT ANY TIME AND HELD UNDER THE PROVISIONS OF THE TRUST
DEED, CASH IN US CURRENCY OR SPECIFICALLY DESIGNATED READILY MARKETABLE SECURITIES AND/OR
LETTERS OF CREDIT SUBSTITUTED BY THE AGENT, CASH DRAWN DOWN ON ANY LETTER OF CREDIT AT ANY
TIME AND HELD AS AN ASSET OF THE TRUSTFUND, FURTHER CONTRIBUTIONS TO THE TRUST FUND, ANY
ADVANCE OF CASH OR SECURITIES BY THE TRUSTEE TO THE TRUST FUND, ANYINVESTMENTS OR OTHER
ASSETS HELD BY THETRUSTEE PLEASE REFER TO MORTGAGE CHARGE PARTICULARS FOR FULL DETAILS