UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEVAL DENIZCILIK VE TICARET A.S.,

              Plaintiff,

07 CIV 3397 (JGK)

- against -

REPINTER INTERNATIONAL SHIPPING CO.
S.A. and MIACHART CORPORATION LLC,

              Defendants

---

EXHIBIT 11 to the Declaration of Epaminondas G. Arghyrakis
Dated 18.06.07

ebCHeck - Select and Access Company Information    http://wck2.companieshouse.gov.uk/1aadb688ee3b5b083fcd859490...



## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time

| HELP | PRINT PAGE |

**Name & Registered Office:**
QBE LIMITED
OLD SCHOOL HOUSE CHURCH ROAD
SACYNES HILL
WEST SUSSEX
RH17 7NY
**Company No. 03631471**

**Status:** Active
**Date of Incorporation:** 15/09/1998

**Country of Origin:** United Kingdom

**Company Type:** Private Limited Company
**Nature of Business (SIC(03)):**
7499 - Non-trading company

**Accounting Reference Date:** 30/09
**Last Accounts Made Up To:** 30/09/2005  (DORMANT)
**Next Accounts Due:** 30/07/2007
**Last Return Made Up To:** 15/09/2006
**Next Return Due:** 13/10/2007

**Last Members List:** 15/09/2006

**Previous Names:**
No previous name information has been recorded over the last 20 years.

### Branch Details
There are no branches associated with this company.

### Oversea Company Info
There are no Oversea Details associated with this company.



Order information on this company

SEARCH FOR ANOTHER COMPANY

**Tell Us**
• Are you satisfied with our service?
• Have you got a question?

System Requirements
Return to search page



Home | Bookmark site | Links

About us | Forms | Press Desk | Careers | Contact us | Info and guidance on | Tools to help you
Log out | My Account | My Download | My Order       | Please select        | Please select

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time

[ HELP ]  [ PRINT PAGE ]

Name & Registered Office:
**QBE CORPORATE LIMITED**
PLANTATION PLACE
30 FENCHURCH STREET
LONDON
EC3M 3BD
**Company No. 03115135**

Status: Active
Date of Incorporation: 18/10/1995

Country of Origin: United Kingdom

Company Type: Private Limited Company
Nature of Business (SIC(03)):
6603 - Non-life insurance

Accounting Reference Date: 31/12
Last Accounts Made Up To: 31/12/2005  (FULL)
Next Accounts Due: 31/10/2007
Last Return Made Up To: 30/06/2006
Next Return Due: 28/07/2007

Last Members List: 30/06/2006

Previous Names:
| Date of change | Previous Name |
| --- | --- |
| 07/11/1995 | HIGHGRIP CONTRACTS LIMITED |

### Branch Details
There are no branches associated with this company.

### Oversea Company Info
There are no Oversea Details associated with this company.

### System Requirements

Return to search page

**Order information on this company**

SEARCH FOR ANOTHER COMPANY

Tell Us
› Are you satisfied with our service?
› Have you got a question?



Home | Bookmark site | Links

About us | Forms | Press Desk | Careers | Contact us | Info and guidance on | Tools to help you
Log out | My Account | My Download | My Order        Please select          Please select

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time    [HELP] [PRINT PAGE]

Name & Registered Office:
**QBE CORPORATE HOLDINGS LIMITED**
PLANTATION PLACE
30 FENCHURCH STREET
LONDON
EC3M 3BD
Company No. 03115125

Status: Active
Date of Incorporation: 18/10/1995

Country of Origin: United Kingdom

Company Type: Private Limited Company
Nature of Business (SIC(03)):
7415 - Holding companies including head offices

Accounting Reference Date: 31/12
Last Accounts Made Up To: 31/12/2006 (FULL)
Next Accounts Due: 31/10/2008
Last Return Made Up To: 30/06/2006
Next Return Due: 28/07/2007

Last Members List: 30/06/2006

Previous Names:
| Date of change | Previous Name |
|---|---|
| 08/11/1995 | MILEPOWER COMMERCIAL LIMITED |

### Branch Details
There are no branches associated with this company.

### Oversea Company Info
There are no Oversea Details associated with this company.

### System Requirements

### Return to search page

**Order information on this company**

[SEARCH FOR ANOTHER COMPANY]

**Tell Us**
- Are you satisfied with our service?
- Have you got a question?



Home | Bookmark site | Links
About us   Forms   Press Desk   Careers   Contact us   Info and guidance on   Tools to help you
Log out | My Account | My Download | My Order   | Please select   | Please select

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time

HELP    PRINT PAGE

**Name & Registered Office:**
**QBE CORPORATE CAPITAL HOLDINGS PLC**
PLANTATION PLACE
30 FENCHURCH STREET
LONDON
EC3M 3BD
**Company No. 03970036**

**Status:** Active
**Date of Incorporation:** 11/04/2000

**Country of Origin:** United Kingdom

**Company Type:** Public Limited Company
**Nature of Business (SIC(03)):**
7415 - Holding companies including head offices

**Accounting Reference Date:** 31/12
**Last Accounts Made Up To:** 31/12/2006  (FULL)
**Next Accounts Due:** 31/07/2008
**Last Return Made Up To:** 30/06/2006
**Next Return Due:** 28/07/2007

**Last Members List:** 30/06/2006

**Previous Names:**

| Date of change | Previous Name |
|---|---|
| 01/06/2000 | MYTHLAND PUBLIC LIMITED COMPANY |

### Branch Details
There are no branches associated with this company.

### Oversea Company Info
There are no Oversea Details associated with this company.

**Order information on this company**

SEARCH FOR ANOTHER COMPANY

**Tell Us**
› Are you satisfied with our service?
› Have you got a question?



Home | Bookmark site | Links

About us | Forms | Press Desk | Careers | Contact us | Info and guidance on | Tools to help you
Log out | My Account | My Download | My Order       | Please select        | Please select

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time     [ HELP ]  [ PRINT PAGE ]

Name & Registered Office:
QBE HOLDINGS (UK) LIMITED
PLANTATION PLACE
30 FENCHURCH STREET
LONDON
EC3M 3BD
Company No. 02324824

Status: Active
Date of Incorporation: 05/12/1988

Country of Origin: United Kingdom

Company Type: Private Limited Company
Nature of Business (SIC(03)):
7415 - Holding companies including head offices

Accounting Reference Date: 31/12
Last Accounts Made Up To: 31/12/2006  (FULL)
Next Accounts Due: 31/10/2008
Last Return Made Up To: 30/07/2006
Next Return Due: 27/08/2007

Last Members List: 30/07/2006

Previous Names:
| Date of change | Previous Name |
| --- | --- |
| 10/03/1989 | MINMAR (70) LIMITED |

### Branch Details
There are no branches associated with this company.

### Oversea Company Info
There are no Oversea Details associated with this company.

### System Requirements

### Return to search page

**Order information on this company**

SEARCH FOR ANOTHER COMPANY

**Tell Us**
- Are you satisfied with our service?
- Have you got a question?



About us  Forms  Press Desk  Careers  Contact us  Info and guidance on  Tools to help you
Log out | My Account | My Download | My Order    | Please select    | Please select

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time    HELP   PRINT PAGE

**Name & Registered Office:**
**QBE INSURANCE (EUROPE) LIMITED**
PLANTATION PLACE
30 FENCHURCH STREET
LONDON
EC3M 3BD
**Company No. 01761561**

**Status:** Active
**Date of Incorporation:** 14/10/1983

**Country of Origin:** United Kingdom

**Company Type:** Private Limited Company
**Nature of Business (SIC(03)):**
6603 - Non-life insurance

**Accounting Reference Date:** 31/12
**Last Accounts Made Up To:** 31/12/2006  (FULL)
**Next Accounts Due:** 31/10/2008
**Last Return Made Up To:** 30/06/2006
**Next Return Due:** 28/07/2007

**Last Members List:** 30/06/2006

**Previous Names:**

| Date of change | Previous Name |
|---|---|
| 30/09/2005 | QBE INTERNATIONAL INSURANCE LIMITED |
| 04/03/1992 | QBE REINSURANCE (LONDON) LIMITED |
| 14/10/1988 | IMPERIAL CHEMICALS REINSURANCE LIMITED |
| 03/02/1987 | DELTA INTERNATIONAL REINSURANCE COMPANY LIMITED |

 **Order information on this company**

SEARCH FOR ANOTHER COMPANY

**Tell Us**
> Are you satisfied with our service?
> Have you got a question?

### Branch Details
There are no branches associated with this company.



Home | Bookmark site | Links

About us | Forms | Press Desk | Careers | Contact us | Info and guidance on | Tools to help you

Log out | My Account | My Download | My Order    Please select    Please select

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time    HELP    PRINT PAGE

**Name & Registered Office:**
**QBE INTERNATIONAL HOLDINGS (UK) PLC.**
PLANTATION PLACE
30 FENCHURCH STREET
LONDON
EC3M 3BD
**Company No. 02641728**

**Status:** Active
**Date of Incorporation:** 29/08/1991

**Country of Origin:** United Kingdom

**Company Type:** Public Limited Company
**Nature of Business (SIC(03)):**
7415 - Holding companies including head offices

**Accounting Reference Date:** 31/12
**Last Accounts Made Up To:** 31/12/2005 (GROUP)
**Next Accounts Due:** 31/07/2007
**Last Return Made Up To:** 30/06/2006
**Next Return Due:** 28/07/2007

**Last Members List:** 30/06/2006

**Previous Names:**

| Date of change | Previous Name |
|---|---|
| 20/07/2001 | QBE INTERNATIONAL HOLDINGS (UK) PUBLIC LIMITED COMPANY |
| 27/02/1992 | MINMAR (175) LIMITED |

**Branch Details**
There are no branches associated with this company.

**Oversea Company Info**
There are no Oversea Details associated with this company.

**Order information on this company**

SEARCH FOR ANOTHER COMPANY

**Tell Us**
▸ Are you satisfied with our service?
▸ Have you got a question?

WebCHeck - Select and Access Company Information          http://wck2.companieshouse.gov.uk/0090458e641baff20018l5547c...



Home |   Bookmark site |   Links

About us   Forms   Press Desk   Careers   Contact us   Info and guidance on   Tools to help you
Log out | My Account | My Download | My Order            | Please select |              | Please select |

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time          HELP    PRINT PAGE

Name & Registered Office:
**QBE INTERNATIONAL INSURANCE LIMITED**
Company No. AC001566

Status: Active
Date of registration: 01/01/1900

**Order information on this company**

Country of Origin: United Kingdom

SEARCH FOR ANOTHER COMPANY

Company Type: Other company type
Nature of Business (SIC(03)):
None Supplied

**Tell Us**

Accounting Reference Date:
Last Accounts Made Up To: (NO ACCOUNTS FILED)
Next Accounts Due:
Last Return Made Up To:
Next Return Due:

• Are you satisfied with our service?
• Have you got a question?

Previous Names:
| Date of change | Previous Name |
|---|---|
| 10/03/1987 | DELTA INTERNATIONAL REINSURANCE COMPANY LIMITED. |

### Branch Details
There are no branches associated with this company.

### Oversea Company Info
There are no Oversea Details associated with this company.

### System Requirements

### Return to search page

Top

1 of 2                                                                                                       11/06/2007 14:1



Home | Bookmark site | Links

About us | Forms | Press Desk | Careers | Contact us | Info and guidance on | Tools to help you

Log out | My Account | My Download | My Order       | Please select |       | Please select |

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time

HELP    PRINT PAGE

Name & Registered Office:
**QBE MANAGEMENT (UK) LIMITED**
PLANTATION PLACE
30 FENCHURCH STREET
LONDON
EC3M 3BD
Company No. 03153567

Status: Active
Date of Incorporation: 31/01/1996

**Order information on this company**

Country of Origin: United Kingdom

SEARCH FOR ANOTHER COMPANY

Company Type: Private Limited Company
Nature of Business (SIC(03)):
7415 - Holding companies including head offices
7487 - Other business activities

**Tell Us**
- Are you satisfied with our service?
- Have you got a question?

Accounting Reference Date: 31/12
Last Accounts Made Up To: 31/12/2005 (FULL)
Next Accounts Due: 31/10/2007
Last Return Made Up To: 30/06/2006
Next Return Due: 28/07/2007

Last Members List: 30/06/2006

Previous Names:
No previous name information has been recorded over the last 20 years.

Branch Details
There are no branches associated with this company.

Oversea Company Info
There are no Oversea Details associated with this company.

System Requirements

Return to search page



Home | Bookmark site | Links

About us  Forms  Press Desk  Careers  Contact us  Info and guidance on  Tools to help you
Log out | My Account | My Download | My Order     | Please select    | Please select

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time

HELP    PRINT PAGE

**Name & Registered Office:**
QBE REINSURANCE (UK) LIMITED
Company No. AC001430

**Status:** Active
**Date of registration:** 01/01/1981

**Country of Origin:** United Kingdom

**Company Type:** Other company type
**Nature of Business (SIC(03)):**
None Supplied

**Accounting Reference Date:**
**Last Accounts Made Up To:** (NO ACCOUNTS FILED)
**Next Accounts Due:**
**Last Return Made Up To:**
**Next Return Due:**

**Previous Names:**
No previous name information has been recorded over the last 20 years.

**Branch Details**
There are no branches associated with this company.

**Oversea Company Info**
There are no Oversea Details associated with this company.

**System Requirements**

**Return to search page**

Order information on this company

SEARCH FOR ANOTHER COMPANY

**Tell Us**
› Are you satisfied with our service?
› Have you got a question?

Top

Contact Centre :  +44 (0)870 33 33 636    available 08:30 to 18:00 (UK time)    Email: enquiries@companies-house.gov.uk



Home | Bookmark site | Links

About us   Forms   Press Desk   Careers   Contact us   Info and guidance on   Tools to help you
Log out | My Account | My Download | My Order          | Please select          | Please select

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time

HELP    PRINT PAGE

Name & Registered Office:
**QBE REINSURANCE (UK) LIMITED**
PLANTATION PLACE
30 FENCHURCH STREET
LONDON
EC3M 3BD
**Company No. 01378853**

Status: Active
Date of Incorporation: 17/07/1978

Country of Origin: United Kingdom

Company Type: Private Limited Company
Nature of Business (SIC(03)):
6603 - Non-life insurance

Accounting Reference Date: 30/12
Last Accounts Made Up To: 31/12/2006  (FULL)
Next Accounts Due: 30/10/2008
Last Return Made Up To: 30/06/2006
Next Return Due: 28/07/2007

Last Members List: 30/06/2006

Previous Names:
| Date of change | Previous Name |
|---|---|
| 15/11/1996 | ALLSTATE REINSURANCE CO. LIMITED |

### Branch Details
There are no branches associated with this company.

### Oversea Company Info
There are no Oversea Details associated with this company.

**Order information on this company**

SEARCH FOR ANOTHER COMPANY

**Tell Us**
- Are you satisfied with our service?
- Have you got a question?

WebCHeck - Select and Access Company Information     http://wck2.companieshouse.gov.uk/0090458e641baff2001815547c...



Home | Bookmark site | Links

About us | Forms | Press Desk | Careers | Contact us | Info and guidance on | Tools to help you
Log out | My Account | My Download | My Order     | Please select    | Please select

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time

HELP | PRINT PAGE

Name & Registered Office:
**QBE UK FINANCE I LIMITED**
2ND FLOOR PLANTATION PLACE
30 FENCHURCH STREET
LONDON
EC3M 3BD
**Company No. 01733599**

**Status:** Active
**Date of Incorporation:** 22/06/1983

**Country of Origin:** United Kingdom

**Company Type:** Private Limited Company
**Nature of Business (SIC(03)):**
7499 - Non-trading company

**Accounting Reference Date:** 31/12
**Last Accounts Made Up To:** 31/12/2006  (FULL)
**Next Accounts Due:** 31/10/2008
**Last Return Made Up To:** 30/06/2006
**Next Return Due:** 28/07/2007

**Last Members List:** 30/06/2006

Previous Names:

| Date of change | Previous Name |
|---|---|
| 01/12/2005 | SANDSALE LIMITED |
| 16/09/1996 | QBE INSURANCE (UK) LIMITED |

### Branch Details
There are no branches associated with this company.

### Oversea Company Info
There are no Oversea Details associated with this company.

**Order information on this company**

SEARCH FOR ANOTHER COMPANY

**Tell Us**

• Are you satisfied with our service?
• Have you got a question?

1 of 2                                                                                   11/06/2007 14:1?



Home | Bookmark site | Links

About us | Forms | Press Desk | Careers | Contact us | Info and guidance on | Tools to help you
Log out | My Account | My Download | My Order | Please select | Please select

## Company Details

The WebCHeck service is available from Monday to Saturday 7.00am to 12 Midnight UK Time

HELP   PRINT PAGE

Name & Registered Office:
**QBE UK FINANCE II LIMITED**
PLANTATION PLACE
30 FENCHURCH STREET
LONDON
ECM 3BD
Company No. 05574799

Status: Active
Date of Incorporation: 27/09/2005

Country of Origin: United Kingdom

Company Type: Private Limited Company
Nature of Business (SIC(03)):
7499 - Non-trading company

Accounting Reference Date: 30/09
Last Accounts Made Up To: (NO ACCOUNTS FILED)
Next Accounts Due: 27/07/2007
Last Return Made Up To: 27/09/2006
Next Return Due: 25/10/2007

Last Members List: 27/09/2006

Previous Names:

| Date of change | Previous Name |
|---|---|
| 01/12/2005 | LASTSTAND LIMITED |

### Branch Details
There are no branches associated with this company.

### Oversea Company Info
There are no Oversea Details associated with this company.

### System Requirements

### Return to search page

**Order information on this company**

SEARCH FOR ANOTHER COMPANY

**Tell Us**
- Are you satisfied with our service?
- Have you got a question?