UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
DEVAL DENIZCILIK VE TICARET A.S.,

                Plaintiff,                              07 CIV 3397 (JGK)

-against-                                          ECF CASE

REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION
LLC.,

                Defendants.

------------------------------------------------------------x


**DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER
SUPPORT OF MOTION FOR VACATUR OF RULE B ATTACHMENT**


                                                            KEANE & MARLOWE, LLP
                                                            Attorneys for Defendants
                                                            REPINTER INTERNATIONAL
                                                            SHIPPING CO. S.A. and
                                                            MIACHART CORPORATION LLC
                                                            197 Route 18 South Suite 3000
                                                           East Brunswick, New Jersey 08816
                                                          (732) 951-8300


Of Counsel:
Mary Ann C. Marlowe (MM-0723)
Christopher P. Keane (CPK-4394)