# TABLE OF AUTHORITIES

## FEDERAL CASES

Chiquita International Limited v. Liverpool and London Steamship Protection
and Indemnity Association Limited,
124 F. Supp. 2d 158  2001 (S.D.N.Y. 2000) A.M.C. 839 .............................................9

In the Matter of The Complaint of COMPANIA NAVIERA MARASIA S.S., as
Owner of the motorvessel ATLANT ICO, for Exoneration from or Limitation
of Liability,
466 F. Supp. 900 (S.D.N.Y. 1979) 1980 A.M.C. 388 ............................................9, 10

Keystone Shipping Co. v. S.S. Monfiore,
409 F.2d 1345 (5th Cir. 1969) ......................................................................................7

In the Matter of the Petition of SLOBODNA PLOVIDBA, an agency of the
Government of Yugoslavia, as owners of the M/V JABLANICA for
Exoneration from or Limitation of Liability,
1987 WL. 20043 (W.D. Mich. 1987)........................................................................5, 6

Maritima Antares, S.A. v. Vessel ESSI CAMILLA,
633 F. Supp. 694 (E.D. Va. 1986) ...............................................................................7

Nelson Marketing Int'l, Inc. v. Wilhelmsen Lines,
2000 WL. 33177235 (C.D. Cal. 2000) 2000 A.M.C. 1325 ..........................................7

New York Marine Managers v. Helena Marine Service,
758 F.2d 313, 317 (8th Cir.), cert denied, 106 S.Ct. 148 (1985)…………………..6

Thyssen, Inc. v. M/V SENA DENIZ, et al.,
2000 A.M.C. 867, 2000 U.S. Dist. LEXIS 1751 (E.D. La. 2000) .........................5,7,8

## FEDERAL RULES

Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of
Civil Procedure

Rule E(4)(f)………………………………………………………………..1
Rule E(5)………………………………………………………………5,6,7
Rule E(7)………………………………………………………………..1

## MISCELLANEOUS

Carriage of Goods by Sea Act ("COGSA"), 46 U.S.C. app. 1304(5)................................7

Thomas J. Schoenbaum, Admiralty and Maritime Law, 532 (3rd Ed.)..............................8