KEANE & MARLOWE, LLP
Attorneys for Defendants
REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION LLC
197 Route 18 South Suite 3000
East Brunswick, New Jersey 08816
(732) 951-8300
Mary Ann C. Marlowe (MM-0723)
Christopher P. Keane (CPK-4394)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DEVAL DENIZCILIK VE TICARET A.S.,

                    Plaintiff,

-against-

REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION
LLC.,

                    Defendants.
-----------------------------------------------------------x

REPLY AFFIDAVIT OF
MYLES SUNLEY

07 Civil 3397 (JGK)

ECF CASE

EXHIBIT 1

6/21/07 5:15 PM

Subject: RE: Deval Shipping & Trading Co. v. Repinter International Shipping Co. Ltd. and Miachart Corp. 07 CV 3397 (JGK) Our ref: 229-07/ MEU
Date: Tue, 15 May 2007 15:10:17 -0400
From: UNGER, MICHAEL E. <UNGER@freehill.com>
To: <mmarlowe@keaneandmarlowe.com>

Dear Mary Ann,

Further to our telcon this afternoon, I confirm that Deval is, in principle, willing to accept the guarantee as substitute security for the funds which have been restrained in New York provided the guarantee is backed by a further guarantee from the syndicate which underwrites the insurance for Michael Else & Co.

Additionally, I confirm our advice that Deval is not agreeable to posting counter-security as Repinter/Miachart have not yet formulated a claim for breach of the charter which would be actionable under the applicable English law against Deval.

I look forward to hearing from you further in due course.

Kind regards,

Mike Unger
Freehill Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005-1759
Tel: (212) 425-1900
Fax: (212) 425-1901
Cell: (516) 857-0535

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

5/19/07 12:19 PM