KEANE & MARLOWE, LLP
Attorneys for Defendants
REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION LLC
197 Route 18 South Suite 3000
East Brunswick, New Jersey 08816
(732) 951-8300
Mary Ann C. Marlowe (MM-0723)
Christopher P. Keane (CPK-4394)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEVAL DENIZCILIK VE TICARET A.S.,

                Plaintiff,

-against-

REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION
LLC.,

                Defendants.
------------------------------------------------------------x

**REPLY AFFIDAVIT OF MYLES SUNLEY**

07 Civil 3397 (JGK)

**ECF CASE**

**EXHIBIT 3**

**ReedSmith**
**Richards Butler**        SENT    URGENT        **FAX**

Reed Smith Richards Butler LLP
Beaufort House
15 St Botolph Street
London EC3A 7EE
Phone: +44 (0) 20 7247 6555
Fax: +44 (0) 20 7247 5091
DX1066 City / DX18 London
Direct Fax: 020 7539 5017

From: **David Semark**
Direct Phone: +44 207 772 5784
Email: dsemark@reedsmith.com
Date: 22nd May 2007

Total Number Of Pages Including Cover Page: 2

| To: | E.G. Arghyrakis & Co |
|---|---|
| Attn: | George Arghyrakis |
| Fax: | 7353 2295 |
| Ref: | Unknown |

"Orhan Deval" C/P dd 13.04.06
Our Ref/DMS/729267/00002

We understand that you represent the Owners of the above vessel. Kindly take note of our instructions for her Charterers, Repinter International Shipping Co.

1. As you are aware, Owners have procured a Rule B attachment over funds belonging to our clients in New York, and Charterers have tendered a Charterers' Club Letter of Undertaking, securing Owners' claim in full, in order to have the attachment released. Since Thursday 17th May, the Club's LOU has been tendered to Owners unconditionally – that is to say without any demand by Charterers that Owners provide counter-security as a condition to its acceptance (although Charterers fully reserve their right to seek counter-security before any competent forum in due course – which they are perfectly entitled to do).

2. 5 days have now passed since this unconditional tender and Owners have yet to release the attachment. The LOU is in the standard wording (and indeed Owners have made no objection to the text of the LOU) and there can be no genuine dispute that a Charterers' Club letter provides Owners with adequate security.

3. In the circumstances, Owners' continuing refusal to confirm their acceptance of the Charterers' Club LOU and to release the attachment is manifestly unlawful. Charterers reserve all their rights to claim all losses and damages flowing from the continued detention of their funds, as do their agents, Miachart.

4. Charterers have now had enough of Owners' stalling. Unless Owners now provide Freehills with firm instructions on their New York opening today to confirm to Charterers' US lawyers, Keane & Marlowe, that the Charterers' Club letter will be accepted in the form tendered, and the funds released once the original is lodged as Owners direct (we assume this should be sent to your offices, but please confirm), then Keane & Marlowe will be instructed to apply to the New York Courts to have the attachment vacated against presentation of the original LOU. The costs of this application will for Owners' account.

reedsmith.com

Reed Smith Richards Butler LLP is a limited liability partnership registered in England and Wales with registered number OC303620 and its registered office at Beaufort House, Tenth Floor, 15 St Botolph Street, London EC3A 7EE. Reed Smith Richards Butler LLP is regulated by the Law Society. A list of the members of Reed Smith Richards Butler LLP, and their professional qualifications, is available at the registered office. The term partner is used to refer to a member of Reed Smith Richards Butler LLP.

Reed Smith Richards Butler LLP is associated with Reed Smith LLP of Delaware, USA and the offices referred to below are offices of either Reed Smith Richards Butler LLP or Reed Smith LLP.

NEW YORK ♦ LONDON ♦ LOS ANGELES ♦ PARIS ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

LONDON-4353246.1-DMSemark 5/22/07 12:26 PM

We trust this step will not be necessary and look forward to hearing from you/Freehills without further delay.

Regards

*David Semark*

David Semark
Partner
SHIPPING GROUP
For Reed Smith Richards Butler LLP

**If you do not receive all of the pages, please call us at +44 (0) 20 7247 6555.**

PLEASE NOTE: The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorised to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

```
TRANSMISSION VERIFICATION REPORT

                            TIME   : 22/05/2007 11:26
                            NAME   : RBLAW SHIPPING
                            FAX    : 020-7772-5824
                            TEL    : +44-207247-5555
                            SER. # : BROCZJ201907


DATE, TIME            22/05  11:26
FAX NO./NAME          973532295
DURATION              00:00:42
PAGE(S)               02
RESULT                OK
MODE                  STANDARD
                      ECM
```

# ReedSmith
# Richards Butler

**FAX**

**URGENT**

Reed Smith Richards Butler LLP
Beaufort House
15 St Botolph Street
London EC3A 7EE

From: David Semark
Direct Phone: +44 207 772 5784
Email: dsemark@reedsmith.com
Date: 22nd May 2007

Phone: +44 (0) 20 7247 6555
Fax: +44 (0) 20 7247 5091
DX1066 City / DX18 London
Direct Fax: 020 7539 5017

Total Number Of Pages Including Cover Page: 2

| To:   | E.G. Arghyrakis & Co |
|-------|----------------------|
| Attn: | George Arghyrakis    |
| Fax:  | 7353 2295            |
| Ref:  | Unknown              |

"Orhan Deval" C/P dd 13.04.06
Our Ref/DMS/729267/00002

We understand that you represent the Owners of the above vessel. Kindly take note of our instructions for her Charterers, Repinter International Shipping Co.

1. As you are aware, Owners have procured a Rule B attachment over funds belonging to our clients in New York, and Charterers have tendered a Charterers' Club Letter of Undertaking, securing Owners' claim in full, in order to have the attachment released. Since Thursday 17th May, the Club's LOU has been tendered to Owners unconditionally – that is to say without any demand by Charterers that Owners provide counter-security as a condition to its acceptance (although Charterers fully reserve their right to seek counter-security before any competent forum in due course – which they are perfectly entitled to do).

2. 5 days have now passed since this unconditional tender and Owners have yet to release the attachment. The LOU is in the standard wording (and indeed Owners have made no objection to the text of the LOU) and there can be no genuine dispute that a Charterers' Club letter provides Owners with adequate security.

3. In the circumstances, Owners' continuing refusal to confirm their acceptance of the