KEANE & MARLOWE, LLP
Attorneys for Defendants
REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION LLC
197 Route 18 South Suite 3000
East Brunswick, New Jersey 08816
(732) 951-8300
Mary Ann C. Marlowe (MM-0723)
Christopher P. Keane (CPK-4394)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DEVAL DENIZCILIK VE TICARET A.S.,

                Plaintiff,

-against-

REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION
LLC.,

                Defendants.
-------------------------------------------------------------x

**REPLY AFFIDAVIT OF MYLES SUNLEY**

07 Civil 3397 (JGK)

ECF CASE

**EXHIBIT 4**

E.G.ARGHYRAKIS & CO.   Fax:00442073532295   22 May 2007 14:58   P.01/01



**E.G. Arghyrakis & Co.**

150 Fleet Street
London EC4A 2DQ
Tel: +44 (207) 353 2302
Fax: +44 (207) 353 2295
www.egalegal.com

E.G. Arghyrakis
S.L. Glover

## FAX TRANSMISSION

| To: | Reed Smith Richards Butler | Fax: | +44 (207) 247 5091 | Date: | 22.05.07 |
|---|---|---|---|---|---|
| Attn: | David Semark | Loc: | London | Pages: | 1 |
| Ref: | DMS/729267/00002 | | | Our ref: | EGA/07-195 |

ORHAN DEVAL / Repinter c/p 13.04.06

Thank you for your fax today. We confirm that we are instructed by Owners.

However we understand that our respective clients are in contact direct.

We note your interest in case our involvement is necessary in the future.

Kind regards,

*[signature]*

George Arghyrakis
E.G. Arghyrakis & Co.

Regulated by the Law Society

This message is confidential and may be privileged. If you are not named as a recipient please inform us immediately and do not disclose its contents to anyone else.