# EXHIBIT 5

Subject: LN-0424.064 rob MV Orhan Deval / Repinter Intl - CP dd 13 Apr
`06

Our Ref:LN-0424.064  Apr-24-07 13:15 Eastern Daylight Time

rob   MV Orhan Deval / Repinter Intl - CP dd 13 Apr `06

folwg fm Owns:

Qte//

WITHOUT PREJUDICE
--------------------------------

WE REFER TO CHRTRS MSG REF NO TA2965203 OF TODAY ON 24TH APR 07.

FIRST OF ALL WE REMIND CHRTRS THAT THEY ARE IN BREACH OF THE C/P SINCE
20TH APRIL 2007 DUE TO NON PAYMENT OF LAST HIRE AMOUNT OF USD
56790,92 AS PER OWNRS HIRE BREAKDOWN DATED 19.04.2007 WHICH IS FULLY IN
ACCORDANCE WITH THE RELEVANT TERMS OF THE C/P.

ON THE OTHER HAND, DESPITE OF OWNRS ALL REMINDERS THE SUB CHRTRS AND CHRTRS
FAILED TO ORGANIZE THE REPAIR OF LOG DAMAGES AND CAUSED IDLE WAITING OF THE
VESSEL SINCE 04TH APRIL 2007.

IN THEIR ABOVE MENTIONED MESSAGE OF TODAY 24TH, THEY FOUND ANOTHER EXCUSE
OF "MASTER KICKED OUT ALL PARTIES OUT OF THE VESSEL" WHILE THEY HAVE THE
RELEVANT REPORTS/CORRES IN THEIR POSSESION FROM THE NOMINATED REPAIR TEAM
BY THE SUB CHRTRS/CHRTRS!!

CONSIDERING THE ABOVE MENTIONED FACTS AND ALSO LACK OF ABS CERTIFIED
MATERIALS BY THE CHRTRS NOMINATED REPAIR TEAM, IN ORDER TO AVOID FURTHER
DELAY AND LOSES, BEING THE RESPONSIBLE OWNERS, AFTER HAVING CHRTRS REF
MESSAGE WE HAVE IMMEDIATELY CONTACTED WITH THE LOCAL ABS OFFICE IN ALEX IN
ORDER TO GET THEIR PERMISSION FOR TEMPORARY REPAIR AND ARRANGE SAILING OF
THE VESSEL UPTO NEARBY CONVENIENT COMPETENT SHIPYARD IN BALLAST CONDITION IN
ORDER TO COMPLETE THE PERMANENT REPAIR AND LIFT THE RECOMMENDATION OF THE
ABS AS THE VESSEL IS OUT OF CLASS AND THE DAMAGES ARE ALSO EFFECTING THE
VESSEL''S TRADING CAPABILITY. THE MIC IN THE ABS OFFICE HAS APPRECIATED
OUR SUCH INTENTION/EFFORTS AND THEY HAVE AGREED IN PRINCIPLE ON OUR ABOVE
MENTIONED PROPOSAL IF WE SUCCEED.

ACCORDINGLY, WE HAVE INSTRUCTED THE MASTER TO START THE NECESSARY
TEMPORARY REPAIRS IMMEDIATELY BY WORKING NIGHT TIME WITH EXTRA SHIFT WITH
THEIR UTMOST EFFORTS. WE HOPE THEY WILL BE ABLE TO COMPLETE THEIR WORKS
LATEST ON 26TH APRIL 07 AND INVITE THE ABS SURVEYOR ON BOARD.

THE ABOVE MENTIONED OPERATION IS JUST TO SHOW OUR/MASTER'S GOODWILL AGAINST
CHRTRS AND SUB CHRTRS SUCH UNACCEPTABLE ACCUSATION AND FAILURE OF THEIR
CONTRACTUAL OBLIGATION.

IN THE LIGHT OF THE ABOVE, WE INVITE CHRTRS TO FIND A SUITABLE DRYDOCK
EN ROUTE TO MED WITH LAYCAN 27/30 APR 2007 SUBJECT TO GET PERMISSION FROM
ABS LATEST ON 26TH APRIL 2007 AND CONFIRM BY RETURN WITH THE PAYMENT OF
UNPAID HIRE AMOUNT OF USD 56790,92 IMMY.

RGDS
OPR.

Uqte//

Pls make sure Chtrs recvd this msge in time.

Thks & B Rgds

Tolga Acar

BBT Tradeships
Tel: 201-585-2150
Fax: 201-585-5380