# EXHIBIT A

Subject: RE: Deval v. Repinter -
From: "UNGER, MICHAEL E." <UNGER@freehill.com>
Date: Fri, 1 Jun 2007 17:22:08 -0400
To: <mmarlowe@keaneandmarlowe.com>

Dear Mary Ann,

Pursuant to the local court rules, we provide you notice that a payment being sent by Miachart to Seacape Shipping, Inc. in the sum of $223,000.00 was restrained at Bank of America on May 31.

Regards,
Mike Unger
Freehill Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005-1759
Tel:  (212) 425-1900
Fax: (212) 425-1901
Cell: (516) 857-0535

----------------------------------------------
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.