# EXHIBIT B

Case 1:07-cv-03397-JGK   Document 21-3   Filed 06/21/2007   Page 1 of 2

**Subject:** FW: Orhan Deval / Repinter
**From:** "UNGER, MICHAEL E." <UNGER@freehill.com>
**Date:** Wed, 23 May 2007 12:40:09 -0400
**To:** "Mary Ann Marlowe" <mmarlowe@keaneandmarlowe.com>

Mary Ann,

Owners agree to accept the offered LOU upon charterers accepting following wording.

QTE

In consideration of the Owners accepting as security for their claims under the captioned c/p the LOU signed by Michael Else & Co. a draft of which is appended hereto, Repinter (full style) and Miachart (full style) hereby agree not to seek counter security for any claims they may have under the captioned c/p.


This agreement is governed by English Law and the High Court of Justice shall have exclusive jurisdiction in relation to any dispute arising hereunder

UNQTE

  Please advise.

Regards,
Mike Unger
---------------------------------------------
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.