# EXHIBIT C



Bank of America
Small Business Banking
FL7-513-02-02
7760 W. Flagler, 2nd Floor
Miami, FL 33144

June 4, 2007

Miachart LLC
9155 Dadeland Blvd Ste 1418
Miami, Florida 33156-2740

Ref: Letter of Credit $1,187,000.00

Dear Jose Pereira:

The following information is what will be required in order to proceed with a Letter of Credit in the amount of $1,187,000.00. In order to facilitate the Letter of Credit, we will require a Certificate of Deposit in the exact amount of the Letter of Credit which serves as collateral for the Letter of Credit to the beneficiary. The Letter of Credit must be guaranteed by the principals of the company. We will also require several documents to be completed, application for Letter of Credit, assignment of deposit for a cash secured Letter of Credit, Limited Guaranty, Certificate of Corporate Resolution for a cash secured Letter of Credit. All of these documents will be provided once we begin the process and the Certificate of Deposit is in place.

Should you require any additional information regarding this matter, please feel free to contact me at 888-852-5000, ext 3253.

Sincererly,

Mary L McInnis
Business Banking Support Associate

