229-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
DEVAL DENIZCILIK VE TICARET A.S.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Lawrence Kahn (LK 5215)

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DEVAL DENIZCILIK VE TICARET A.S.,

               Plaintiff,

-against-

REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION
LLC,

               Defendants.
-----------------------------------------------------------x

07 CIV 3397 (JGK)

**PLAINTIFF's ANSWER TO DEFENDANTS' COUNTERCLAIMS**

Plaintiff DEVAL DENIZCILIK VE TICARET A.S. (hereinafter "DEVAL"), by its attorneys FREEHILL, HOGAN & MAHAR, LLP as and for its Answer to the Counterclaims of Defendants REPINTER INTERNATIONAL SHIPPING CO. S.A. (hereinafter "REPINTER") and MIACHART CORPORATION LLC (hereinafter "MIACHART") alleges upon information and belief as follows:

## ANSWERING THE COUNTERCLAIM

1. Admits the allegations contained in Paragraph 19 of the Counterclaim.

2. Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 20 of the Counterclaim.

NYDOCS1/285900.1

3. Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 21 of the Counterclaim.

4. Admits the allegation insofar as they relate to the head charter between Plaintiff and Defendants, but except as so specifically admitted, denies knowledge or information sufficient to form a belief as to the other allegations contained in Paragraph 22 of the Counterclaim.

5. Denies knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 23 of the Counterclaim.

6. Admits that as a result of the instant Verified Complaint filed by Plaintiff against Defendants on April 30, 2007 arising out of Charter No. 1, funds belonging to the Defendants in the amount of US$434,425.87 have been attached to provide security in connection with a London arbitration, but except so specifically admitted, denies any other allegations contained in Paragraph 24 of the Counterclaim.

7. Admits that Plaintiff, however, continues to seek security in the total amount of US$1,187,769.26 representing alleged physical damage to the Vessel, purportedly the result of the alleged negligence of the stevedores, but except so specifically admitted, denies any other allegations contained in Paragraph 25 of the Counterclaim.

8. Admits the allegations contained in Paragraph 26 of the Counterclaim.

9. Admits the allegations contained in Paragraph 27 of the Counterclaim.

10. Denies the allegations contained in Paragraph 28 of the Counterclaim.

11. Denies the allegations contained in Paragraph 29 of the Counterclaim.

12. . Denies knowledge or information sufficient to form a belief as to the allegations

13. contained in Paragraph 30 of the Counterclaim.

14. Denies the allegations contained in Paragraph 31 of the Counterclaim.

15. Denies the allegations contained in Paragraph 32 of the Counterclaim.

16. Denies the allegations contained in Paragraph 33 of the Counterclaim.

17. Denies the allegations contained in Paragraph 34 of the Counterclaim.

18. Denies the allegations contained in Paragraph 35 of the Counterclaim.

19. Denies the allegations contained in Paragraph 36 of the Counterclaim.

20. Denies the allegations contained in Paragraph 37 of the Counterclaim.

**FURTHER ANSWERING THE COUNTERCLAIMS, AND FOR A SEPARATE, PARTIAL AND / OR COMPLETE DEFENSES THEREFORE, DEFENDANT SEA CONSORTIUM ALLEGES UPON INFORMATION AND BELIEF AS FOLLOWS:**

**FIRST AFFIRMATIVE DEFENSE**

21. The Counterclaims fail to state a claim against DEVAL DENIZCILIK VE TICARET A.S. upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

22. The Counterclaims are subject to arbitration in London in accordance with the terms of the Charter Party.

**THIRD AFFIRMATIVE DEFENSE**

23. There exists no contractual privity for the damages asserted.

**FOURTH AFFIRMATIVE DEFENSE**

24. Plaintiff lacks clean hands.

**FIFTH AFFIRMATIVE DEFENSE**

25. Defendants have failed to properly and fully mitigate their damages.

WHEREFORE, Plaintiff DEVAL DENIZCILIK VE TICARET A.S. demands judgment dismissing the Counterclaims herein, along with such other and further relief as this Court may deem just and proper.

Dated: New York, New York
July 3, 2007

        FREEHILL HOGAN & MAHAR, LLP
        Attorneys for Plaintiff
        DEVAL DENIZCILIK VE TICARET A.S.

        By: _____
        Michael E. Unger (MU 0045)
        80 Pine Street
        New York, NY 10005
        Telephone: (212) 425-1900
        Facsimile: (212) 425-1900

TO:    KEANE & MARLOWE
        Attorneys for Defendants
        REPINTER INTERNATIONAL SHIPPING
        CO. S.A. and MIACHART CORPORATION LLC
        197 Route 18 South, Suite 3000
        East Brunswick, New Jersey 08816
        Attn: Mary Ann C. Marlowe, Esq.
        (732) 951-8300

        300 Park Avenue, 17th Floor
        New York, New York 10022
        (212) 572-6210

## ATTORNEY VERIFICATION

State of New York )
                  ) ss.:
County of New York )

MIICHAEL E. UNGER, being duly sworn, deposes and says as follows:

1.  I am a member of the law firm of Freehill Hogan & Mahar, LLP, attorneys for Plaintiff in this action. I have read the foregoing Answer to Counterclaims and know the contents thereof, and the same is true to the best of my knowledge, information and belief.

2.  The sources of my information and the grounds for my belief are communications from our clients and documents provided by our clients regarding the claim.

3.  The reason this verification is made by an attorney and not by the Plaintiff is because the Plaintiff is a foreign entity, none of whose officers are presently within this Judicial District.

_____
Michael E. Unger

Sworn to before me this
3rd day of July, 2007

_____
Notary Public

HAZEL S. ROSENTHAL
Notary Public, State of New York
No. 01RO4641178
Qualified in Queens County
Certified in New York County
Commission Expires Dec. 31, 2010

NYDOCS1/285900.1                                              5

229-07/MEU
UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DEVAL DENIZCILIK VE TICARET A.S.,

                                      Plaintiff,                     07 CIV 3397 (JGK)

   -against-

REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION
LLC,
              Defendants
-----------------------------------------------------------------x
STATE OF NEW YORK     :
                                : ss.:
COUNTY OF NEW YORK  :

     HAZEL S. ROSENTHAL, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at in Richmond County, City and State of New York. On July 3, 2007 deponent served the within **PLAINTIFF's ANSWER TO DEFENDANTS' COUNTERCLAIMS** upon:

KEANE & MARLOWE
Attorneys for Defendants
REPINTER INTERNATIONAL SHIPPING
CO. S.A. and MIACHART CORPORATION LLC
197 Route 18 South, Suite 3000
East Brunswick, New Jersey 08816
Attn: Mary Ann C. Marlowe, Esq.
(732) 951-8300

300 Park Avenue, 17th Floor
New York, New York 10022
(212) 572-6210

     the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                          HAZEL S. ROSENTHAL

Sworn to before me on the
3rd day of July, 2007.

_____
NOTARY PUBLIC

NYDOCS1/285900.1

CLARE HENRY
Notary Public, State of New York
No. 01HE4831498
Qualified in Kings County
Certificate in New York County
Commission Expires October 31, 2009