UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------
DEVAL DENIZCILIK VE TICARET A.S.,

               Plaintiff,        07 Civ. 3397 (JGK)

    - against -          ORDER

REPINTER INTERNATIONAL SHIPPING CO.
S.A., and MIACHART CORPORATION, LLC,

               Defendants.
---------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to assure that any witnesses needed to address the sufficiency of "Syndicate 1036" as the issuer of the proposed Letter of Undertaking are produced at the hearing scheduled for **Monday, July 9, 2007** at **4:30 p.m.**, as well as at any continuation of the hearing if needed on the following day.

SO ORDERED.

Dated:    New York, New York
           July 2, 2007

                                          John G. Koeltl
                                 United States District Judge