KEANE & MARLOWE, LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

MARYANN C. MARLOWE

*Member NY, NJ and CT Bars*
mmarlowe@keaneandmarlowe.com

197 ROUTE 18 SOUTH, SUITE 3000
EAST BRUNSWICK, NJ 08816
(732) 951-8300
TELEFAX (732) 951-2005

E-MAIL ADDRESS:
reception@keaneandmarlowe.com

July 25, 2007

**VIA FACSIMILE**

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street – Room 1030
New York, New York 10007-1312

Re:   **Deval Denizcilik Ve Ticaret A.S. v. Repinter International Shipping Co. S.A. and Miachart Corporation LLC.**
      **Docket 07 CV 3397**

*[Handwritten note: Application granted. Counsel are advised not to attempt to circumvent this newly granted permission by, for example, including excessive material in single-spaced footnotes. So ordered. 7/25/07 /s/ U.S.D.J.]*

Dear Judge Koeltl,

In confirming the requirements of Federal Rule of Appellate Procedure 32(a)(4)-(6) with the technical staff in the Second Circuit, it appears that using the font Courier New (12 point) or Times New Roman (14 point),[1] would enlarge the size of a standard ten page reply brief 31.25 percent or approximately three pages beyond what the brief would be using the standard Times New Roman (12 point)[2] or CG Times (12 point), which appears to be the font/size reflected in Plaintiff's Opposition Brief. If we are required to conform to the Appellate Rules, we would, in effect, not have available to us the normal ten page limit, but would in actuality have only approximately seven pages within which to work.

We would therefore respectfully request that the Court reconsider its Order of yesterday and permit Defendants to submit a ten page brief using a standard/default font/size such as Times New Roman (Size 12) reflected in exhibit 2 hereto so that Defendants may reply to the extent possible to Plaintiff's opposition papers within the normal limitations of this Court's rules.

---

[1] See Exhibit 1 hereto.
[2] See Exhibit 2 hereto.

Hon. John G. Koeltl, U.S.D.J.
July 25, 2007
Page 2

We thank the Court for its attention and consideration of the above request.

Respectfully submitted,

KEANE & MARLOWE, LLP

Mary Ann C. Marlowe (MM 0723)

MCM:bmy

cc: Freehill, Hogan & Mahar, LLP   (via facsimile)
 Attorneys for Plaintiff
 Deval Shipping & Trading Co.
 80 Pine Street
 New York, New York 10005
  Attn: Michael Unger, Esq.
   Lawrence Kahn, Esq