USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

DEVAL DENIZCILIK VE TICARET A.S.,

                Plaintiff,

    - against -

REPINTER INTERNATIONAL SHIPPING CO. S.A., and MIACHART CORPORATION, LLC,

                Defendants.

07 Civ. 3397 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court received courtesy copies of the defendants' fully briefed motion for counter-security today. On July 19, 2007, the deadline for the defendants' reply papers, the defendants wrote to the Court requesting an extension of the ten-page limitation for reply briefs to fifteen pages or, in the alternative, a one-day extension of the time to reply so that the reply could be formulated to comply with the page limit. The Court did not approve the request for an extended page limit, but it granted the defendants an extension until July 23, 2007 to submit their reply. The defendants failed to comply with the reasonable bounds of the Court's extension by submitting a reply brief with a fine point size that is improperly spaced and that includes nearly illegible footnotes. The submission ignores the Court's decision not to extend the page limit by simply compressing a much longer reply brief into ten pages and making it nearly unreadable.

The reply brief in its current form is rejected. The defendants should submit an amended reply brief by **10:00 a.m.** on **Thursday, July 26, 2007.** The brief must comply with the reasonable typeface restrictions established by Federal Rule of Appellate Procedure 32(a)(4)-(6) and must be no more than ten pages in length. The defendants are further required to submit a certification stating that the reply brief complies with each of these requirements.

The argument on the motion for counter-security will proceed as currently scheduled on **Friday, July 27, 2007** at **2:30 p.m.**

SO ORDERED.

Dated:   New York, New York
         July 24, 2007

　　　　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　　　　United States District Judge