```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEVAL DENIZCILIK VE TICARET A.S.,

        Plaintiff,

   - against -

REPINTER INTERNATIONAL SHIPPING CO. S.A., and MIACHART CORPORATION, LLC,

        Defendants.

---

07 Civ. 3397 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants' request for countersecurity under Rule E(7)(a) in the amount of $1,421,786 is **granted**. Acceptable forms of security include a bond, a bank guaranty, or a letter of undertaking by the plaintiff's P & I Club. The amount of the countersecurity can be reduced by security that the defendants otherwise have. The parties can attempt to agree on the amount of the reduction, if any. If the parties are unable to agree upon a reasonable reduction, the Court will hold a hearing on **Wednesday, August 22, 2007 at 2:30 p.m.**, which the London parties should attend. The parties are directed to inform the Court by letter in advance of that date whether it will be necessary to proceed with a hearing.

SO ORDERED.

Dated:   New York, New York
          July 30, 2007

                                            John G. Koeltl
                                     United States District Judge