GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES I. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI'
MICHAEL FERNANDEZ'
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*'
WILLIAM J. PALLAS*
GINA M. VENEZIA*▵
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*'
DANIEL J. FITZGERALD*'▵
MICHAEL C. ELLIOTT*
JAN P. GISHOLT'

* ALSO ADMITTED IN NEW JERSEY
' ALSO ADMITTED IN CONNECTICUT
▵ ALSO ADMITTED IN WASHINGTON, D.C.
• ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL, HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900

FACSIMILE (212) 425-1901

E-MAIL: reception@freehill.com

www.freehill.com

NEW JERSEY OFFICE
549 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358 8377

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07

August 16, 2007

OUR REF: 229-07/MEU/LJK

By Facsimile (212) 805-7912
The Hon. John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 910
New York, NY 10007-1581

*HEARING ADJOURNED TO TUESDAY, SEPTEMBER 11, 2007 AT 4:00PM. SO ORDERED. 8/20/07*

Re:   Deval Denizcilik ve Ticaret A.S. v. Repinter International Shipping Co.
       S.A. and Miachart Corp. LLC
       07 CIV 3397

Dear Judge Koeltl:

We represent Plaintiff Deval in this action and write with the agreement of counsel for Defendants Repinter and Miachart to request an adjournment of the hearing currently scheduled for August 22, 2007 to September 10, 2007 or such later date as may be convenient to the Court.

The purpose of the hearing was to resolve the outstanding issue of any possible reduction to the amount of counter-security to be provided by Deval to Defendants. The London solicitors for both sides have asked for the additional time.

We thank the Court for its consideration of this request.

Respectfully submitted

FREEHILL HOGAN & MAHAR LLP

Michael E. Unger
Lawrence J. Kahn

The Hon. John G. Koeltl
August 16, 2007
Page 2


cc:    By Facsimile:  (732) 951-2005
       Mary Ann C. Marlowe, Esq.
       Keane & Marlowe

FREEHILL, HOGAN & MAHAR LLP