UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEVAL DENIZCILIK VE TICARET A.S.,            07 CIV 3397 (JGK)

        Plaintiff,            **CONSENT ORDER**

-against-

REPINTER INTERNATIONAL SHIPPING CO.
S.A. and MIACHART CORPORATION LLC,

        Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

WHEREAS, pursuant to the July 30, 2007 Order of the Honorable John G. Koeltl Defendants' request for countersecurity under Rule E 7(a) was granted in the amount of $1,421,786.00, subject to reduction upon the agreement of the parties; and

WHEREAS, the parties have agreed that Plaintiff will post counter-security in favor of Defendants in the amount of $1,000,000.00 in the form of a bond, First Class Bank Guarantee, or letter of undertaking from Plaintiff's P&I Club, subject to the parties' agreement upon the language contained therein, which Plaintiff will provide to Defendants' London or New York counsel no later than close of business September 24, 2007; and

WHEREAS, the parties have further agreed to request the Court to retain non-exclusive jurisdiction over this matter with respect to any future application to reduce or increase the quantum of the security or counter-security depending upon the claims actually asserted by Plaintiff and Defendants in the London Arbitration to the extent that the security or counter-security proves ineffective or insufficient and the parties are unable to agree to a voluntary reduction or increase.

NOW, THEREFORE, IT IS HEREBY

1

ORDERED that Plaintiff is to provide to Defendants' London or New York counsel counter-security in the amount of $1,000,000.00 in the form of a bond, First Class Bank Guarantee or Letter of Undertaking from UK P&I Club not later than close of business September 24, 2007; and it is hereby further

ORDERED that this Court shall retain non-exclusive jurisdiction over this matter to address any application for a reduction or increase in the amount of the security or counter-security ordered based upon the claims and counterclaims actually pursued in the London Arbitration to the extent that the security or counter-security proves ineffective or insufficient and the parties are unable to agree to a voluntary reduction or increase; and it is further

ORDERED that the hearing previously scheduled for September 11, 2007 is hereby CANCELLED.

Dated: New York, New York
       September 11, 2007

SO ORDERED:

_____
The Hon. John G. Koeltl, U.S.D.J.