LAW OFFICES OF
## FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.†
THOMAS M. RUSSO
THOMAS M. CANEVARI*
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*
WILLIAM J. PALLAS*
GINA M. VENEZIA △
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◊
DANIEL J. FITZGERALD*△
MICHAEL C. ELLIOTT*
JAN P. GISHOLT

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▲ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 356-6377

RECEIVED SEP 24 2007

September 24, 2007

OUR REF: 229-07/MEU/LJK

By Facsimile (212) 805-7912
The Hon. John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 910
New York, NY 10007-1581

*This letter should be filed. So Ordered.*
*[signature] 9/24/07*

Re: Deval Denizcilik ve Ticaret A.S. v. Repinter International Shipping Co.
S.A. and Miachart Corp. LLC
07 CIV 3397

Dear Judge Koeltl:

We represent Plaintiff Deval in this action and write to advise that in accordance with the Consent Order entered on September 11, 2007, the original guarantee issued by HSH Nordbank AG in the amount of $1 million has been provided today to counsel for the defendants.

We thank the Court for its attention and consideration in respect of this matter.

Respectfully,

FREEHILL HOGAN & MAHAR LLP
Michael E. Unger

cc: By Facsimile: (732) 951-2005
Mary Ann C. Marlowe, Esq.
Keane & Marlowe

NYDOCS1/290785.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07