UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEVAL DENIZILIK,

                                    Plaintiff(s),

                    -against-

REPINTER INTERNATIONAL,
                                    Defendant(s).
-------------------------------------------------------------X
**JOHN G. KOELTL, DISTRICT JUDGE:**

U. . . . . . . . 
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/28/2007_

07 civ 3397 (JGK)

**ORDER CLOSING CASE**

        The parties, having entered into a consent order on September 11, 2007, and the parties

having advised the court that the matter has been resolved,

        This action is ordered closed on the active docket of this Court without prejudice to

reopening of this matter by the parties shall any further issues arise out of this action. The Court

shall retain jurisdiction over this matter.

**SO ORDERED.**

                                    _____
                                        JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        September 28, 2007